The Honorable Tiffany M. Cartwright

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CITY OF PONTIAC POLICE AND FIRE RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated,

Plaintiff,

v.

ZOOMINFO TECHNOLOGIES, INC., HENRY SCHUCK, CAMERON HYZER, TA ASSOCIATES MANAGEMENT, LP, THE CARLYLE GROUP, INC., and DO HOLDINGS (WA), LLC,

Defendants.

Case No. 3:24-CV-05739-TMC

**DECLARATION OF DANIEL C. KELLY-STALLINGS IN SUPPORT OF THE MOTION OF HAMPTON ROADS SHIPPING ASSOCIATION – INTERNATIONAL LONGSHOREMEN'S ASSOCIATION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**

NOTE ON MOTION CALENDAR:

November 25, 2024

Declaration in Support of Motion

DANIEL C. KELLY-STALLINGS
1739 28TH AVE S, SEATTLE, WA 98144
(206) 353-6197

I, Daniel C. Kelly-Stallings, declare:

1.    I an attorney admitted to practice before this Court and Liaison Counsel for Lead Plaintiff Movant Hampton Roads Shipping Association – International Longshoremen's Assocation ("HRSA-ILA" or "Movant"). I make this declaration in support of Movant's motion for appointment as Lead Plaintiff, and for approval of Movant's choice of The Rosen Law Firm, P.A. as Lead Counsel and Daniel C. Kelly-Stallings as Liaison Counsel for the Class.

2.    Attached hereto are true and correct copies of the following documents:

Exhibit 1:    PSLRA Early Notice;

Exhibit 2:    PSLRA certification of Movant;

Exhibit 3:    Movant's loss chart;

Exhibit 4:    The firm resume of The Rosen Law Firm, P.A.; and

Exhibit 5:    The attorney resume of Daniel C. Kelly-Stallings.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Executed on this 4th day of November, 2024.

/s/Daniel C. Kelly-Stallings
Daniel C. Kelly-Stallings

1

Declaration in Support of Motion

DANIEL C. KELLY-STALLINGS
1739 28TH AVE S, SEATTLE, WA 98144
(206) 353-6197

**CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2024, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/Daniel C. Kelly-Stallings

2

Declaration in Support of Motion

DANIEL C. KELLY-STALLINGS
1739 28TH AVE S, SEATTLE, WA 98144
(206) 353-6197