# Exhibit 3

**ZoomInfo Technologies, Inc. Loss Chart**
**Class Period: November 10, 2020, through August 5, 2024**

Lookback Price    $9.96

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HRSA-ILA | 12/6/2021 | 240 | ($60.20) | ($14,448.50) | 11/17/2022 | 1,990 | $25.41 | $50,575.29 | | | | |
| | 12/6/2021 | 2,190 | ($58.36) | ($127,801.83) | 11/17/2022 | 1,370 | $25.62 | $35,095.58 | | | | |
| | 12/6/2021 | 2,530 | ($59.73) | ($151,129.04) | 11/17/2022 | 4,050 | $25.51 | $103,322.04 | | | | |
| | 12/6/2021 | 20 | ($59.86) | ($1,197.10) | 11/17/2022 | 2,840 | $25.53 | $72,500.69 | | | | |
| | 12/6/2021 | 2,720 | ($59.45) | ($161,705.09) | 11/17/2022 | 2,160 | $25.34 | $54,735.30 | | | | |
| | 12/6/2021 | 660 | ($60.22) | ($39,746.65) | 11/17/2022 | 4,790 | $25.33 | $121,330.78 | | | | |
| | 12/15/2021 | 2,700 | ($62.13) | ($167,763.69) | 11/17/2022 | 350 | $25.54 | $8,938.79 | | | | |
| | 12/15/2021 | 320 | ($64.35) | ($20,591.33) | 3/28/2024 | 5,800 | $15.86 | $92,009.88 | | | | |
| | 12/15/2021 | 770 | ($64.51) | ($49,671.39) | | | | | | | | |
| | 12/15/2021 | 390 | ($61.61) | ($24,027.04) | | | | | | | | |
| | 1/5/2022 | 450 | ($55.56) | ($25,001.96) | | | | | | | | |
| | 1/5/2022 | 150 | ($55.48) | ($8,321.67) | | | | | | | | |
| | 1/5/2022 | 1,420 | ($55.55) | ($78,881.00) | | | | | | | | |
| | 1/5/2022 | 330 | ($54.56) | ($18,003.38) | | | | | | | | |
| | 1/24/2022 | 620 | ($43.36) | ($26,881.22) | | | | | | | | |
| | 1/24/2022 | 540 | ($44.11) | ($23,819.56) | | | | | | | | |
| | 1/24/2022 | 1,500 | ($45.25) | ($67,877.85) | | | | | | | | |
| | 10/4/2023 | 1,800 | ($16.68) | ($30,019.68) | | | | | | | | |
| | 10/4/2023 | 400 | ($16.57) | ($6,627.20) | | | | | | | | |
| | 10/4/2023 | 500 | ($16.77) | ($8,384.45) | | | | | | | | |
| | 10/4/2023 | 1,400 | ($16.59) | ($23,222.08) | | | | | | | | |
| | 10/5/2023 | 1,700 | ($16.56) | ($28,154.04) | | | | | | | | |
| | 10/5/2023 | 900 | ($16.62) | ($14,957.28) | | | | | | | | |
| | 10/5/2023 | 1,200 | ($16.66) | ($19,994.16) | | | | | | | | |
| | 10/5/2023 | 300 | ($16.62) | ($4,984.50) | | | | | | | | |
| | 10/6/2023 | 100 | ($16.99) | ($1,698.78) | | | | | | | | |
| | 10/9/2023 | 400 | ($16.89) | ($6,754.28) | | | | | | | | |
| | 10/10/2023 | 100 | ($17.19) | ($1,718.50) | | | | | | | | |
| | 10/10/2023 | 200 | ($17.25) | ($3,450.22) | | | | | | | | |
| | 10/11/2023 | 100 | ($17.31) | ($1,730.59) | | | | | | | | |
| | 10/11/2023 | 100 | ($17.28) | ($1,727.59) | | | | | | | | |
| | 10/11/2023 | 100 | ($17.24) | ($1,724.22) | | | | | | | | |
| | 10/12/2023 | 400 | ($17.07) | ($6,827.40) | | | | | | | | |
| | 10/12/2023 | 200 | ($17.31) | ($3,462.54) | | | | | | | | |
| | 10/12/2023 | 200 | ($17.10) | ($3,419.28) | | | | | | | | |
| | 10/12/2023 | 500 | ($17.04) | ($8,521.50) | | | | | | | | |
| | 10/13/2023 | 200 | ($17.03) | ($3,405.50) | | | | | | | | |
| | 10/13/2023 | 500 | ($16.87) | ($8,437.40) | | | | | | | | |
| | 10/13/2023 | 400 | ($16.90) | ($6,760.64) | | | | | | | | |
| | 10/17/2023 | 200 | ($17.42) | ($3,484.16) | | | | | | | | |
| | 10/18/2023 | 200 | ($17.29) | ($3,457.28) | | | | | | | | |
| | 10/18/2023 | 400 | ($17.17) | ($6,868.68) | | | | | | | | |
| | 10/19/2023 | 400 | ($17.11) | ($6,845.72) | | | | | | | | |
| | 10/20/2023 | 200 | ($16.99) | ($3,398.32) | | | | | | | | |
| | 10/20/2023 | 3,800 | ($17.08) | ($64,909.32) | | | | | | | | |
| | 10/20/2023 | 100 | ($17.02) | ($1,701.87) | | | | | | | | |
| | 10/31/2023 | 2,200 | ($13.63) | ($29,975.88) | | | | | | | | |
| | 10/31/2023 | 800 | ($13.50) | ($10,803.76) | | | | | | | | |
| | 10/31/2023 | 900 | ($13.38) | ($12,040.02) | | | | | | | | |
| | 11/17/2023 | 2,200 | ($13.39) | ($29,455.80) | | | | | | | | |
| | 1/26/2024 | 1,000 | ($15.96) | ($15,961.30) | | | | | | | | |
| | 4/5/2024 | 300 | ($15.19) | ($4,555.92) | | | | | | | | |
| | 4/15/2024 | 600 | ($15.33) | ($9,200.76) | | | | | | | | |
| | 4/16/2024 | 900 | ($15.28) | ($13,755.24) | | | | | | | | |
| | 5/20/2024 | 1,300 | ($13.26) | ($17,239.43) | | | | | | | | |
| | 5/21/2024 | 200 | ($13.25) | ($2,650.50) | | | | | | | | |
| | 5/21/2024 | 800 | ($13.30) | ($10,638.16) | | | | | | | | |
| | | 45,750 | | ($1,449,792.25) | | 23,350 | | $538,508.35 | 22,400 | $223,036.80 | ($688,247.10) | |