# Exhibit 5

# DANIEL C. KELLY-STALLINGS

1739 28th Ave S., Seattle, WA 98144 | (206) 353-6197 | dstall@gmail.com

## LEGAL EXPERIENCE

**ENVIRONMENTAL ATTORNEY** | January 2015 – April 2023 | Seattle, WA

*K&L Gates LLP*

- Elected Partner in February 2022.
- Selected as a Super Lawyers "Rising Star" in 2018-2021 in Environmental Law and Litigation and as a Best Lawyers in America "One to Watch" in 2021-2022.
- Primarily practiced environmental law and environmental litigation with a focus on Forest Practices, ESA, NEPA/SEPA, CERCLA/MTCA, SMA, Clean Water Act, and energy permitting. Participated in all phases of environmental litigation including trial; argued numerous times before state and federal courts and multiple administrative tribunals.
- Represented pro bono clients, including an incarcerated individual pursuing a civil rights claim and an Eritrean family seeking asylum and permanent residency.

**ADJUNCT FACULTY** | January 2019 – June 2022 | Seattle, WA

*Seattle University*

- Co-taught Administrative Law to students in Master of Public Administration program.

**LAW CLERK TO THE HONORABLE JAMES L. ROBART** | September 2012 – September 2014 | Seattle, WA

*United States District Court for the Western District of Washington*

- Researched and drafted memoranda and opinions on a wide variety of civil and criminal matters, including substantial experience with commercial disputes, class action litigation, insurance matters, discovery motions, dispositive motions, intellectual property disputes, and securities litigation.
- Assisted with trial preparation including drafting jury instructions, preparing memoranda on evidentiary rulings and other pretrial matters, and drafting findings of fact and conclusions of law.

**LAW CLERK TO JUSTICE CHARLES K. WIGGINS** | August 2011 – August 2012 | Olympia, WA

*Washington State Supreme Court*

- Researched and drafted memoranda and opinions on civil and criminal appeals, including substantial experience with state and federal constitutional issues, commercial disputes, municipal law, criminal procedure, evidence law, jury selection, and issues related to state government.
- Assisted with all aspects of the civil and criminal appeals process including petitions for review, appellate motions, personal restraint petitions, and other matters affecting appellate practice.

## EDUCATION

**UNIVERSITY OF WASHINGTON SCHOOL OF LAW** | Seattle, WA

*Juris Doctor*, September 2008 – June 2011 | GPA: 3.91 (class rank: 2/180)

*Selected Honors and Activities:*

Washington Law Review; Moot Court Honor Board; Internships with Washington AGO, Office of Governor Christine Gregoire, and Washington State Supreme Court Justice Susan Owens.

**WESTERN WASHINGTON UNIVERSITY** | Bellingham, WA

*Masters in Teaching*, September 2005 – June 2007 | GPA: 3.95

**UNIVERSITY OF WASHINGTON** | Seattle, WA

*Bachelor of Science*, Mathematics, *Bachelor of Arts*, Philosophy, September 2001 – June 2004 | GPA: 3.56

## SKILLS & INTERESTS

Raising two soccer-obsessed boys alongside my wife of eleven years; reading; writing fiction; podcasting; triathlon; bowling.