The Honorable Tiffany M. Cartwright

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

CITY OF PONTIAC POLICE AND FIRE RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated,

Plaintiff,

v.

ZOOMINFO TECHNOLOGIES, INC., HENRY SCHUCK, CAMERON HYZER, TA ASSOCIATES MANAGEMENT, LP, THE CARLYLE GROUP, INC., and DO HOLDINGS (WA), LLC,

Defendants.

No. 3:24-cv-05739-TMC

**DECLARATION OF DUNCAN C. TURNER IN SUPPORT OF FRANCISCO JAVIER MARTIN ESCANCIANO'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**

NOTE ON MOTION CALENDAR: Monday, November 25, 2024

ORAL ARGUMENT REQUESTED
CLASS ACTION

TURNER DECL. ISO MOT. FOR APPOINTMENT
No. 3:24-cv-05739-TMC - 1

**BADGLEY MULLINS TURNER** PLLC
19910 50ᵗʰ Ave. W., Suite 103
Lynnwood, WA 98036
**TEL** 206.621.6566
**FAX** 206.621.9686

I, Duncan C. Turner, certify as follows:

1.      I am a managing member at the law firm Badgley Mullins Turner PLLC ("Badgley Mullins Turner"), Liaison Counsel for Francisco Javier Martin Escanciano ("Movant"). I am an attorney licensed to practice law in the State of Washington. I make this declaration in support of Movant's motion: (1) appointing Movant as Lead Plaintiff in the above-captioned action (the "Action"); (2) approving Movant's selection of Levi & Korsinsky, LLP ("Levi & Korsinsky") as Lead Counsel, and Badgley Mullins Turner as Liaison Counsel, for the Class; and (3) for any such other relief as the Court may deem just and proper.

2.      Attached hereto as **Exhibit A** is a true and correct copy of the certification signed by Movant.

3.      Attached hereto as **Exhibit B** is a true and correct copy of the loss chart detailing the losses of Movant.

4.      Attached hereto as **Exhibit C** is a true and correct copy of the press release announcing the filing of the above-captioned action on September 4, 2024.

5.      Attached hereto as **Exhibit D** is a true and correct copy of the Declaration signed by Movant in support of his lead plaintiff motion.

6.      Attached hereto as **Exhibit E** is a true and correct copy of the firm resume of Levi & Korsinsky.

7.      Attached hereto as **Exhibit F** is a true and correct copy of the firm resume of Badgley Mullins Turner.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 4, 2024 at Shoreline, WA.

*/s/ Duncan C. Turner*
Duncan C. Turner, WSBA No. 20597

TURNER DECL. ISO MOT. FOR APPOINTMENT
No. 3:24-cv-05739-TMC - 2

**BADGLEY MULLINS TURNER** PLLC
19910 50th Ave. W., Suite 103
Lynnwood, WA 98036
**TEL** 206.621.6566
**FAX** 206.621.9686

## CERTIFICATE OF SERVICE

I certify that, on the date stamped above, I caused this document to be filed with the Clerk of the Court using the CM/ECF system, which will serve all parties by emailing notice of filing to their counsel of record.

>
> */s/ Yonten Dorjee*
> Yonten Dorjee, Paralegal
> Email: ydorjee@badgleymullins.com

TURNER DECL. ISO MOT. FOR APPOINTMENT
No. 3:24-cv-05739-TMC - 3

**BADGLEY MULLINS TURNER** PLLC
19910 50th Ave. W., Suite 103
Lynnwood, WA 98036
**TEL** 206.621.6566
**FAX** 206.621.9686