# EXHIBIT B

| Client Name | Francisco Javier Martin Escanciano |
|---|---|
| Company Name | ZoomInfo Technologies, Inc. |
| Ticker Symbol | ZI |
| Security Type | |
| Class Period Start | 11-10-2020 |
| Class Period End | 08-05-2024 |
| 90-DAY Lookback Period Start | 08-06-2024 |
| 90-DAY Lookback Period End | 11-03-2024 |
| 90-DAY Lookback Average | $ 09.96 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $288,170.50 |
| DURA LIFO* Total | $166,769.37 |
| Gross Shares Purchased | 6,000 |
| Net Shares Retained | 2,600 |
| Net Funds Expended | $314,061.13 |

**Francisco Javier Martin Escanciano**

| Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 11-09-2021 | 2250 | 74.1 | $ 166,725.00 | 06-21-2022 | 2250 | | $ 35.00 | $ 78,750.00 | - | - | - | $ 09.96 | | $ 87,975.00 | |
| 11-09-2021 | 1150 | 74.1 | $ 85,215.00 | 10-28-2022 | 1150 | | $ 45.03 | $ 51,788.87 | - | - | - | $ 09.96 | | $ 33,426.13 | |
| 11-09-2021 | 2600 | 74.1 | $ 192,660.00 | | | | | | - | 2600 | 2600 | $ 09.96 | $ 25,890.63 | $ 166,769.37 | $ 166,769.37 |
| Total: | 6,000 | | $444,600.00 | | 3,400 | | | $130,538.87 | | 2,600 | 2,600 | | $25,890.63 | $288,170.50 | $166,769.37 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.