# EXHIBIT D

Duncan C. Turner
BADGLEY MULLINS TURNER PLLC
19910 50th Avenue W., Suite 103
Lynnwood, WA 98036
Tel: (206) 621-6566
Email: dturner@badgleymullins.com

Adam M. Apton
LEVI & KORSINSKY, LLP
33 Whitehall Street, 17th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Attorneys for [Proposed] Lead Plaintiff*
*Francisco Javier Martin Escanciano*

## UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| CITY OF PONTIAC POLICE AND FIRE RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ZOOMINFO TECHNOLOGIES, INC., HENRY SCHUCK, CAMERON HYZER, TA ASSOCIATES MANAGEMENT, LP, THE CARLYLE GROUP, INC., and DO HOLDINGS (WA), LLC, <br><br> Defendants. | No. 3:24-cv-05739-TMC <br><br> **DECLARATION OF FRANCISCO JAVIER MARTIN ESCANCIANO IN SUPPORT OF HIS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF** <br><br> NOTE ON MOTION CALENDAR: Monday, November 25, 2024 <br><br> ORAL ARGUMENT REQUESTED CLASS ACTION |

ESCANCIANO DECL. ISO MOT. FOR APPT. &
COUNSEL
No. 3:24-cv-05739-TMC - 1

I, Francisco Javier Martin Escanciano, pursuant to 28 U.S.C. § 1746, declare as follow:

1. I respectfully submit this Declaration in support of my motion for appointment as Lead Plaintiff in the above-captioned securities class action (the "Action") against Silverback Therapeutics, Inc. ("Silverback" or the "Company"). I have personal knowledge about the facts stated herein and could competently testify to them if called to do so.

2. I currently reside in Madrid, Spain. I possess a Doctor's Degree. I am currently retired, but prior to retirement I was a Medical Doctor specializing in Obstetrics and Gynecology in Madrid Town Hall. I have been investing in securities for twenty years.

3. I am both capable and qualified to serve as the lead plaintiff in the Action. By virtue of my significant financial interest in the resolution of the Action, I am motivated to litigate vigorously, efficiently, and to the best of my ability to maximize the potential recovery for myself and the Class I seek to represent.

4. Prior to seeking appointment as lead plaintiff in the Action, I communicated with Levi & Korsinsky, LLP about the lead plaintiff process, the responsibilities of a lead plaintiff, and how the Action would progress after a lead plaintiff is appointed. I understand that a lead plaintiff is required to direct the litigation on behalf of the Class, stay apprised of all material developments of the litigation, and act in the best interests of the Class throughout the litigation.

5. I understand that I was not required to seek appointment as lead plaintiff in order to recover. Rather, based on my financial interest, I decided to seek lead plaintiff appointment than remain an absent class member.

6. After discussing the responsibilities of serving as a lead plaintiff and being satisfied that Levi & Korsinsky, LLP would adequately serve as lead counsel based on the firm's experience, resources, and past successes, I signed a retainer agreement with Levi & Korsinsky, LLP, and

authorized the firm to file a lead plaintiff motion on my behalf. I understand that my counsel is submitting this declaration along with a timely application for appointment as lead plaintiff on my behalf.

I declare under penalty of perjury under the laws of the United States if America that the foregoing is true and correct. Executed on

Date:10/30/2024

Signed:

Name: Francisco Javier Martin Escanciano

ESCANCIANO DECL. ISO MOT. FOR APPT. &
COUNSEL
No. 3:24-cv-05739-TMC - 3