# EXHIBIT F



## FIRM RESUME

Badgley Mullins Turner PLLC is a Seattle-based litigation firm that enjoys a national practice. The firm enjoys a broad litigation practice, ranging from intellectual property litigation to commercial disputes, including class action and shareholder derivative litigation.  We currently have two attorneys and a commensurate staff of legal assistants.  The firm's managing member is AV rated by Martindale Hubbell and our firm is recognized in its Bar Register as a Preeminent Law Firm.  BMT's lawyers have litigated cases in state and federal courts in many jurisdictions, as well as in U.S. Tax Court and the Court of Federal Claims.

**Duncan C. Turner**

Duncan Turner's practice includes commercial litigation, copyright infringement litigation, class action litigation, employment litigation, and probate and trust litigation.  He is admitted to practice in the State of Washington; the State of Mississippi (inactive); U.S. District Court, Western District of Washington; U.S. District Court, Eastern District of Washington; U.S. Court of Appeals, 9th Circuit; U.S. Court of Appeals, 5th Circuit; U.S. Court of Appeals, Federal Circuit; U.S. Tax Court; U.S. Court of Federal Claims; and the U.S. Court of International Trade. He is AV rated by Martindale Hubbell and has been selected by a peer nomination process as a Washington SuperLawyer every year since 2014.  Mr. Turner's education includes a Juris Doctor degree (Magna Cum Laude) from the University of Mississippi, a Master of Business Administration from the University of Mississippi, and a Bachelor of Science degree from the United States Military Academy (West Point).

## Recent Class Action/Derivative Experience

Badgley Mullins Turner has recent experience acting as co-counsel in the following class actions/putative class actions and shareholder derivative cases:

| | | |
|---|---|---|
| Emerson v. Premera Blue Cross | Western Dist. Washington | 2015 |
| Abdi et al v. Prospect Int. Services Inc. | Western Dist. Washington | 2016 |
| Abdi v. Avis Budget Group, Inc. et al | Western Dist. Washington | 2016 |
| Ahmed et al v. Aircraft Service Int. Grp, et al | King County, Washington | 2016 |
| Ahmed v. Fox Rent-A-Car, Inc. | King County, Washington | 2016 |

| | | |
|---|---|---|
| Ali et al v. ATZ, Inc. et al | King County, Washington | 2016 |
| Ali et al v. Menzies et al | Western Dist. Washington | 2016 |
| Ali v. Consolidated Aviation Srvs., Inc., et al | King County, Washington | 2016 |
| Allen, et al v. Flight Services & Systems, Inc. | King County, Washington | 2016 |
| DesJardins v. USHEALTH Advisors, LLC | Western Dist. Washington | 2016 |
| Eicher v. Advantage OPCO et al | Western Dist. Washington | 2016 |
| Eli v. Hanjin Global Logistics et al | King County, Washington | 2016 |
| Hirsi v. The Hertz Corporation | Western Dist. Washington | 2016 |
| Hufune et al v. Bags, Inc. | Western Dist. Washington | 2016 |
| Hussein et al v. Air Serv Corporation | Western Dist. Washington | 2016 |
| Israel v. Diamond Parking Svc., Inc. | Western Dist. Washington | 2016 |
| Jackson v. Seatac Bar Group | Western Dist. Washington | 2016 |
| Jama et al v. GCA Services Group, Inc. | Western Dist. Washington | 2016 |
| Jama et al v. Golden Gate America LLC | Western Dist. Washington | 2016 |
| Jesse et al v. DAL Global, Inc. | Western Dist. Washington | 2016 |
| Judd et al v. Swissport USA, Inc. | King County, Washington | 2016 |
| Muse v. Huntleigh USA Corporation | Western Dist. Washington | 2016 |
| Myers, et al v. Alstead, et al & Starbucks Corp. | Western Dist. Washington | 2016 |
| Nugussie et al v. HMS Host N. America, et al | Western Dist. Washington | 2016 |
| Veljanoski v. Juno Therapeutics, Inc. et al | Western Dist. Washington | 2016 |
| Wick v. Twilio, Inc. | Western Dist. Washington | 2016 |
| Alemu, et al v. Imperial Parking (U.S.), LLC | Court of Appeals (Ninth Circuit) | 2018 |
| Bautista, et al v. WFS Express | Western Dist. Washington | 2018 |
| Nichols v. GEICO General Insurance Company | Western Dist. Washington | 2018 |
| Stedman, et al, v. Progressive Direct Insurance Co. | Western Dist. Washington | 2018 |
| Duenas-Mesa v. Indemnity Company | King County, Washington | 2019 |
| Fisher, et al v. Taste, Inc. Taste, Inc., dba Vino Volo, Inc. | King County, Washington | 2019 |
| Howisey v. Transamerica Life Ins. Co. | Western Dist. Washington | 2019 |
| Muna Noor v. American Family Mutual Insurance Company | Western Dist. Washington | 2020 |
| Didzun v. Home Depot USA, Inc. | Western Dist. Washington | 2021 |
| Jama v. State Farm Mutual Automobile Insurance Company | Western Dist. Washington | 2021 |

| | | |
|---|---|---|
| Robleh v. Progressive Insurance Company | King County, Washington | 2021 |
| Vasyl v. American Family | King County, Washington | 2021 |
| Tuttle v. Audiophile Music Direct, Inc. et al | Western Dist. Washington | 2022 |