THE HONORABLE TIFFANY M. CARTWRIGHT

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| CITY OF PONTIAC POLICE AND FIRE RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>     vs.<br><br>ZOOMINFO TECHNOLOGIES INC., HENRY SCHUCK, CAMERON HYZER, TA ASSOCIATES MANAGEMENT, LP, THE CARLYLE GROUP, INC., and DO HOLDINGS (WA), LLC,<br><br>                              Defendants. | No. 3:24-CV-05739-TMC<br><br><u>CLASS ACTION</u><br><br>DECLARATION OF BRADLEY S. KELLER IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL<br><br>NOTE ON MOTION CALENDAR: November 25, 2024<br><br>ORAL ARGUMENT REQUESTED |

DECLARATION OF BRADLEY S. KELLER IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL (3:24-cv-05739-TMC)

BYRNES KELLER CROMWELL LLP
1000 Second Avenue, 38th Floor,
Seattle, WA 98104
Telephone: 206-622-2000 • Fax: 206-622-2522

I, BRADLEY S. KELLER, declare as follows:

I am an attorney duly licensed to practice before the courts of the State of Washington and this Court. I am a member of the law firm Byrnes Keller Cromwell LLP, liaison counsel for proposed lead plaintiff Ohio Public Employees Retirement System and State Teachers Retirement System of Ohio (the "Ohio Funds") in the above-captioned securities class action. I make this declaration in support of the Ohio Funds' Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

Attached are true and correct copies of the following exhibits:

Exhibit A:    Signed Certifications of the Ohio Funds pursuant to the requirements of the PSLRA. 15 U.S.C. § 78u-4(a)(2):

Exhibit B:    A chart reflecting the Ohio Funds' transactions in ZoomInfo Class A common stock and approximate losses:

Exhibit C:    Notice of pendency of class action published in *Globe Newswire*, a national business-oriented wire service on September 4, 2024.

Exhibit D:    Firm resume of Labaton Keller Sucharow LLP; and

Exhibit E:    Firm resume of Byrnes Keller Cromwell LLP

DECLARATION OF BRADLEY S. KELLER IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL (3:24-cv-05739-TMC) - 1

BYRNES KELLER CROMWELL LLP
1000 Second Avenue, 38th Floor, Seattle, WA 98104
Telephone: 206-622-2000 • Fax: 206-622-2522

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

DATED in Seattle, Washington, this 4th day of November, 2024.

/s/ Bradley S. Keller
Bradley S. Keller

DECLARATION OF BRADLEY S. KELLER IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL (3:24-cv-05739-TMC) - 2

BYRNES KELLER CROMWELL LLP
1000 Second Avenue, 38th Floor,
Seattle, WA 98104
Telephone: 206-622-2000 • Fax: 206-622-2522