# Exhibit A

## CERTIFICATION

I, Eric Harrell, Esq., as General Counsel of Ohio Public Employees Retirement System ("Ohio PERS"), hereby certify as follows:

1.      I am fully authorized to enter into and execute this Certification on behalf of Ohio PERS. I have reviewed a complaint filed against ZoomInfo, Inc. ("ZoomInfo") alleging violations of the federal securities laws, and authorize the filing of this motion for lead plaintiff appointment;

2.      Ohio PERS did not purchase common stock of ZoomInfo at the direction of counsel or in order to participate in any private action under the federal securities laws;

3.      Ohio PERS is willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary. Ohio PERS fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act;

4.      Ohio PERS's transactions in ZoomInfo common stock during the Class Period are reflected in Exhibit A, attached hereto;

5.      Ohio PERS sought to serve and was appointed as a lead plaintiff in the following class actions under the federal securities laws filed during the last three years:

*Ohio Public Employees Retirement System and the State Teachers Retirement System of Ohio v. Discovery, Inc.*, No. 1:22-cv-08171 (S.D.N.Y.)
*In re Meta Platforms, Inc. Securities Litigation*, No. 1:21-cv-08812 (N.D. Cal.)

6.      Beyond its pro rata share of any recovery, Ohio PERS will not accept payment for serving as a lead plaintiff or representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this 4th day of November, 2024.

Eric Harrell, Esq.
General Counsel
Ohio Public Employees Retirement System

2

**EXHIBIT A**

**TRANSACTIONS IN ZOOMINFO, INC.**

| Transaction Type | Trade Date | Shares | Price | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 11/30/2021 | 2,288 | $61.7000 | ($141,169.60) |
| Purchase | 2/28/2022 | 1,020 | $54.6900 | ($55,783.80) |
| Purchase | 5/31/2022 | 3,177 | $40.3900 | ($128,319.03) |
| Purchase | 6/24/2022 | 133,073 | $37.7100 | ($5,018,182.83) |
| Purchase | 6/24/2022 | 7,650 | $37.7100 | ($288,481.50) |
| Sell | 6/30/2022 | (3,863) | $33.2400 | $128,406.12 |
| Purchase | 8/31/2022 | 1 | $45.4200 | ($45.42) |
| Purchase | 9/16/2022 | 1,076 | $41.9900 | ($45,181.24) |
| Purchase | 9/16/2022 | 11 | $41.9900 | ($461.89) |
| Purchase | 10/14/2022 | 20,878 | $42.1338 | ($879,669.48) |
| Purchase | 10/19/2022 | 4,514 | $44.4240 | ($200,529.94) |
| Purchase | 11/2/2022 | 6,559 | $31.5093 | ($206,669.50) |
| Sell | 11/17/2022 | (31,951) | $25.7029 | $821,233.36 |
| Purchase | 11/23/2022 | 2,251 | $28.0700 | ($63,185.57) |
| Purchase | 11/30/2022 | 5,100 | $28.6000 | ($145,860.00) |
| Purchase | 12/16/2022 | 682 | $29.7990 | ($20,322.92) |
| Purchase | 12/16/2022 | 22 | $29.8000 | ($655.60) |
| Sell | 2/28/2023 | (11,437) | $24.1700 | $276,432.29 |
| Purchase | 3/17/2023 | 156 | $23.7600 | ($3,706.56) |
| Purchase | 3/17/2023 | 252 | $23.7600 | ($5,987.52) |
| Purchase | 3/17/2023 | 4 | $23.7600 | ($95.04) |
| Sell | 3/17/2023 | (4,500) | $23.7610 | $106,924.50 |
| Sell | 3/17/2023 | (149) | $23.7610 | $3,540.39 |
| Sell | 4/13/2023 | (4,092) | $22.6010 | $92,483.29 |
| Sell | 5/25/2023 | (4,418) | $23.0700 | $101,923.26 |
| Purchase | 6/16/2023 | 155 | $26.8200 | ($4,157.10) |
| Purchase | 6/23/2023 | 16,616 | $23.9900 | ($398,617.84) |
| Purchase | 6/23/2023 | 526 | $23.9900 | ($12,618.74) |
| Sell | 6/23/2023 | (4,136) | $23.9900 | $99,222.64 |
| Sell | 7/12/2023 | (5,476) | $27.5600 | $150,918.56 |
| Sell | 8/4/2023 | (3,733) | $18.5010 | $69,064.23 |
| Sell | 8/29/2023 | (4,803) | $17.8400 | $85,685.52 |
| Purchase | 9/15/2023 | 222 | $17.2200 | ($3,822.84) |
| Sell | 9/15/2023 | (63) | $17.2200 | $1,084.86 |
| Sell | 9/15/2023 | (3) | $17.2200 | $51.66 |
| Purchase | 11/30/2023 | 3,525 | $14.3700 | ($50,654.25) |
| Purchase | 12/15/2023 | 264 | $18.3290 | ($4,838.86) |

| Sell | 12/15/2023 | (4,307) | $18.3310 | $78,951.62 |
|---|---|---|---|---|
| Sell | 12/15/2023 | (275) | $18.3310 | $5,041.03 |
| Sell | 2/27/2024 | (4,178) | $17.2910 | $72,241.80 |
| Sell | 3/7/2024 | (6,964) | $16.5700 | $115,393.48 |
| Purchase | 3/15/2024 | 130 | $15.9900 | ($2,078.70) |
| Purchase | 3/15/2024 | 265 | $15.9900 | ($4,237.35) |
| Purchase | 3/15/2024 | 20 | $15.9900 | ($319.80) |
| Purchase | 6/21/2024 | 242 | $12.2900 | ($2,974.18) |
| Purchase | 6/28/2024 | 6,122 | $12.7700 | ($78,177.94) |
| Purchase | 6/28/2024 | 443 | $12.7700 | ($5,657.11) |
| Sell | 6/28/2024 | (2,750) | $12.7700 | $35,117.50 |
| Sell | 7/17/2024 | (5,515) | $12.0200 | $66,290.30 |

2

## CERTIFICATION

I, Stacey L. Wideman, as Chief Legal Officer of State Teachers Retirement System of Ohio ("STRS Ohio"), hereby certify as follows:

1.    I am fully authorized to enter into and execute this Certification on behalf of STRS Ohio.  I have reviewed a complaint filed against ZoomInfo, Inc. ("ZoomInfo") alleging violations of the federal securities laws, and authorize the filing of this motion for lead plaintiff appointment;

2.    STRS Ohio did not purchase common stock of ZoomInfo at the direction of counsel or in order to participate in any private action under the federal securities laws;

3.    STRS Ohio is willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary.  STRS Ohio fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act;

4.    STRS Ohio's transactions in ZoomInfo common stock during the Class Period are reflected in Exhibit A, attached hereto;

5.    STRS Ohio sought to serve and was appointed as a lead plaintiff in the following class actions under the federal securities laws filed during the last three years:

*Coleman v. Charles River Laboratories International, Inc.,*, No. 1:23-cv-11132 (D. Mass.)
*Ohio Public Employees Retirement System and the State Teachers Retirement System of Ohio v. Discovery, Inc.,* No. 1:22-cv-08171 (S.D.N.Y.)

6.    Beyond its pro rata share of any recovery, STRS Ohio will not accept payment for serving as a lead plaintiff or representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this 4th day of November, 2024.

_Stacey L. Wideman_
Chief Legal Officer
State Teachers Retirement System of Ohio

2

**EXHIBIT A**

**TRANSACTIONS IN ZOOMINFO, INC.**

| Transaction Type | Trade Date | Shares | Price | Cost/Proceeds |
|---|---|---|---|---|
| Sell | 08/17/2021 | (11,900) | $59.5950 | $709,180.50 |
| Sell | 08/17/2021 | (23,730) | $59.4391 | $1,410,489.84 |
| Purchase | 10/05/2021 | 8,110 | $61.3224 | ($497,324.66) |
| Purchase | 10/05/2021 | 21,319 | $61.3545 | ($1,308,016.59) |
| Purchase | 10/05/2021 | 40,271 | $61.2106 | ($2,465,012.07) |
| Purchase | 10/05/2021 | 300 | $61.3867 | ($18,416.01) |
| Purchase | 10/06/2021 | 150,186 | $61.9577 | ($9,305,179.13) |
| Purchase | 10/06/2021 | 53,317 | $61.8748 | ($3,298,978.71) |
| Purchase | 10/06/2021 | 21,497 | $62.3929 | ($1,341,260.17) |
| Purchase | 10/07/2021 | 80,000 | $64.2741 | ($5,141,928.00) |
| Purchase | 10/08/2021 | 40,000 | $62.6319 | ($2,505,276.00) |
| Purchase | 10/08/2021 | 2,681 | $62.6415 | ($167,941.86) |
| Purchase | 10/08/2021 | 37,319 | $62.4942 | ($2,332,221.05) |
| Purchase | 10/12/2021 | 100,000 | $63.5375 | ($6,353,750.00) |
| Purchase | 10/13/2021 | 45,000 | $64.7783 | ($2,915,023.50) |
| Purchase | 10/13/2021 | 12,960 | $64.8045 | ($839,866.32) |
| Purchase | 10/13/2021 | 22,500 | $64.8350 | ($1,458,787.50) |
| Purchase | 10/13/2021 | 9,540 | $64.7748 | ($617,951.59) |
| Purchase | 10/14/2021 | 75,000 | $68.0228 | ($5,101,710.00) |
| Purchase | 10/14/2021 | 37,500 | $68.0726 | ($2,552,722.50) |
| Purchase | 10/14/2021 | 37,500 | $68.0150 | ($2,550,562.50) |
| Purchase | 10/18/2021 | 800 | $67.3331 | ($53,866.48) |
| Purchase | 10/18/2021 | 89,200 | $67.7692 | ($6,045,012.64) |
| Purchase | 10/19/2021 | 150,000 | $69.7503 | ($10,462,545.00) |
| Purchase | 10/20/2021 | 19,500 | $68.2122 | ($1,330,137.90) |
| Purchase | 10/20/2021 | 6,100 | $68.3496 | ($416,932.56) |
| Purchase | 10/20/2021 | 5,000 | $68.6900 | ($343,450.00) |
| Purchase | 10/20/2021 | 14,700 | $68.1670 | ($1,002,054.90) |
| Purchase | 10/20/2021 | 4,700 | $68.1508 | ($320,308.76) |
| Purchase | 11/02/2021 | 175,000 | $70.0050 | ($12,250,875.00) |
| Purchase | 11/16/2021 | 75,000 | $76.0337 | ($5,702,527.50) |
| Purchase | 11/30/2021 | 30,000 | $63.7302 | ($1,911,906.00) |
| Purchase | 12/01/2021 | 9,787 | $59.2693 | ($580,068.64) |
| Purchase | 12/01/2021 | 7,500 | $59.5741 | ($446,805.75) |
| Purchase | 12/01/2021 | 12,713 | $59.7938 | ($760,158.58) |
| Purchase | 12/07/2021 | 13,652 | $62.7641 | ($856,855.49) |
| Purchase | 12/08/2021 | 161,348 | $65.8356 | ($10,622,442.39) |
| Purchase | 12/09/2021 | 25,000 | $63.2450 | ($1,581,125.00) |

| Purchase | 01/06/2022 | 25,000 | $55.1078 | ($1,377,695.00) |
|---|---|---|---|---|
| Purchase | 01/13/2022 | 25,000 | $52.8904 | ($1,322,260.00) |
| Purchase | 01/14/2022 | 20,000 | $51.3100 | ($1,026,200.00) |
| Purchase | 01/28/2022 | 125,000 | $48.1597 | ($6,019,962.50) |
| Purchase | 02/16/2022 | 35,000 | $54.8586 | ($1,920,051.00) |
| Purchase | 05/09/2022 | 200 | $42.4625 | ($8,492.50) |
| Purchase | 05/09/2022 | 31,235 | $42.6144 | ($1,331,060.78) |
| Purchase | 05/09/2022 | 8,565 | $42.5446 | ($364,394.50) |
| Purchase | 05/17/2022 | 70,000 | $42.4750 | ($2,973,250.00) |
| Purchase | 05/19/2022 | 9,100 | $40.1000 | ($364,910.00) |
| Purchase | 05/19/2022 | 50,900 | $40.1186 | ($2,042,036.74) |
| Purchase | 06/24/2022 | 230,000 | $37.7100 | ($8,673,300.00) |
| Sell | 10/11/2022 | (70,000) | $43.1276 | $3,018,932.00 |
| Sell | 10/14/2022 | (60,000) | $42.0195 | $2,521,170.00 |
| Sell | 10/17/2022 | (80,168) | $43.9108 | $3,520,241.01 |
| Sell | 01/04/2023 | (129,000) | $28.1950 | $3,637,155.00 |
| Sell | 01/04/2023 | (156,000) | $28.3401 | $4,421,055.60 |
| Sell | 01/04/2023 | (300,000) | $28.1002 | $8,430,060.00 |
| Sell | 01/06/2023 | (50,000) | $25.1986 | $1,259,930.00 |
| Sell | 01/06/2023 | (1,682) | $25.2188 | $42,418.02 |
| Sell | 01/06/2023 | (39,676) | $25.3396 | $1,005,373.97 |
| Sell | 01/06/2023 | (130,000) | $25.2000 | $3,276,000.00 |
| Sell | 01/06/2023 | (19,540) | $25.4221 | $496,747.83 |
| Sell | 01/06/2023 | (20,500) | $25.3867 | $520,427.35 |
| Sell | 01/06/2023 | (238,602) | $25.1693 | $6,005,445.32 |
| Sell | 01/10/2023 | (500,000) | $25.1022 | $12,551,100.00 |
| Sell | 01/12/2023 | (125,000) | $25.8134 | $3,226,675.00 |
| Sell | 02/13/2023 | (75,000) | $26.5700 | $1,992,750.00 |
| Sell | 02/28/2023 | (40,000) | $24.2005 | $968,020.00 |
| Sell | 03/08/2023 | (75,000) | $24.5003 | $1,837,522.50 |
| Sell | 04/05/2023 | (40,000) | $23.0090 | $920,360.00 |
| Sell | 05/01/2023 | (85,000) | $21.5147 | $1,828,749.50 |
| Sell | 05/24/2023 | (35,000) | $24.3831 | $853,408.50 |
| Sell | 05/31/2023 | (35,000) | $24.7300 | $865,550.00 |
| Sell | 06/29/2023 | (83,019) | $25.6554 | $2,129,885.65 |

2