# Exhibit B

**LOSS ANALYSIS**

**Class Period: 11/10/20 - 08/05/24**

**ZoomInfo Technologies Inc.**

| TICKER | CUSIP | ISIN | SEDOL | Lookback Price | [1] |
|--------|-------|------|-------|----------------|-----|
| ZI | 98980F104 | US98980F1049 | BMWF095 | $9.9579 | |

**State Teachers Retirement System of Ohio**

**LIFO**

| Transaction Type | Trade Date | Shares | Share Price | Cost/Proceeds |
|------------------|-----------|--------|-------------|---------------|
| Purchases | 10/05/21 | 8,110 | $61.3224 | ($497,324.66) |
| Purchases | 10/05/21 | 21,319 | $61.3545 | ($1,308,016.59) |
| Purchases | 10/05/21 | 40,271 | $61.2106 | ($2,465,012.07) |
| Purchases | 10/05/21 | 300 | $61.3867 | ($18,416.01) |
| Purchases | 10/06/21 | 150,186 | $61.9577 | ($9,305,179.13) |
| Purchases | 10/06/21 | 53,317 | $61.8748 | ($3,298,978.71) |
| Purchases | 10/06/21 | 21,497 | $62.3929 | ($1,341,260.17) |
| Purchases | 10/07/21 | 80,000 | $64.2741 | ($5,141,928.00) |
| Purchases | 10/08/21 | 40,000 | $62.6319 | ($2,505,276.00) |
| Purchases | 10/08/21 | 2,681 | $62.6415 | ($167,941.86) |
| Purchases | 10/08/21 | 37,319 | $62.4942 | ($2,332,221.05) |
| Purchases | 10/12/21 | 100,000 | $63.5375 | ($6,353,750.00) |
| Purchases | 10/13/21 | 45,000 | $64.7783 | ($2,915,023.50) |
| Purchases | 10/13/21 | 12,960 | $64.8045 | ($839,866.32) |
| Purchases | 10/13/21 | 22,500 | $64.8350 | ($1,458,787.50) |
| Purchases | 10/13/21 | 9,540 | $64.7748 | ($617,951.59) |
| Purchases | 10/14/21 | 75,000 | $68.0228 | ($5,101,710.00) |
| Purchases | 10/14/21 | 37,500 | $68.0726 | ($2,552,722.50) |
| Purchases | 10/14/21 | 37,500 | $68.0150 | ($2,550,562.50) |
| Purchases | 10/18/21 | 800 | $67.3331 | ($53,866.48) |
| Purchases | 10/18/21 | 89,200 | $67.7692 | ($6,045,012.64) |
| Purchases | 10/19/21 | 150,000 | $69.7503 | ($10,462,545.00) |
| Purchases | 10/20/21 | 19,500 | $68.2122 | ($1,330,137.90) |
| Purchases | 10/20/21 | 6,100 | $68.3496 | ($416,932.56) |
| Purchases | 10/20/21 | 5,000 | $68.6900 | ($343,450.00) |
| Purchases | 10/20/21 | 14,700 | $68.1670 | ($1,002,054.90) |
| Purchases | 10/20/21 | 4,700 | $68.1508 | ($320,308.76) |
| Purchases | 11/02/21 | 175,000 | $70.0050 | ($12,250,875.00) |
| Purchases | 11/16/21 | 75,000 | $76.0337 | ($5,702,527.50) |
| Purchases | 11/30/21 | 30,000 | $63.7302 | ($1,911,906.00) |
| Purchases | 12/01/21 | 9,787 | $59.2693 | ($580,068.64) |
| Purchases | 12/01/21 | 7,500 | $59.5741 | ($446,805.75) |
| Purchases | 12/01/21 | 12,713 | $59.7938 | ($760,158.58) |
| Purchases | 12/07/21 | 13,652 | $62.7641 | ($856,855.49) |
| Purchases | 12/08/21 | 161,348 | $65.8356 | ($10,622,442.39) |
| Purchases | 12/09/21 | 25,000 | $63.2450 | ($1,581,125.00) |
| Purchases | 01/06/22 | 25,000 | $55.1078 | ($1,377,695.00) |
| Purchases | 01/13/22 | 25,000 | $52.8904 | ($1,322,260.00) |
| Purchases | 01/14/22 | 20,000 | $51.3100 | ($1,026,200.00) |
| Purchases | 01/28/22 | 125,000 | $48.1597 | ($6,019,962.50) |

**State Teachers Retirement System of Ohio**

## LIFO

| Transaction Type | Trade Date | Shares | Share Price | Cost/Proceeds |
|---|---|---|---|---|
| Purchases | 02/16/22 | 35,000 | $54.8586 | ($1,920,051.00) |
| Purchases | 05/09/22 | 200 | $42.4625 | ($8,492.50) |
| Purchases | 05/09/22 | 31,235 | $42.6144 | ($1,331,060.78) |
| Purchases | 05/09/22 | 8,565 | $42.5446 | ($364,394.50) |
| Purchases | 05/17/22 | 70,000 | $42.4750 | ($2,973,250.00) |
| Purchases | 05/19/22 | 9,100 | $40.1000 | ($364,910.00) |
| Purchases | 05/19/22 | 50,900 | $40.1186 | ($2,042,036.74) |
| Purchases | 06/24/22 | 230,000 | $37.7100 | ($8,673,300.00) |
| *Class Period Purchases:* | | *2,225,000* | | *($132,882,613.78)* |
| | | | | |
| Sales | 08/17/21 | (11,900) | $59.5950 | $709,180.50 |
| Sales | 08/17/21 | (23,730) | $59.4391 | $1,410,489.84 |
| Sales | 05/01/23 | (10,168) | $21.5147 | $218,761.47 |
| Sales | 05/24/23 | (35,000) | $24.3831 | $853,408.50 |
| Sales | 05/31/23 | (35,000) | $24.7300 | $865,550.00 |
| Sales | 06/29/23 | (83,019) | $25.6554 | $2,129,885.65 |
| *Class Period sales that match to Pre-Class Period:* | | *-198,817* | | *$6,187,275.97* |
| Sales | 10/11/22 | (70,000) | $43.1276 | $3,018,932.00 |
| Sales | 10/14/22 | (60,000) | $42.0195 | $2,521,170.00 |
| Sales | 10/17/22 | (80,168) | $43.9108 | $3,520,241.01 |
| Sales | 01/04/23 | (129,000) | $28.1950 | $3,637,155.00 |
| Sales | 01/04/23 | (156,000) | $28.3401 | $4,421,055.60 |
| Sales | 01/04/23 | (300,000) | $28.1002 | $8,430,060.00 |
| Sales | 01/06/23 | (50,000) | $25.1986 | $1,259,930.00 |
| Sales | 01/06/23 | (1,682) | $25.2188 | $42,418.02 |
| Sales | 01/06/23 | (39,676) | $25.3396 | $1,005,373.97 |
| Sales | 01/06/23 | (130,000) | $25.2000 | $3,276,000.00 |
| Sales | 01/06/23 | (19,540) | $25.4221 | $496,747.83 |
| Sales | 01/06/23 | (20,500) | $25.3867 | $520,427.35 |
| Sales | 01/06/23 | (238,602) | $25.1693 | $6,005,445.32 |
| Sales | 01/10/23 | (500,000) | $25.1022 | $12,551,100.00 |

**State Teachers Retirement System of Ohio**

## LIFO

| Transaction Type | Trade Date | Shares | Share Price | Cost/Proceeds |
|---|---|---|---|---|
| Sales | 01/12/23 | (125,000) | $25.8134 | $3,226,675.00 |
| Sales | 02/13/23 | (75,000) | $26.5700 | $1,992,750.00 |
| Sales | 02/28/23 | (40,000) | $24.2005 | $968,020.00 |
| Sales | 03/08/23 | (75,000) | $24.5003 | $1,837,522.50 |
| Sales | 04/05/23 | (40,000) | $23.0090 | $920,360.00 |
| Sales | 05/01/23 | (74,832) | $21.5147 | $1,609,988.03 |
| **Class Period sales that match to Class Period Purchases:** | | **-2,225,000** | | **$61,261,371.64** |
| Shares Held: | | 0 | $9.9579 | $0.00 |

| | |
|---|---|
| **LIFO Gain/(Loss):** | **($71,621,242.15)** |

| | |
|---|---|
| Total Shares Bought: | 2,225,000 |
| Total Net Shares: | -198,817 |
| Total Net Expenditures: | ($65,433,966.18) |

[1] *Value of shares held is the mean trading price from 08/06/24 - 11/01/24.*

**LOSS ANALYSIS**

**Class Period:  11/10/20 - 08/05/24**

**ZoomInfo Technologies Inc.**

| TICKER | CUSIP | ISIN | SEDOL | Lookback Price [1] |
|---|---|---|---|---|
| ZI | 98980F104 | US98980F1049 | BMWF095 | $9.9579 |

**Ohio Public Employees Retirement System**

**LIFO**

| Transaction Type | Trade Date | Shares | Share Price | Cost/Proceeds |
|---|---|---|---|---|
| Purchases | 11/30/21 | 2,288 | $61.7000 | ($141,169.60) |
| Purchases | 02/28/22 | 1,020 | $54.6900 | ($55,783.80) |
| Purchases | 05/31/22 | 3,177 | $40.3900 | ($128,319.03) |
| Purchases | 06/24/22 | 133,073 | $37.7100 | ($5,018,182.83) |
| Purchases | 06/24/22 | 7,650 | $37.7100 | ($288,481.50) |
| Purchases | 08/31/22 | 1 | $45.4200 | ($45.42) |
| Purchases | 09/16/22 | 1,076 | $41.9900 | ($45,181.24) |
| Purchases | 09/16/22 | 11 | $41.9900 | ($461.89) |
| Purchases | 10/14/22 | 20,878 | $42.1338 | ($879,669.48) |
| Purchases | 10/19/22 | 4,514 | $44.4240 | ($200,529.94) |
| Purchases | 11/02/22 | 6,559 | $31.5093 | ($206,669.50) |
| Purchases | 11/23/22 | 2,251 | $28.0700 | ($63,185.57) |
| Purchases | 11/30/22 | 5,100 | $28.6000 | ($145,860.00) |
| Purchases | 12/16/22 | 682 | $29.7990 | ($20,322.92) |
| Purchases | 12/16/22 | 22 | $29.8000 | ($655.60) |
| Purchases | 03/17/23 | 156 | $23.7600 | ($3,706.56) |
| Purchases | 03/17/23 | 252 | $23.7600 | ($5,987.52) |
| Purchases | 03/17/23 | 4 | $23.7600 | ($95.04) |
| Purchases | 06/16/23 | 155 | $26.8200 | ($4,157.10) |
| Purchases | 06/23/23 | 16,616 | $23.9900 | ($398,617.84) |
| Purchases | 06/23/23 | 526 | $23.9900 | ($12,618.74) |
| Purchases | 09/15/23 | 222 | $17.2200 | ($3,822.84) |
| Purchases | 11/30/23 | 3,525 | $14.3700 | ($50,654.25) |
| Purchases | 12/15/23 | 264 | $18.3290 | ($4,838.86) |
| Purchases | 03/15/24 | 130 | $15.9900 | ($2,078.70) |
| Purchases | 03/15/24 | 265 | $15.9900 | ($4,237.35) |
| Purchases | 03/15/24 | 20 | $15.9900 | ($319.80) |
| Purchases | 06/21/24 | 242 | $12.2900 | ($2,974.18) |
| Purchases | 06/28/24 | 6,122 | $12.7700 | ($78,177.94) |
| Purchases | 06/28/24 | 443 | $12.7700 | ($5,657.11) |
| **Class Period Purchases:** | | **217,244** | | **($7,772,462.14)** |
| | | | | |
| Sales | 06/30/22 | (3,863) | $33.2400 | $128,406.12 |
| Sales | 11/17/22 | (31,951) | $25.7029 | $821,233.36 |
| Sales | 02/28/23 | (11,437) | $24.1700 | $276,432.29 |
| Sales | 03/17/23 | (4,500) | $23.7610 | $106,924.50 |
| Sales | 03/17/23 | (149) | $23.7610 | $3,540.39 |
| Sales | 04/13/23 | (4,092) | $22.6010 | $92,483.29 |
| Sales | 05/25/23 | (4,418) | $23.0700 | $101,923.26 |
| Sales | 06/23/23 | (4,136) | $23.9900 | $99,222.64 |
| Sales | 07/12/23 | (5,476) | $27.5600 | $150,918.56 |
| Sales | 08/04/23 | (3,733) | $18.5010 | $69,064.23 |
| Sales | 08/29/23 | (4,803) | $17.8400 | $85,685.52 |
| Sales | 09/15/23 | (63) | $17.2200 | $1,084.86 |

**Ohio Public Employees Retirement System**

| LIFO | | | | |
|---|---|---|---|---|
| **Transaction Type** | **Trade Date** | **Shares** | **Share Price** | **Cost/Proceeds** |
| Sales | 09/15/23 | (3) | $17.2200 | $51.66 |
| Sales | 12/15/23 | (4,307) | $18.3310 | $78,951.62 |
| Sales | 12/15/23 | (275) | $18.3310 | $5,041.03 |
| Sales | 02/27/24 | (4,178) | $17.2910 | $72,241.80 |
| Sales | 03/07/24 | (6,964) | $16.5700 | $115,393.48 |
| Sales | 06/28/24 | (2,750) | $12.7700 | $35,117.50 |
| Sales | 07/17/24 | (5,515) | $12.0200 | $66,290.30 |
| *Class Period sales that match to Class Period Purchases:* | | *-102,613* | | *$2,310,006.40* |
| | Shares Held: | 114,631 | $9.9579 | $1,141,484.03 |

**LIFO Gain/(Loss):** **($4,320,971.70)**

| | |
|---|---|
| Total Shares Bought: | 217,244 |
| Total Net Shares: | 114,631 |
| Total Net Expenditures: | ($5,462,455.73) |

**AGGREGATE (ALL FUNDS) TOTAL LIFO (LOSS):** **($75,942,213.84)**

[1] *Value of shares held is the mean trading price from 08/06/24 - 11/01/24.*