# Exhibit C

# Robbins Geller Rudman & Dowd LLP

*Source:* Robbins Geller Rudman & Dowd LLP

*September 04, 2024 19:43 ET*

## ZI INVESTOR ALERT: Robbins Geller Rudman & Dowd LLP Files Class Action Lawsuit Against ZoomInfo Technologies, Inc. and Announces Opportunity for Investors with Substantial Losses to Lead the ZoomInfo Class Action Lawsuit

SAN DIEGO, Sept. 04, 2024 (GLOBE NEWSWIRE) -- **Robbins Geller Rudman & Dowd LLP** announces that purchasers of ZoomInfo Technologies, Inc. (NASDAQ: ZI) Class A common stock between November 10, 2020 and August 5, 2024, inclusive (the "Class Period"), have until November 4, 2024 to seek appointment as lead plaintiff of the *ZoomInfo* class action lawsuit. Captioned *City of Pontiac Police and Fire Retirement System v. ZoomInfo Technologies, Inc.*, No. 24-cv-05739 (W.D. Wash.), the *ZoomInfo* class action lawsuit charges ZoomInfo and certain of ZoomInfo's top executive officers and others with violations of the Securities Exchange Act of 1934.

**If you suffered substantial losses and wish to serve as lead plaintiff of the *ZoomInfo* class action lawsuit, please provide your information here:**

**https://www.rgrdlaw.com/cases-zoominfo-technologies-inc-class-action-lawsuit-zi.html**

**You can also contact attorneys J.C. Sanchez or Jennifer N. Caringal of Robbins Geller by calling 800/449-4900 or via e-mail at info@rgrdlaw.com.**

**CASE ALLEGATIONS**: ZoomInfo is a software and data company that provides customer contact and business information to its clients.

The *ZoomInfo* class action lawsuit alleges that defendants throughout the Class Period made false and/or misleading statements and/or failed to disclose that: (i) ZoomInfo's financial and operational results during the Class Period had been temporarily inflated by the ephemeral effects of the COVID-19 pandemic, which had pulled-forward demand for ZoomInfo's database of digital contact information; (ii) material portions of ZoomInfo's existing customer base were attempting to either substantially reduce their use of ZoomInfo's product or abandon it altogether; (iii) ZoomInfo had used manipulative and coercive auto-renew policies and threats of litigation to force customers into remaining with ZoomInfo for an additional contractual term even though such customers did not want to; (iv) ZoomInfo's coercive customer retention tactics had materially damaged ZoomInfo's customer relationships, client franchise, and competitive advantages, and created a hidden demand cliff for costumer contract renewals in future periods; and (v) as a result of all of the above, ZoomInfo's reported revenues, operating income, and customer and retention metrics were materially overstated.

On November 1, 2022, ZoomInfo announced financial results for the third fiscal quarter of 2022, revealing that it had experienced increased "scrutiny" by customers during the contract renewal process, which negatively impacted ZoomInfo's financial results in the quarter and would cause ZoomInfo to "retrace" Net Revenue Retention ("NRR") gains achieved in 2021. Further reflecting this loss of business, ZoomInfo further revealed that its total Remaining Performance Obligations ("RPOs") fell to $979 million, compared to $985 million the prior quarter, and that current RPOs fell

to $757 million, compared to $764 million the prior quarter. On this news, the price of ZoomInfo Class A common stock fell more than 29%.

Then, on November 16, 2022, ZoomInfo revealed that intense customer scrutiny during the contract renewal process had continued into the fourth quarter, which would negatively impact ZoomInfo's ability to grow its revenues in fiscal year 2023. On this news, the price of ZoomInfo Class A common stock fell approximately 17% over two trading sessions.

Thereafter, on July 31, 2023, ZoomInfo announced financial results for the second fiscal quarter of 2023, revealing that ZoomInfo's customers with annual contract values of $100,000 or greater had declined to 1,893 from 1,905 such clients in the prior quarter. ZoomInfo further reduced its annual revenue guidance from a range of $1.275 billion to $1.285 billion to a range of $1.225 billion to $1.235 billion, representing a reduction of $50 million at the mid-point. On this news, the price of ZoomInfo Class A common stock approximately 28% over two trading session.

Subsequently, on May 7, 2024, ZoomInfo announced financial results for the first fiscal quarter of 2024, disclosing that it had a large pool of small business customers that exhibited "weakness" during renewals in the period, which had caused NRR to decline sequentially to 85% from the 87% reported in the fourth quarter. ZoomInfo further reduced its annual revenue guidance from range of $1.26 billion to $1.28 billion to a range of $1.255 billion to $1.27 billion. On this news, the price of ZoomInfo Class A common stock fell more than 24%.

Finally, on August 5, 2024, ZoomInfo announced financial results for the second fiscal quarter of 2024, disclosing that ZoomInfo was incurring a $33 million charge due to non-payments from customers and had been forced to implement a "new business risk model" to reduce write-offs. In connection with its new risk model, ZoomInfo stated it was altering its operational procedures to require up-front payments from small business customers, indicating that many of ZoomInfo's previous customers had been unable to afford ZoomInfo's products and services. As a result, ZoomInfo further reduced its annual revenue guidance by $65 million at the midpoint, from a range of $1.255 billion to $1.27 billion to a range of $1.19 billion to $1.205 billion. On this news, the price of ZoomInfo Class A common stock fell more than 18%.

The plaintiff is represented by Robbins Geller, which has **extensive experience** in prosecuting investor class actions including actions involving financial fraud. You can view a copy of the complaint **by clicking here**.

**THE LEAD PLAINTIFF PROCESS**: The Private Securities Litigation Reform Act of 1995 permits any investor who purchased ZoomInfo Class A common stock during the Class Period to seek appointment as lead plaintiff in the *ZoomInfo* class action lawsuit. A lead plaintiff is generally the movant with the greatest financial interest in the relief sought by the putative class who is also typical and adequate of the putative class. A lead plaintiff acts on behalf of all other class members in directing the *ZoomInfo* class action lawsuit. The lead plaintiff can select a law firm of its choice to litigate the *ZoomInfo* class action lawsuit. An investor's ability to share in any potential future recovery of the *ZoomInfo* class action lawsuit is not dependent upon serving as lead plaintiff.

**ABOUT ROBBINS GELLER**: Robbins Geller Rudman & Dowd LLP is one of the world's leading law firms representing investors in securities fraud cases. Our Firm has been #1 in the ISS Securities Class Action Services rankings for six out of the last ten years for securing the most monetary relief for investors. We recovered $6.6 billion for investors in securities-related class action cases – over $2.2 billion more than any other law firm in the last four years. With 200 lawyers in 10 offices, Robbins Geller is one of the largest plaintiffs' firms in the world and the Firm's attorneys have obtained many of the largest securities class action recoveries in history, including the largest securities class action recovery ever – $7.2 billion – in *In re Enron Corp. Sec. Litig.* Please visit the following page for more information:

**https://www.rgrdlaw.com/services-litigation-securities-fraud.html**

Attorney advertising.
Past results do not guarantee future outcomes.
Services may be performed by attorneys in any of our offices.

Contact:
    Robbins Geller Rudman & Dowd LLP
    J.C. Sanchez, Jennifer N. Caringal

655 W. Broadway, Suite 1900, San Diego, CA 92101
800-449-4900

**info@rgrdlaw.com**