THE HONORABLE TIFFANY M. CARTWRIGHT

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| CITY OF PONTIAC POLICE AND FIRE RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ZOOMINFO TECHNOLOGIES INC., HENRY SCHUCK, CAMERON HYZER, TA ASSOCIATES MANAGEMENT, LP, THE CARLYLE GROUP, INC., and DO HOLDINGS (WA), LLC,<br><br>Defendants. | No. 3:24-CV-05739-TMC<br><br><u>CLASS ACTION</u><br><br>NOTICE OF APPEARANCE |



BYRNES KELLER CROMWELL LLP
1000 Second Avenue, 38th Floor,
Seattle, WA 98104
Telephone: 206-622-2000 • Fax: 206-622-2522

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE THAT Bradley S. Keller and Joshua B. Selig of the law firm Byrnes Keller Cromwell LLP enter their appearance as counsel on behalf of Proposed Lead Plaintiff, Ohio Public Employees Retirement System and State Teachers Retirement System of Ohio, in the above-captioned matter.

DATED: November 4, 2024

Respectfully submitted,

**BYRNES KELLER CROMWELL LLP**
*s/ Bradley S. Keller*
Bradley S. Keller, WSBA #10665
*s/ Joshua B. Selig*
Joshua B. Selig, WSBA #39628
1000 Second Avenue, 38th Floor
Seattle, WA 98104
Tel: (206) 622-2000
Fax: (206) 622-2522
bkeller@byrneskeller.com
jselig@byrneskeller.com

*Proposed Liaison Counsel for the Class*

**LABATON KELLER SUCHAROW LLP**
Eric J. Belfi (*pro hac vice* forthcoming)
Michael P. Canty (*pro hac vice* forthcoming)
Francis P. McConville (*pro hac vice* forthcoming)
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
ebelfi@labaton.com
mcanty@labaton.com
fmcconville@labaton.com

*Counsel for Proposed Lead Plaintiff and Proposed Lead Counsel for the Class*

**OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF OHIO**
Shawn Busken (*pro hac vice* forthcoming)
30 East Broad Street
Columbus, OH 43215
Tel: (800) 282-0515
Shawn.Busken@OhioAttorneyGeneral.gov

*Additional Counsel for Proposed Lead Plaintiff*