THE HONORABLE TIFFANY M. CARTWRIGHT

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

CITY OF PONTIAC POLICE AND FIRE
RETIREMENT SYSTEM, on Behalf of Itself
and All Others Similarly Situated,

                    Plaintiff,

vs.

ZOOMINFO TECHNOLOGIES, INC.,
HENRY SCHUCK, CAMERON HYZER, TA
ASSOCIATES MANAGEMENT, LP, THE
CARLYLE GROUP, INC., and DO
HOLDINGS (WA), LLC,

                    Defendants.

No.: 3:24-cv-05739-TMC

**DECLARATION OF JAMES M.
WILSON, JR. IN SUPPORT OF
DEKALB COUNTY PENSION
FUND'S MOTION FOR
APPOINTMENT AS LEAD
PLAINTIFF AND APPROVAL
OF LEAD AND LIAISON
COUNSEL**

Declaration of James M. Wilson, Jr. in Support of
DeKalb County Pension Fund's Motion for
Appointment of Lead Plaintiff, Lead and Liaison
Counsel

YANICK LAW & DISPUTE RESOLUTION PLLC
1325 Fourth Avenue, Suite 1130
Seattle, Washington 98101
(206) 455-5924

I, James M. Wilson, Jr., declare as follows:

1.      I am a member in good standing of the bar of the State of New York. I am a partner in the law firm of Faruqi & Faruqi, LLP. I submit this declaration in support of the motion filed by DeKalb County Pension Fund ("DeKalb"), for (1) appointment as Lead Plaintiff; and (2) approval of DeKalb's selection of Faruqi & Faruqi, LLP to serve as Lead Counsel and Yanick Law & Dispute Resolution PLLC to serve as Liaison Counsel for the Class. I have personal knowledge of the facts set forth herein and would testify thereto if called.

2.      Attached as Exhibits A through F are true and correct copies of the following documents:

Exhibit A:      First Notice of Pendency of a Class Action

Exhibit B:      DeKalb's PSLRA Certification

Exhibit C:      Chart setting forth DeKalb's financial interest in this litigation

Exhibit D:      Firm Resume of Faruqi & Faruqi, LLP

Exhibit E:      Women's Business Enterprise National Council Certificate

Exhibit F:      Firm Resume of Yanick Law & Dispute Resolution PLLC

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 4th day of November 2024 at New York, New York.

By: _____
        James M. Wilson, Jr.

Declaration of James M. Wilson, Jr. in Support of
DeKalb County Pension Fund's Motion for
Appointment of Lead Plaintiff, Lead and Liaison
Counsel - 1

YANICK LAW & DISPUTE RESOLUTION PLLC
1325 Fourth Avenue, Suite 1130
Seattle, Washington 98101
(206) 455-5924