# EXHIBIT C

**ZoomInfo Technologies, Inc.**
**Class Period: November 10, 2020 - August 5, 2024**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Account Name | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Net Shares Retained | 90-Days* Mean Price $9.96 Estimated Value | Estimated Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Summary** | | | | | | | | | | | |
| **DeKalb County Pension Fund Totals** | | **(68,983)** | | **($2,488,260.02)** | | **27,582** | | **$707,905.51** | **(41,401)** | **($828,070.11)** | **($1,368,085.98)** |
| **DeKalb County Pension Fund** | | | | | | | | | | | |
| | 9/14/2021 | (590) | $66.2500 | ($39,087.50) | | | | | | | |
| | 9/14/2021 | (112) | $66.9100 | ($7,493.92) | | | | | | | |
| | 9/14/2021 | (1,212) | $66.9889 | ($81,190.55) | | | | | | | |
| | 9/15/2021 | (977) | $66.2152 | ($64,692.25) | | | | | | | |
| | 9/15/2021 | (1,124) | $66.6732 | ($74,940.68) | | | | | | | |
| | 9/15/2021 | (596) | $66.8581 | ($39,847.43) | | | | | | | |
| | 9/16/2021 | (424) | $66.9383 | ($28,381.84) | | | | | | | |
| | 9/16/2021 | (184) | $66.9988 | ($12,327.78) | | | | | | | |
| | 9/20/2021 | (173) | $64.8945 | ($11,226.75) | | | | | | | |
| | 9/20/2021 | (1,201) | $65.5576 | ($78,734.68) | | | | | | | |
| | 9/21/2021 | (134) | $66.8462 | ($8,957.39) | | | | | | | |
| | 9/24/2021 | (828) | $67.2659 | ($55,696.17) | | | | | | | |
| | 9/29/2021 | (37) | $60.9609 | ($2,255.55) | | | | | | | |
| | 10/1/2021 | (1,150) | $60.1192 | ($69,137.08) | | | | | | | |
| | 10/4/2021 | (1,459) | $60.1154 | ($87,708.37) | | | | | | | |
| | 10/5/2021 | (166) | $60.9617 | ($10,119.64) | | | | | | | |
| | 10/5/2021 | (1,336) | $60.9698 | ($81,455.65) | | | | | | | |
| | 10/6/2021 | (182) | $60.1391 | ($10,945.32) | | | | | | | |
| | 10/6/2021 | (514) | $60.1392 | ($30,911.55) | | | | | | | |
| | 11/30/2021 | (3,811) | $63.6751 | ($242,665.81) | | | | | | | |
| | 11/30/2021 | (198) | $64.0000 | ($12,672.00) | | | | | | | |
| | 12/15/2021 | (869) | $60.4626 | ($52,542.00) | | | | | | | |
| | 12/17/2021 | (1,293) | $59.8867 | ($77,433.50) | | | | | | | |
| | 12/20/2021 | (312) | $60.5000 | ($18,876.00) | | | | | | | |
| | 2/16/2022 | (2,799) | $54.4989 | ($152,542.42) | | | | | | | |
| | 2/17/2022 | (1,324) | $53.3394 | ($70,621.37) | | | | | | | |
| | 2/17/2022 | (997) | $54.9987 | ($54,833.70) | | | | | | | |
| | 4/29/2022 | (329) | $49.5689 | ($16,308.17) | | | | | | | |
| | 12/14/2022 | (473) | $31.4150 | ($14,859.30) | | | | | | | |
| | 12/14/2022 | (6,660) | $31.4285 | ($209,313.81) | | | | | | | |
| | 12/14/2022 | (1,098) | $31.4850 | ($34,570.53) | | | | | | | |
| | 1/9/2023 | (1,290) | $24.9760 | ($32,219.04) | | | | | | | |
| | | | | | 1/9/2023 | 202 | 25.322 | $5,115.04 | | | |
| | | | | | 1/9/2023 | 161 | 25.3549 | $4,082.14 | | | |
| | | | | | 1/9/2023 | 6,444 | 25.6043 | $164,994.11 | | | |
| | | | | | 1/9/2023 | 967 | 25.8539 | $25,000.72 | | | |
| | | | | | 1/9/2023 | 1,289 | 25.8571 | $33,329.80 | | | |
| | | | | | 1/9/2023 | 3,867 | 25.8924 | $100,125.91 | | | ($141,442.85) |
| | 1/10/2023 | (383) | $24.9994 | ($9,574.77) | | | | | | | |
| | | | | | 1/10/2023 | 3,480 | 25.3187 | $88,109.08 | | | |
| | | | | | 1/10/2023 | 3,866 | 25.42 | $98,273.72 | | | |
| | | | | | 1/11/2023 | 4,055 | 26.1187 | $105,911.33 | | | |
| | | | | | 3/13/2023 | 485 | 21.7921 | $10,569.17 | | | ($402,520.94) |
| | 4/12/2023 | (3,125) | $22.9401 | ($71,687.81) | | | | | | | |
| | 5/3/2023 | (2,231) | $21.5837 | ($48,153.23) | | | | | | | |
| | | | | | 5/31/2023 | 1,155 | 24.6317 | $28,449.61 | | | |
| | | | | | 6/5/2023 | 111 | 26.6795 | $2,961.42 | | | $4,086.07 |
| | 6/21/2023 | (1,270) | $24.7150 | ($31,388.05) | | | | | | | |
| | 7/14/2023 | (3,929) | $27.4144 | ($107,711.18) | | | | | | | |
| | | | | | 7/17/2023 | 1,500 | 27.3223 | $40,983.45 | | | ($138.15) |
| | 7/17/2023 | (3,124) | $27.8256 | ($86,927.17) | | | | | | | |
| | 8/1/2023 | (3,649) | $18.8150 | ($68,655.94) | | | | | | | |
| | 8/1/2023 | (1,065) | $18.8150 | ($20,037.98) | | | | | | | |
| | 8/1/2023 | (1,065) | $18.8150 | ($20,037.98) | | | | | | | |
| | 10/31/2023 | (2,251) | $14.1474 | ($31,845.80) | | | | | | | |
| | 12/20/2023 | (4,863) | $19.0558 | ($92,668.36) | | | | | | | |
| | 3/1/2024 | (2,938) | $16.6190 | ($48,826.62) | | | | | | | |
| | 6/26/2024 | (5,238) | $12.6341 | ($66,177.42) | | | | | | | |

*Avg Closing Prices from August 6, 2024 - November 1, 2024
**LIFO calculates losses by assuming the first stocks to be sold are the stocks purchased most recently prior to that sale. These transactions are matched together by quantity purchased/sold in order to determine the gain/loss from the transactions, which is done by subtracting the proceeds of sale from the cost basis of purchase
***Under a LIFO calculation, unmatched purchased shares retained at the end of the the Class Period (those which are not offset by matching sales) are matched against a value equal to the 90-day post-Class Period average price. See 15 U.S.C. § 78u-4(e). Here, the unmatched loss is calculated by subtracting the value of the shares held at the end of the Class Period (i.e., the number of shares held multiplied by the 90-day average) from the cost basis of those shares.