# EXHIBIT F

**Miles A. Yanick**
Yanick Law & Dispute Resolution PLLC
1325 Fourth Avenue, Suite 1130
Seattle, Washington 98101

## WORK EXPERIENCE

**Yanick Law & Dispute Resolution PLLC**, Seattle, Washington (September 2021-present)
Sole practitioner, business litigation and alternative dispute resolution

**Lowe Graham Jones**, Seattle, Washington (September 2021-present)
Of counsel, intellectual property litigation, including patent, trademark, trade-secrets

**Savitt Bruce & Willey LLP**, Seattle, Washington (January 2007-August 2021)
Partner in 12-attorney litigation boutique emphasizing business, real estate, trust/estate, shareholder, securities, employment, business-tort, and noncompete/trade-secret litigation, including class actions

**Law Offices of Miles A. Yanick PC**, Seattle, Washington (July 2005-Dec. 2006)
Sole practitioner, general civil and trust/estate litigation

**Davis Wright Tremaine LLP**, Seattle, Washington (July 2001-June 2005)
Senior Associate, business, employment, and trust/estate litigation

**McNaul Ebel Nawrot & Helgren, PLLC**, Seattle, Washington (April 2000-July 2001)
Associate, business and employment litigation

**King County Prosecutor's Office, Civil Division** (May 1999-April 2000)
Deputy Prosecuting Attorney, Contracts and County Services Sections

**Riddell Williams P.S.**, Seattle, Washington (Nov. 1997-May 1999)
Associate, employment and business litigation

**Law Clerk to Judge Carolyn Dimmick**, U.S. District Court, Western District of Washington (Aug. 1996-Aug. 1997)

## EDUCATION

**University of Michigan Law School**, J.D. *magna cum laude* 1996

**The Evergreen State College**, Olympia, Washington, B.A. 1990

## LEADERSHIP AND BAR COMMITTEES

**Co-Chair, Local Rules Committee, Fed. Bar Ass'n, W. D. Wash.** (Jan. 2010-Dec. 2015)
Co-Chair of committee charged with advocating for or assisting court with changes to local rules of procedure

**KCBA Judicial Screening Committee** (2006-2011)
Regular participant in meetings and reference checks to rate judicial candidates

**KCBA Community Legal Services Committee** (2000-2003)
Conceived and conducted survey of Seattle-area law firms to assess pro bono commitment; authored article for *Bar Bulletin* discussing results

VOLUNTEER LEGAL WORK

**Mediator, King County Dispute Resolution Center** (January 2009-2012)
Serve as mediator for cases pending in small claims court

**Mediator, Snohomish County Dispute Resolution Center** (February 2007-2010)
Serve as mediator for a variety of non-litigated disputes

**Pro Bono Panel, U.S. District Court, Western District of Washington** (2002-2003)
Represented plaintiff inmate at Washington State Special Corrections Center through trial in civil rights claim against State

**KCBA Family Law Mentor Program** (2001-2002)
Represented victim of domestic violence in dissolution proceeding through one-week trial

**KCBA Housing Justice Project** (1998-1999)
Defended tenants facing eviction at show-cause hearings

**KCBA Lake City Neighborhood Legal Clinic** (1997-2000)
Provided 30-minute consultation to clients on a wide range of matters