THE HONORABLE TIFFANY M. CARTWRIGHT

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| CITY OF PONTIAC POLICE AND FIRE RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ZOOMINFO TECHNOLOGIES, INC., HENRY SCHUCK, CAMERON HYZER, TA ASSOCIATES MANAGEMENT, LP, THE CARLYLE GROUP, INC., and DO HOLDINGS (WA), LLC, <br><br> Defendants. | Case No. 3:24-cv-05739-TMC <br><br> **DECLARATION OF ROGER M. TOWNSEND IN SUPPORT OF TEACHERS' RETIREMENT SYSTEM OF LOUISIANA'S MOTION TO APPOINT LEAD PLAINTIFF AND APPROVE ITS SELECTION OF LEAD AND LIAISON COUNSEL** <br><br> NOTE ON MOTION CALENDAR: November 25, 2024 <br><br> ORAL ARGUMENT REQUESTED |

TOWNSEND DECL. ISO TEACHERS' RETIREMENT SYSTEM OF LOUISIANA'S MOTION TO APPOINT LEAD PLAINTIFF AND APPROVE COUNSEL
CASE NO. 3:24-cv-5739-TMC

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660

I, Roger M. Townsend, hereby declare as follows:

1. I am a member in good standing of the bar of the State of Washington and am admitted to practice in this District.

2. I submit this Declaration, together with the attached exhibits, in support of Teachers' Retirement System of Louisiana's ("TRSL") Motion to Appoint Lead Plaintiff and to Approve Its Selection of Lead and Liaison Counsel. I am fully familiar with the facts set forth herein and if called would competently testify thereto.

3. Attached hereto as **Exhibit A** is a true and correct copy of the sworn certification of TRSL, reflecting all of its transactions in ZoomInfo Technologies, Inc. ("ZoomInfo") securities during the Class Period.

4. Attached hereto as **Exhibit B** is a table reflecting the losses incurred by TRSL from its transactions in ZoomInfo securities during the Class Period.

5. Attached hereto as **Exhibit C** is a true and correct copy of the press release published on September 4, 2024 on *GlobeNewswire*, a well-known national business-oriented publication, announcing the pendency of the first-filed lawsuit commenced against Defendants in *City of Pontiac Police and Fire Retirement System v. ZoomInfo Technologies, Inc., et al.*, No. 3:24-cv-05739 (W.D. Wash.).

6. Attached hereto as **Exhibit D** is a true and correct copy of the firm resume of Breskin Johnson & Townsend, PLLC.

7. Attached hereto as **Exhibit E** is a true and correct copy of the firm resume of Kahn Swick & Foti, LLC.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on November 4, 2024, in Seattle, Washington.

_s/ Roger M. Townsend_
ROGER M. TOWNSEND

TOWNSEND DECL. ISO TEACHERS' RETIREMENT SYSTEM OF LOUISIANA'S MOTION TO APPOINT LEAD PLAINTIFF AND APPROVE COUNSEL
CASE NO. 3:24-cv-5739-TMC

1

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660