# EXHIBIT A

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.      I, Philip Griffith, Chief Investment Officer, on behalf of the Teachers' Retirement System of Louisiana ("TRSL"), with authority to bind TRSL and enter into litigation on its behalf, make this declaration pursuant to Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995

2.      I have reviewed a Complaint on behalf of investors in the securities of ZoomInfo Technologies, Inc. ("ZoomInfo") and authorize the filing of a motion on behalf of TRSL for appointment as lead plaintiff.

3.      TRSL did not purchase or acquire ZoomInfo securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Exchange Act.

4.      TRSL is willing to serve as a representative party on behalf of a class of investors who purchased or otherwise acquired ZoomInfo securities during the Class Period as specified in the Complaint, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.      The attached sheet lists all of TRSL's transactions in the ZoomInfo securities that are the subject of this litigation during the Class Period.

6.      During the three-year period preceding the date on which this Certification is signed, TRSL has not sought to serve as a representative party on behalf of a class under the federal securities laws.

7.      TRSL agrees not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond its pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.      I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___30th___ day of ___October___ 2024

Philip Griffith, Chief Investment Officer, on behalf of the Teachers' Retirement System of Louisiana

## SCHEDULE A

| ACCOUNT/FUND NO. 1 | | | | |
|---|---|---|---|---|
| **Date** | **Action** | **Shares** | **Price** | |
| 10/6/2021 | Purchased | 1,385 | $ | 61.43 |
| 10/6/2021 | Purchased | 24,565 | $ | 62.20 |
| 10/6/2021 | Purchased | 1,556 | $ | 62.37 |
| 10/6/2021 | Purchased | 576 | $ | 61.46 |
| 10/7/2021 | Purchased | 559 | $ | 63.24 |
| 10/7/2021 | Purchased | 13,725 | $ | 63.96 |
| 10/7/2021 | Purchased | 27,101 | $ | 63.99 |
| 10/7/2021 | Purchased | 6,207 | $ | 63.65 |
| 10/13/2021 | Sold | (1,492) | $ | 65.38 |
| 11/2/2021 | Purchased | 709 | $ | 70.38 |
| 11/2/2021 | Purchased | 2,789 | $ | 70.05 |
| 11/2/2021 | Purchased | 23,375 | $ | 69.92 |
| 11/2/2021 | Purchased | 6,338 | $ | 69.98 |
| 11/2/2021 | Purchased | 1,205 | $ | 70.04 |
| 5/6/2022 | Purchased | 305 | $ | 47.97 |
| 5/13/2022 | Purchased | 718 | $ | 43.78 |
| 7/1/2022 | Purchased | 1,512 | $ | 33.89 |
| 11/17/2022 | Sold | (39,438) | $ | 25.59 |
| 11/17/2022 | Sold | (25,521) | $ | 25.77 |
| 11/17/2022 | Sold | (38,262) | $ | 25.35 |
| 11/17/2022 | Sold | (5,784) | $ | 25.60 |
| 11/17/2022 | Sold | (2,128) | $ | 25.57 |

| ACCOUNT/FUND NO. 2 | | | | |
|---|---|---|---|---|
| **Date** | **Action** | **Shares** | **Price** | |
| 3/22/2021 | Purchased | 17,865 | $ | 53.63 |
| 3/22/2021 | Purchased | 1,249 | $ | 54.69 |
| 3/22/2021 | Purchased | 781 | $ | 52.21 |
| 3/22/2021 | Purchased | 3,488 | $ | 52.17 |
| 3/22/2021 | Purchased | 15 | $ | 52.99 |
| 3/22/2021 | Purchased | 21 | $ | 53.50 |
| 3/23/2021 | Purchased | 6,544 | $ | 56.08 |
| 3/23/2021 | Purchased | 1,959 | $ | 55.17 |
| 3/23/2021 | Purchased | 2,452 | $ | 55.77 |
| 3/23/2021 | Purchased | 299 | $ | 56.36 |
| 3/23/2021 | Purchased | 3,563 | $ | 56.68 |
| 3/23/2021 | Purchased | 2,661 | $ | 54.89 |
| 3/24/2021 | Purchased | 19,869 | $ | 54.34 |
| 3/24/2021 | Purchased | 1,131 | $ | 54.48 |
| 3/24/2021 | Purchased | 1,062 | $ | 54.01 |
| 3/24/2021 | Purchased | 750 | $ | 54.68 |

| | | | | |
|---|---|---|---|---|
| 3/24/2021 | Purchased | 94 | $ | 54.00 |
| 3/25/2021 | Purchased | 7,145 | $ | 53.62 |
| 3/25/2021 | Purchased | 122,729 | $ | 52.69 |
| 3/25/2021 | Purchased | 16,159 | $ | 54.25 |
| 3/25/2021 | Purchased | 1,837 | $ | 54.16 |
| 3/25/2021 | Purchased | 41 | $ | 53.24 |
| 3/30/2021 | Sold | (956) | $ | 49.10 |
| 3/30/2021 | Sold | (2,037) | $ | 49.00 |
| 3/30/2021 | Sold | (144) | $ | 49.71 |
| 3/31/2021 | Sold | (2,750) | $ | 49.40 |
| 3/31/2021 | Sold | (140) | $ | 48.90 |
| 3/31/2021 | Sold | (642) | $ | 49.19 |
| 3/31/2021 | Sold | (924) | $ | 50.01 |
| 4/1/2021 | Sold | (4,018) | $ | 49.04 |
| 4/1/2021 | Sold | (3,396) | $ | 49.05 |
| 4/1/2021 | Sold | (276) | $ | 48.76 |
| 4/1/2021 | Sold | (33) | $ | 49.02 |
| 4/5/2021 | Sold | (1,505) | $ | 47.62 |
| 4/5/2021 | Sold | (1,233) | $ | 46.92 |
| 4/5/2021 | Sold | (772) | $ | 47.32 |
| 4/5/2021 | Sold | (2,426) | $ | 47.53 |
| 4/6/2021 | Sold | (3,427) | $ | 48.00 |
| 4/6/2021 | Sold | (2,362) | $ | 48.18 |
| 4/6/2021 | Sold | (300) | $ | 48.53 |
| 4/6/2021 | Sold | (162) | $ | 48.61 |
| 4/7/2021 | Sold | (18,748) | $ | 48.60 |
| 4/7/2021 | Sold | (4,268) | $ | 49.12 |
| 4/7/2021 | Sold | (292) | $ | 49.28 |
| 4/7/2021 | Sold | (151) | $ | 49.08 |
| 4/21/2021 | Purchased | 45 | $ | 46.98 |
| 4/21/2021 | Purchased | 276 | $ | 46.79 |
| 4/21/2021 | Purchased | 423 | $ | 47.33 |
| 4/21/2021 | Purchased | 1,593 | $ | 48.44 |
| 4/21/2021 | Purchased | 1,863 | $ | 48.97 |
| 4/21/2021 | Purchased | 3,188 | $ | 47.76 |
| 4/21/2021 | Purchased | 3,252 | $ | 47.80 |
| 5/10/2021 | Purchased | 1,057 | $ | 42.07 |
| 5/10/2021 | Purchased | 2,953 | $ | 41.56 |
| 5/10/2021 | Purchased | 5,365 | $ | 42.32 |
| 6/16/2021 | Purchased | 14,919 | $ | 48.62 |
| 6/16/2021 | Purchased | 3,728 | $ | 48.35 |
| 6/16/2021 | Purchased | 932 | $ | 48.85 |
| 6/16/2021 | Purchased | 9,001 | $ | 48.57 |
| 6/16/2021 | Purchased | 3,008 | $ | 46.00 |
| 6/16/2021 | Purchased | 794 | $ | 48.64 |
| 6/17/2021 | Purchased | 28,542 | $ | 50.25 |
| 8/4/2021 | Purchased | 5,726 | $ | 55.95 |

| | | | | |
|---|---|---:|---|---:|
| 8/4/2021 | Purchased | 4,281 | $ | 56.74 |
| 8/4/2021 | Purchased | 5,039 | $ | 60.04 |
| 8/4/2021 | Purchased | 31,494 | $ | 59.17 |
| 8/4/2021 | Purchased | 6,409 | $ | 56.75 |
| 8/4/2021 | Purchased | 6,556 | $ | 59.23 |
| 8/4/2021 | Purchased | 6,717 | $ | 57.41 |
| 8/4/2021 | Purchased | 16,482 | $ | 59.46 |
| 8/4/2021 | Purchased | 7,558 | $ | 60.38 |
| 8/5/2021 | Purchased | 703 | $ | 61.94 |
| 8/5/2021 | Purchased | 2,519 | $ | 61.02 |
| 8/5/2021 | Purchased | 4,336 | $ | 64.16 |
| 8/5/2021 | Purchased | 731 | $ | 64.13 |
| 11/23/2021 | Purchased | 2,238 | $ | 67.39 |
| 11/23/2021 | Purchased | 17,406 | $ | 67.64 |
| 11/29/2021 | Sold | (1,161) | $ | 70.20 |
| 11/29/2021 | Sold | (978) | $ | 69.77 |
| 11/29/2021 | Sold | (56) | $ | 70.30 |
| 11/29/2021 | Sold | (837) | $ | 70.00 |
| 11/29/2021 | Sold | (15,335) | $ | 70.18 |
| 11/29/2021 | Sold | (2,635) | $ | 70.15 |
| 11/30/2021 | Sold | (526) | $ | 65.48 |
| 11/30/2021 | Sold | (5,663) | $ | 64.72 |
| 11/30/2021 | Sold | (7,515) | $ | 65.71 |
| 11/30/2021 | Sold | (65) | $ | 65.77 |
| 11/30/2021 | Sold | (434) | $ | 68.87 |
| 11/30/2021 | Sold | (134) | $ | 63.69 |
| 11/30/2021 | Sold | (17,838) | $ | 61.70 |
| 1/10/2022 | Purchased | 4,762 | $ | 51.42 |
| 1/18/2022 | Purchased | 7,010 | $ | 49.35 |
| 1/24/2022 | Purchased | 3,148 | $ | 43.79 |
| 1/24/2022 | Purchased | 5,928 | $ | 47.66 |
| 1/24/2022 | Purchased | 7,770 | $ | 48.38 |
| 1/24/2022 | Purchased | 5,560 | $ | 43.43 |
| 1/25/2022 | Purchased | 18,964 | $ | 47.25 |
| 1/25/2022 | Purchased | 15,681 | $ | 47.09 |
| 1/25/2022 | Purchased | 7,930 | $ | 48.13 |
| 1/26/2022 | Purchased | 13,696 | $ | 47.03 |
| 1/26/2022 | Purchased | 7,632 | $ | 49.32 |
| 1/27/2022 | Purchased | 1,369 | $ | 48.79 |
| 1/27/2022 | Purchased | 131 | $ | 46.44 |
| 1/27/2022 | Purchased | 668 | $ | 48.56 |
| 1/27/2022 | Purchased | 588 | $ | 46.38 |
| 1/27/2022 | Purchased | 282 | $ | 46.39 |
| 1/27/2022 | Purchased | 9 | $ | 46.22 |
| 2/18/2022 | Purchased | 3,427 | $ | 52.54 |
| 4/13/2022 | Purchased | 2,429 | $ | 56.45 |
| 4/25/2022 | Purchased | 7,822 | $ | 50.61 |

| | | | | |
|---|---|---|---|---|
| 4/25/2022 | Purchased | 2,217 | $ | 50.94 |
| 4/25/2022 | Purchased | 427 | $ | 50.76 |
| 4/25/2022 | Purchased | 3,554 | $ | 50.33 |
| 4/25/2022 | Purchased | 13,476 | $ | 50.49 |
| 4/26/2022 | Purchased | 5,221 | $ | 49.87 |
| 4/26/2022 | Purchased | 1,245 | $ | 48.81 |
| 4/26/2022 | Purchased | 1,886 | $ | 50.08 |
| 4/26/2022 | Purchased | 1,957 | $ | 48.45 |
| 4/26/2022 | Purchased | 1,017 | $ | 49.69 |
| 4/26/2022 | Purchased | 490 | $ | 48.18 |
| 4/27/2022 | Purchased | 2,081 | $ | 49.11 |
| 4/27/2022 | Purchased | 11 | $ | 48.95 |
| 7/1/2022 | Purchased | 13,627 | $ | 33.89 |
| 2/7/2023 | Purchased | 2,671 | $ | 29.32 |
| 2/7/2023 | Purchased | 24,149 | $ | 29.80 |
| 2/8/2023 | Purchased | 17,397 | $ | 28.08 |
| 2/15/2023 | Purchased | 28,477 | $ | 28.14 |
| 2/15/2023 | Purchased | 2,792 | $ | 27.26 |
| 4/26/2023 | Sold | (7,304) | $ | 21.49 |
| 4/26/2023 | Sold | (3,082) | $ | 21.28 |
| 4/26/2023 | Sold | (2,915) | $ | 21.43 |
| 4/27/2023 | Sold | (2,231) | $ | 21.34 |
| 4/27/2023 | Sold | (616) | $ | 21.24 |
| 4/27/2023 | Sold | (1,874) | $ | 21.48 |
| 4/27/2023 | Sold | (1,541) | $ | 21.45 |
| 4/27/2023 | Sold | (924) | $ | 21.47 |
| 4/27/2023 | Sold | (2,098) | $ | 21.49 |
| 4/27/2023 | Sold | (14,946) | $ | 21.38 |
| 4/28/2023 | Sold | (2,256) | $ | 21.64 |
| 4/28/2023 | Sold | (770) | $ | 21.67 |
| 4/28/2023 | Sold | (770) | $ | 21.12 |
| 4/28/2023 | Sold | (5,993) | $ | 21.15 |
| 4/28/2023 | Sold | (41,710) | $ | 21.59 |
| 4/28/2023 | Sold | (2,774) | $ | 20.99 |
| 5/5/2023 | Sold | (6,724) | $ | 20.55 |
| 5/8/2023 | Sold | (15,545) | $ | 20.56 |
| 5/8/2023 | Sold | (1,829) | $ | 21.06 |
| 5/8/2023 | Sold | (7,807) | $ | 20.82 |
| 5/8/2023 | Sold | (6,724) | $ | 21.11 |
| 5/8/2023 | Sold | (3,497) | $ | 20.99 |
| 5/9/2023 | Sold | (6,455) | $ | 20.75 |
| 5/9/2023 | Sold | (6,860) | $ | 20.44 |
| 5/9/2023 | Sold | (2,812) | $ | 20.68 |
| 5/9/2023 | Sold | (103,921) | $ | 20.45 |
| 5/19/2023 | Purchased | 2,528 | $ | 23.88 |
| 5/19/2023 | Purchased | 12,011 | $ | 23.99 |
| 5/19/2023 | Purchased | 7,259 | $ | 23.99 |

| Date | Action | Shares | Price | |
|---|---|---:|---|---:|
| 5/22/2023 | Purchased | 25,735 | $ | 25.07 |
| 5/22/2023 | Purchased | 3,630 | $ | 25.37 |
| 5/23/2023 | Purchased | 51,330 | $ | 24.88 |
| 5/24/2023 | Purchased | 36,513 | $ | 24.37 |
| 8/16/2023 | Sold | (37,028) | $ | 18.24 |
| 8/22/2023 | Purchased | 33,365 | $ | 17.85 |
| 8/22/2023 | Purchased | 11,597 | $ | 17.90 |
| 8/22/2023 | Purchased | 5,908 | $ | 17.88 |
| 8/23/2023 | Purchased | 43,738 | $ | 18.28 |
| 8/24/2023 | Purchased | 36,398 | $ | 18.01 |
| 9/25/2023 | Sold | (78,739) | $ | 15.80 |
| 9/27/2023 | Purchased | 3,553 | $ | 16.22 |
| 9/27/2023 | Purchased | 12,920 | $ | 16.19 |
| 10/26/2023 | Sold | (72,237) | $ | 15.51 |
| 10/27/2023 | Sold | (1,009) | $ | 15.34 |
| 10/31/2023 | Purchased | 15,300 | $ | 13.27 |
| 11/1/2023 | Purchased | 19,189 | $ | 12.49 |
| 11/6/2023 | Purchased | 17,306 | $ | 13.41 |
| 11/6/2023 | Purchased | 24,702 | $ | 13.22 |
| 11/8/2023 | Purchased | 21,543 | $ | 13.13 |
| 11/27/2023 | Sold | (11,506) | $ | 14.18 |
| 3/11/2024 | Sold | (11,147) | $ | 16.77 |
| 3/11/2024 | Sold | (5,947) | $ | 16.88 |
| 3/11/2024 | Sold | (967) | $ | 16.84 |
| 3/11/2024 | Sold | (6,417) | $ | 16.72 |
| 3/11/2024 | Sold | (12,087) | $ | 16.88 |
| 3/11/2024 | Sold | (20,410) | $ | 16.81 |
| 3/11/2024 | Sold | (56,750) | $ | 16.70 |
| 3/11/2024 | Sold | (783) | $ | 16.80 |
| 3/12/2024 | Sold | (96,696) | $ | 16.50 |
| 3/25/2024 | Sold | (23,782) | $ | 15.50 |
| 4/4/2024 | Sold | (8,401) | $ | 15.78 |
| 4/4/2024 | Sold | (4,255) | $ | 15.20 |
| 4/4/2024 | Sold | (27,546) | $ | 16.15 |
| 4/4/2024 | Sold | (8,974) | $ | 15.46 |
| 4/4/2024 | Sold | (10,637) | $ | 16.07 |
| 4/5/2024 | Sold | (52,362) | $ | 15.11 |
| 4/5/2024 | Sold | (16,386) | $ | 15.10 |
| 4/5/2024 | Sold | (110,691) | $ | 15.17 |

| ACCOUNT/FUND NO. 3 | | | | |
|---|---|---|---|---|
| **Date** | **Action** | **Shares** | **Price** | |
| 6/24/2022 | Purchased | 2,015 | $ | 37.71 |
| 6/23/2023 | Purchased | 336 | $ | 23.99 |
| 3/25/2024 | Sold | (200) | $ | 15.50 |

| ACCOUNT/FUND NO. 4 | | | | |
|---|---|---|---|---|
| **Date** | **Action** | **Shares** | **Price** | |
| 6/24/2022 | Purchased | 13,629 | $ | 37.71 |
| 7/13/2022 | Purchased | 141 | $ | 36.34 |
| 11/1/2022 | Purchased | 243 | $ | 43.52 |
| 12/14/2022 | Purchased | 232 | $ | 31.36 |
| 3/17/2023 | Sold | (795) | $ | 23.76 |
| 6/23/2023 | Sold | (3,305) | $ | 23.99 |
| 11/28/2023 | Sold | (500) | $ | 13.99 |
| 6/28/2024 | Sold | (9,645) | $ | 12.77 |

| ACCOUNT/FUND NO. 5 | | | | |
|---|---|---|---|---|
| **Date** | **Action** | **Shares** | **Price** | |
| 6/24/2022 | Purchased | 6,569 | $ | 37.71 |
| 9/16/2022 | Sold | (190) | $ | 41.99 |
| 10/5/2022 | Sold | (205) | $ | 46.72 |
| 5/3/2023 | Sold | (34) | $ | 21.45 |
| 6/23/2023 | Sold | (2,486) | $ | 23.99 |
| 8/21/2023 | Sold | (227) | $ | 17.55 |
| 9/26/2023 | Sold | (227) | $ | 15.78 |
| 11/28/2023 | Sold | (300) | $ | 13.99 |
| 3/25/2024 | Sold | (200) | $ | 15.50 |
| 6/28/2024 | Sold | (2,700) | $ | 12.77 |

| ACCOUNT/FUND NO. 6 | | | | |
|---|---|---|---|---|
| **Date** | **Action** | **Shares** | **Price** | |
| 6/23/2023 | Purchased | 3,140 | $ | 23.99 |
| 8/21/2023 | Sold | (138) | $ | 17.55 |
| 9/26/2023 | Sold | (350) | $ | 15.78 |
| 10/27/2023 | Sold | (240) | $ | 15.34 |
| 3/25/2024 | Sold | (200) | $ | 15.50 |
| 6/28/2024 | Purchased | 2,203 | $ | 12.77 |

| SCHEDULE A | | | | |
|---|---|---|---|---|
| ACCOUNT NO. 1 | | | | |
| Date | Action | Shares | Price | |
| 10/6/2021 | Purchased | 1,385 | $ | 61.43 |
| 10/6/2021 | Purchased | 24,565 | $ | 62.20 |
| 10/6/2021 | Purchased | 1,556 | $ | 62.37 |
| 10/6/2021 | Purchased | 576 | $ | 61.46 |
| 10/7/2021 | Purchased | 559 | $ | 63.24 |
| 10/7/2021 | Purchased | 13,725 | $ | 63.96 |
| 10/7/2021 | Purchased | 27,101 | $ | 63.99 |
| 10/7/2021 | Purchased | 6,207 | $ | 63.65 |
| 10/13/2021 | Sold | (1,492) | $ | 65.38 |
| 11/2/2021 | Purchased | 709 | $ | 70.38 |
| 11/2/2021 | Purchased | 2,789 | $ | 70.05 |
| 11/2/2021 | Purchased | 23,375 | $ | 69.92 |
| 11/2/2021 | Purchased | 6,338 | $ | 69.98 |
| 11/2/2021 | Purchased | 1,205 | $ | 70.04 |
| 5/6/2022 | Purchased | 305 | $ | 47.97 |
| 5/13/2022 | Purchased | 718 | $ | 43.78 |
| 7/1/2022 | Purchased | 1,512 | $ | 33.89 |
| 11/17/2022 | Sold | (39,438) | $ | 25.59 |
| 11/17/2022 | Sold | (25,521) | $ | 25.77 |
| 11/17/2022 | Sold | (38,262) | $ | 25.35 |
| 11/17/2022 | Sold | (5,784) | $ | 25.60 |
| 11/17/2022 | Sold | (2,128) | $ | 25.57 |
| **SHARES RETAINED** | | - | | |

| SCHEDULE A | | | | |
|---|---|---|---|---|
| ACCOUNT NO. 2 | | | | |
| Date | Action | Shares | Price | |
| 3/22/2021 | Purchased | 17,865 | $ | 53.63 |
| 3/22/2021 | Purchased | 1,249 | $ | 54.69 |
| 3/22/2021 | Purchased | 781 | $ | 52.21 |
| 3/22/2021 | Purchased | 3,488 | $ | 52.17 |
| 3/22/2021 | Purchased | 15 | $ | 52.99 |
| 3/22/2021 | Purchased | 21 | $ | 53.50 |
| 3/23/2021 | Purchased | 6,544 | $ | 56.08 |
| 3/23/2021 | Purchased | 1,959 | $ | 55.17 |
| 3/23/2021 | Purchased | 2,452 | $ | 55.77 |
| 3/23/2021 | Purchased | 299 | $ | 56.36 |
| 3/23/2021 | Purchased | 3,563 | $ | 56.68 |
| 3/23/2021 | Purchased | 2,661 | $ | 54.89 |
| 3/24/2021 | Purchased | 19,869 | $ | 54.34 |
| 3/24/2021 | Purchased | 1,131 | $ | 54.48 |
| 3/24/2021 | Purchased | 1,062 | $ | 54.01 |
| 3/24/2021 | Purchased | 750 | $ | 54.68 |

| Date | Transaction | Shares | Price |
|---|---|---:|---:|
| 3/24/2021 | Purchased | 94 | $ 54.00 |
| 3/25/2021 | Purchased | 7,145 | $ 53.62 |
| 3/25/2021 | Purchased | 122,729 | $ 52.69 |
| 3/25/2021 | Purchased | 16,159 | $ 54.25 |
| 3/25/2021 | Purchased | 1,837 | $ 54.16 |
| 3/25/2021 | Purchased | 41 | $ 53.24 |
| 3/30/2021 | Sold | (956) | $ 49.10 |
| 3/30/2021 | Sold | (2,037) | $ 49.00 |
| 3/30/2021 | Sold | (144) | $ 49.71 |
| 3/31/2021 | Sold | (2,750) | $ 49.40 |
| 3/31/2021 | Sold | (140) | $ 48.90 |
| 3/31/2021 | Sold | (642) | $ 49.19 |
| 3/31/2021 | Sold | (924) | $ 50.01 |
| 4/1/2021 | Sold | (4,018) | $ 49.04 |
| 4/1/2021 | Sold | (3,396) | $ 49.05 |
| 4/1/2021 | Sold | (276) | $ 48.76 |
| 4/1/2021 | Sold | (33) | $ 49.02 |
| 4/5/2021 | Sold | (1,505) | $ 47.62 |
| 4/5/2021 | Sold | (1,233) | $ 46.92 |
| 4/5/2021 | Sold | (772) | $ 47.32 |
| 4/5/2021 | Sold | (2,426) | $ 47.53 |
| 4/6/2021 | Sold | (3,427) | $ 48.00 |
| 4/6/2021 | Sold | (2,362) | $ 48.18 |
| 4/6/2021 | Sold | (300) | $ 48.53 |
| 4/6/2021 | Sold | (162) | $ 48.61 |
| 4/7/2021 | Sold | (18,748) | $ 48.60 |
| 4/7/2021 | Sold | (4,268) | $ 49.12 |
| 4/7/2021 | Sold | (292) | $ 49.28 |
| 4/7/2021 | Sold | (151) | $ 49.08 |
| 4/21/2021 | Purchased | 45 | $ 46.98 |
| 4/21/2021 | Purchased | 276 | $ 46.79 |
| 4/21/2021 | Purchased | 423 | $ 47.33 |
| 4/21/2021 | Purchased | 1,593 | $ 48.44 |
| 4/21/2021 | Purchased | 1,863 | $ 48.97 |
| 4/21/2021 | Purchased | 3,188 | $ 47.76 |
| 4/21/2021 | Purchased | 3,252 | $ 47.80 |
| 5/10/2021 | Purchased | 1,057 | $ 42.07 |
| 5/10/2021 | Purchased | 2,953 | $ 41.56 |
| 5/10/2021 | Purchased | 5,365 | $ 42.32 |
| 6/16/2021 | Purchased | 14,919 | $ 48.62 |
| 6/16/2021 | Purchased | 3,728 | $ 48.35 |
| 6/16/2021 | Purchased | 932 | $ 48.85 |
| 6/16/2021 | Purchased | 9,001 | $ 48.57 |
| 6/16/2021 | Purchased | 3,008 | $ 46.00 |
| 6/16/2021 | Purchased | 794 | $ 48.64 |
| 6/17/2021 | Purchased | 28,542 | $ 50.25 |
| 8/4/2021 | Purchased | 5,726 | $ 55.95 |

| Date | Transaction | Shares | | Price |
|---|---|---:|---|---:|
| 8/4/2021 | Purchased | 4,281 | $ | 56.74 |
| 8/4/2021 | Purchased | 5,039 | $ | 60.04 |
| 8/4/2021 | Purchased | 31,494 | $ | 59.17 |
| 8/4/2021 | Purchased | 6,409 | $ | 56.75 |
| 8/4/2021 | Purchased | 6,556 | $ | 59.23 |
| 8/4/2021 | Purchased | 6,717 | $ | 57.41 |
| 8/4/2021 | Purchased | 16,482 | $ | 59.46 |
| 8/4/2021 | Purchased | 7,558 | $ | 60.38 |
| 8/5/2021 | Purchased | 703 | $ | 61.94 |
| 8/5/2021 | Purchased | 2,519 | $ | 61.02 |
| 8/5/2021 | Purchased | 4,336 | $ | 64.16 |
| 8/5/2021 | Purchased | 731 | $ | 64.13 |
| 11/23/2021 | Purchased | 2,238 | $ | 67.39 |
| 11/23/2021 | Purchased | 17,406 | $ | 67.64 |
| 11/29/2021 | Sold | (1,161) | $ | 70.20 |
| 11/29/2021 | Sold | (978) | $ | 69.77 |
| 11/29/2021 | Sold | (56) | $ | 70.30 |
| 11/29/2021 | Sold | (837) | $ | 70.00 |
| 11/29/2021 | Sold | (15,335) | $ | 70.18 |
| 11/29/2021 | Sold | (2,635) | $ | 70.15 |
| 11/30/2021 | Sold | (526) | $ | 65.48 |
| 11/30/2021 | Sold | (5,663) | $ | 64.72 |
| 11/30/2021 | Sold | (7,515) | $ | 65.71 |
| 11/30/2021 | Sold | (65) | $ | 65.77 |
| 11/30/2021 | Sold | (434) | $ | 68.87 |
| 11/30/2021 | Sold | (134) | $ | 63.69 |
| 11/30/2021 | Sold | (17,838) | $ | 61.70 |
| 1/10/2022 | Purchased | 4,762 | $ | 51.42 |
| 1/18/2022 | Purchased | 7,010 | $ | 49.35 |
| 1/24/2022 | Purchased | 3,148 | $ | 43.79 |
| 1/24/2022 | Purchased | 5,928 | $ | 47.66 |
| 1/24/2022 | Purchased | 7,770 | $ | 48.38 |
| 1/24/2022 | Purchased | 5,560 | $ | 43.43 |
| 1/25/2022 | Purchased | 18,964 | $ | 47.25 |
| 1/25/2022 | Purchased | 15,681 | $ | 47.09 |
| 1/25/2022 | Purchased | 7,930 | $ | 48.13 |
| 1/26/2022 | Purchased | 13,696 | $ | 47.03 |
| 1/26/2022 | Purchased | 7,632 | $ | 49.32 |
| 1/27/2022 | Purchased | 1,369 | $ | 48.79 |
| 1/27/2022 | Purchased | 131 | $ | 46.44 |
| 1/27/2022 | Purchased | 668 | $ | 48.56 |
| 1/27/2022 | Purchased | 588 | $ | 46.38 |
| 1/27/2022 | Purchased | 282 | $ | 46.39 |
| 1/27/2022 | Purchased | 9 | $ | 46.22 |
| 2/18/2022 | Purchased | 3,427 | $ | 52.54 |
| 4/13/2022 | Purchased | 2,429 | $ | 56.45 |
| 4/25/2022 | Purchased | 7,822 | $ | 50.61 |

| Date | Type | Shares | | Price |
|---|---|---|---|---|
| 4/25/2022 | Purchased | 2,217 | $ | 50.94 |
| 4/25/2022 | Purchased | 427 | $ | 50.76 |
| 4/25/2022 | Purchased | 3,554 | $ | 50.33 |
| 4/25/2022 | Purchased | 13,476 | $ | 50.49 |
| 4/26/2022 | Purchased | 5,221 | $ | 49.87 |
| 4/26/2022 | Purchased | 1,245 | $ | 48.81 |
| 4/26/2022 | Purchased | 1,886 | $ | 50.08 |
| 4/26/2022 | Purchased | 1,957 | $ | 48.45 |
| 4/26/2022 | Purchased | 1,017 | $ | 49.69 |
| 4/26/2022 | Purchased | 490 | $ | 48.18 |
| 4/27/2022 | Purchased | 2,081 | $ | 49.11 |
| 4/27/2022 | Purchased | 11 | $ | 48.95 |
| 7/1/2022 | Purchased | 13,627 | $ | 33.89 |
| 2/7/2023 | Purchased | 2,671 | $ | 29.32 |
| 2/7/2023 | Purchased | 24,149 | $ | 29.80 |
| 2/8/2023 | Purchased | 17,397 | $ | 28.08 |
| 2/15/2023 | Purchased | 28,477 | $ | 28.14 |
| 2/15/2023 | Purchased | 2,792 | $ | 27.26 |
| 4/26/2023 | Sold | (7,304) | $ | 21.49 |
| 4/26/2023 | Sold | (3,082) | $ | 21.28 |
| 4/26/2023 | Sold | (2,915) | $ | 21.43 |
| 4/27/2023 | Sold | (2,231) | $ | 21.34 |
| 4/27/2023 | Sold | (616) | $ | 21.24 |
| 4/27/2023 | Sold | (1,874) | $ | 21.48 |
| 4/27/2023 | Sold | (1,541) | $ | 21.45 |
| 4/27/2023 | Sold | (924) | $ | 21.47 |
| 4/27/2023 | Sold | (2,098) | $ | 21.49 |
| 4/27/2023 | Sold | (14,946) | $ | 21.38 |
| 4/28/2023 | Sold | (2,256) | $ | 21.64 |
| 4/28/2023 | Sold | (770) | $ | 21.67 |
| 4/28/2023 | Sold | (770) | $ | 21.12 |
| 4/28/2023 | Sold | (5,993) | $ | 21.15 |
| 4/28/2023 | Sold | (41,710) | $ | 21.59 |
| 4/28/2023 | Sold | (2,774) | $ | 20.99 |
| 5/5/2023 | Sold | (6,724) | $ | 20.55 |
| 5/8/2023 | Sold | (15,545) | $ | 20.56 |
| 5/8/2023 | Sold | (1,829) | $ | 21.06 |
| 5/8/2023 | Sold | (7,807) | $ | 20.82 |
| 5/8/2023 | Sold | (6,724) | $ | 21.11 |
| 5/8/2023 | Sold | (3,497) | $ | 20.99 |
| 5/9/2023 | Sold | (6,455) | $ | 20.75 |
| 5/9/2023 | Sold | (6,860) | $ | 20.44 |
| 5/9/2023 | Sold | (2,812) | $ | 20.68 |
| 5/9/2023 | Sold | (103,921) | $ | 20.45 |
| 5/19/2023 | Purchased | 2,528 | $ | 23.88 |
| 5/19/2023 | Purchased | 12,011 | $ | 23.99 |
| 5/19/2023 | Purchased | 7,259 | $ | 23.99 |

| Date | Action | Shares | Price | |
|---|---|---|---|---|
| 5/22/2023 | Purchased | 25,735 | $ | 25.07 |
| 5/22/2023 | Purchased | 3,630 | $ | 25.37 |
| 5/23/2023 | Purchased | 51,330 | $ | 24.88 |
| 5/24/2023 | Purchased | 36,513 | $ | 24.37 |
| 8/16/2023 | Sold | (37,028) | $ | 18.24 |
| 8/22/2023 | Purchased | 33,365 | $ | 17.85 |
| 8/22/2023 | Purchased | 11,597 | $ | 17.90 |
| 8/22/2023 | Purchased | 5,908 | $ | 17.88 |
| 8/23/2023 | Purchased | 43,738 | $ | 18.28 |
| 8/24/2023 | Purchased | 36,398 | $ | 18.01 |
| 9/25/2023 | Sold | (78,739) | $ | 15.80 |
| 9/27/2023 | Purchased | 3,553 | $ | 16.22 |
| 9/27/2023 | Purchased | 12,920 | $ | 16.19 |
| 10/26/2023 | Sold | (72,237) | $ | 15.51 |
| 10/27/2023 | Sold | (1,009) | $ | 15.34 |
| 10/31/2023 | Purchased | 15,300 | $ | 13.27 |
| 11/1/2023 | Purchased | 19,189 | $ | 12.49 |
| 11/6/2023 | Purchased | 17,306 | $ | 13.41 |
| 11/6/2023 | Purchased | 24,702 | $ | 13.22 |
| 11/8/2023 | Purchased | 21,543 | $ | 13.13 |
| 11/27/2023 | Sold | (11,506) | $ | 14.18 |
| 3/11/2024 | Sold | (11,147) | $ | 16.77 |
| 3/11/2024 | Sold | (5,947) | $ | 16.88 |
| 3/11/2024 | Sold | (967) | $ | 16.84 |
| 3/11/2024 | Sold | (6,417) | $ | 16.72 |
| 3/11/2024 | Sold | (12,087) | $ | 16.88 |
| 3/11/2024 | Sold | (20,410) | $ | 16.81 |
| 3/11/2024 | Sold | (56,750) | $ | 16.70 |
| 3/11/2024 | Sold | (783) | $ | 16.80 |
| 3/12/2024 | Sold | (96,696) | $ | 16.50 |
| 3/25/2024 | Sold | (23,782) | $ | 15.50 |
| 4/4/2024 | Sold | (8,401) | $ | 15.78 |
| 4/4/2024 | Sold | (4,255) | $ | 15.20 |
| 4/4/2024 | Sold | (27,546) | $ | 16.15 |
| 4/4/2024 | Sold | (8,974) | $ | 15.46 |
| 4/4/2024 | Sold | (10,637) | $ | 16.07 |
| 4/5/2024 | Sold | (52,362) | $ | 15.11 |
| 4/5/2024 | Sold | (16,386) | $ | 15.10 |
| 4/5/2024 | Sold | (110,691) | $ | 15.17 |
| **SHARES RETAINED** | | - | | |

| SCHEDULE A | | | |
|---|---|---|---|
| **ACCOUNT NO. 3** | | | |
| **Date** | **Action** | **Shares** | **Price** |
| 6/24/2022 | Purchased | 2,015 | $ 37.71 |
| 6/23/2023 | Purchased | 336 | $ 23.99 |

| Date | Action | Shares | Price | |
|---|---|---|---|---|
| 3/25/2024 | Sold | (200) | $ | 15.50 |

**SHARES RETAINED** **2,151**

| SCHEDULE A | | | | |
|---|---|---|---|---|
| ACCOUNT NO. 4 | | | | |
| Date | Action | Shares | Price | |
| 6/24/2022 | Purchased | 13,629 | $ | 37.71 |
| 7/13/2022 | Purchased | 141 | $ | 36.34 |
| 11/1/2022 | Purchased | 243 | $ | 43.52 |
| 12/14/2022 | Purchased | 232 | $ | 31.36 |
| 3/17/2023 | Sold | (795) | $ | 23.76 |
| 6/23/2023 | Sold | (3,305) | $ | 23.99 |
| 11/28/2023 | Sold | (500) | $ | 13.99 |
| 6/28/2024 | Sold | (9,645) | $ | 12.77 |

**SHARES RETAINED** **-**

| SCHEDULE A | | | | |
|---|---|---|---|---|
| ACCOUNT NO. 5 | | | | |
| Date | Action | Shares | Price | |
| 6/24/2022 | Purchased | 6,569 | $ | 37.71 |
| 9/16/2022 | Sold | (190) | $ | 41.99 |
| 10/5/2022 | Sold | (205) | $ | 46.72 |
| 5/3/2023 | Sold | (34) | $ | 21.45 |
| 6/23/2023 | Sold | (2,486) | $ | 23.99 |
| 8/21/2023 | Sold | (227) | $ | 17.55 |
| 9/26/2023 | Sold | (227) | $ | 15.78 |
| 11/28/2023 | Sold | (300) | $ | 13.99 |
| 3/25/2024 | Sold | (200) | $ | 15.50 |
| 6/28/2024 | Sold | (2,700) | $ | 12.77 |

**SHARES RETAINED** **-**

| SCHEDULE A | | | | |
|---|---|---|---|---|
| ACCOUNT NO. 6 | | | | |
| Date | Action | Shares | Price | |
| 6/23/2023 | Purchased | 3,140 | $ | 23.99 |
| 8/21/2023 | Sold | (138) | $ | 17.55 |
| 9/26/2023 | Sold | (350) | $ | 15.78 |
| 10/27/2023 | Sold | (240) | $ | 15.34 |
| 3/25/2024 | Sold | (200) | $ | 15.50 |
| 6/28/2024 | Purchased | 2,203 | $ | 12.77 |

**SHARES RETAINED** **4,415**