# EXHIBIT B

**ZoomInfo Securities Litigation**
**LOSS CHART**

| | |
|---|---|
| Class Period Begins: | 11/10/2020 |
| Class Period Ends: | 8/5/2024 |
| 90-Day Ends: | 11/3/2024 |
| Mean Trading Price: | $ 9.96 |

Total Shares Retained at End of Class Period: 6,566
TOTAL OVERALL LOSSES (LIFO): $ (22,334,315.83)

### ACCOUNT/FUND NO. 1

| Date | Action | Shares | Price | TOTAL (COST): | Date | Action | Shares | Price | Total Proceeds: | Total Gain or (Loss): |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/6/2021 | Purchased | 1,385 | $ 61.43 | $ (85,073.63) | | | | | | |
| 10/6/2021 | Purchased | 24,565 | $ 62.20 | $ (1,527,947.89) | | | | | | |
| 10/6/2021 | Purchased | 1,556 | $ 62.37 | $ (97,050.05) | | | | | | |
| 10/6/2021 | Purchased | 576 | $ 61.46 | $ (35,400.96) | | | | | | |
| 10/7/2021 | Purchased | 559 | $ 63.24 | $ (35,353.23) | | | | | | |
| 10/7/2021 | Purchased | 13,725 | $ 63.96 | $ (877,885.30) | | | | | | |
| 10/7/2021 | Purchased | 27,101 | $ 63.99 | $ (1,734,203.80) | | | | | | |
| 10/7/2021 | Purchased | 4,715 | $ 63.65 | $ (300,093.72) | | | | | | |
| | | | | | 11/17/2022 | Sold | (2,487) | $ 25.59 | $ 63,636.36 | |
| | | | | | 11/17/2022 | Sold | (25,521) | $ 25.77 | $ 657,676.17 | |
| | | | | | 11/17/2022 | Sold | (38,262) | $ 25.35 | $ 969,941.70 | |
| | | | | | 11/17/2022 | Sold | (5,784) | $ 25.60 | $ 148,042.06 | |
| | | | | | 11/17/2022 | Sold | (2,128) | $ 25.57 | $ 54,403.17 | $ (2,799,309.12) |
| 10/7/2021 | Purchased | 1,492 | $ 63.65 | $ (94,960.73) | | | | | | |
| | | | | | 10/13/2021 | Sold | (1,492) | $ 65.38 | $ 97,546.96 | $ 2,586.23 |
| 11/2/2021 | Purchased | 709 | $ 70.38 | $ (49,895.88) | | | | | | |
| 11/2/2021 | Purchased | 2,789 | $ 70.05 | $ (195,369.45) | | | | | | |
| 11/2/2021 | Purchased | 23,375 | $ 69.92 | $ (1,634,396.34) | | | | | | |
| 11/2/2021 | Purchased | 6,338 | $ 69.98 | $ (443,539.58) | | | | | | |
| 11/2/2021 | Purchased | 1,205 | $ 70.04 | $ (84,398.20) | | | | | | |
| 5/6/2022 | Purchased | 305 | $ 47.97 | $ (14,629.78) | | | | | | |
| 5/13/2022 | Purchased | 718 | $ 43.78 | $ (31,433.47) | | | | | | |
| 7/1/2022 | Purchased | 1,512 | $ 33.89 | $ (51,241.68) | | | | | | |
| | | | | | 11/17/2022 | Sold | (36,951) | $ 25.59 | $ 945,487.41 | $ (1,559,416.97) |

Losses on Account/Fund No. 1: $ (4,356,139.86)

### ACCOUNT/FUND NO. 2

| Date | Action | Shares | Price | TOTAL (COST): | Date | Action | Shares | Price | Total Proceeds: | Total Gain or (Loss): |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/22/2021 | Purchased | 17,865 | $ 53.63 | $ (958,167.84) | | | | | | |
| 3/22/2021 | Purchased | 1,249 | $ 54.69 | $ (68,307.81) | | | | | | |
| 3/22/2021 | Purchased | 781 | $ 52.21 | $ (40,776.01) | | | | | | |
| 3/22/2021 | Purchased | 3,488 | $ 52.17 | $ (181,974.89) | | | | | | |
| 3/22/2021 | Purchased | 15 | $ 52.99 | $ (794.90) | | | | | | |
| 3/22/2021 | Purchased | 21 | $ 53.50 | $ (1,123.40) | | | | | | |
| 3/23/2021 | Purchased | 6,544 | $ 56.08 | $ (366,997.34) | | | | | | |
| 3/23/2021 | Purchased | 1,959 | $ 55.17 | $ (108,082.54) | | | | | | |
| 3/23/2021 | Purchased | 2,452 | $ 55.77 | $ (136,745.10) | | | | | | |
| 3/23/2021 | Purchased | 299 | $ 56.36 | $ (16,850.53) | | | | | | |
| 3/23/2021 | Purchased | 3,563 | $ 56.68 | $ (201,945.85) | | | | | | |
| 3/23/2021 | Purchased | 2,661 | $ 54.89 | $ (146,066.55) | | | | | | |

| Date | Type | Quantity | Price | Amount | Date | Type | Quantity | Price | Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/24/2021 | Purchased | 19,869 | $ 54.34 | $ (1,079,691.37) | | | | | | |
| 3/24/2021 | Purchased | 1,131 | $ 54.48 | $ (61,616.88) | | | | | | |
| 3/24/2021 | Purchased | 1,062 | $ 54.01 | $ (57,358.62) | | | | | | |
| 3/24/2021 | Purchased | 750 | $ 54.68 | $ (41,010.00) | | | | | | |
| 3/24/2021 | Purchased | 94 | $ 54.00 | $ (5,075.72) | | | | | | |
| 3/25/2021 | Purchased | 7,145 | $ 53.62 | $ (383,102.04) | | | | | | |
| 3/25/2021 | Purchased | 89,804 | $ 52.69 | $ (4,732,060.04) | | | | | | |
| | | | | | 4/5/2024 | Sold | (33,675) | $ 15.11 | $ 508,980.79 | |
| | | | | | 4/5/2024 | Sold | (16,386) | $ 15.10 | $ 247,497.40 | |
| | | | | | 4/5/2024 | Sold | (110,691) | $ 15.17 | $ 1,678,861.47 | $ (6,152,407.76) |
| 3/25/2021 | Purchased | 32,925 | $ 52.69 | $ (1,734,923.58) | | | | | | |
| 3/25/2021 | Purchased | 16,159 | $ 54.25 | $ (876,667.75) | | | | | | |
| 3/25/2021 | Purchased | 1,837 | $ 54.16 | $ (99,482.74) | | | | | | |
| 3/25/2021 | Purchased | 41 | $ 53.24 | $ (2,182.74) | | | | | | |
| | | | | | 3/30/2021 | Sold | (956) | $ 49.10 | $ 46,935.49 | |
| | | | | | 3/30/2021 | Sold | (2,037) | $ 49.00 | $ 99,813.00 | |
| | | | | | 3/30/2021 | Sold | (144) | $ 49.71 | $ 7,158.28 | |
| | | | | | 3/31/2021 | Sold | (2,750) | $ 49.40 | $ 135,854.68 | |
| | | | | | 3/31/2021 | Sold | (140) | $ 48.90 | $ 6,846.00 | |
| | | | | | 3/31/2021 | Sold | (642) | $ 49.19 | $ 31,580.56 | |
| | | | | | 3/31/2021 | Sold | (924) | $ 50.01 | $ 46,209.33 | |
| | | | | | 4/1/2021 | Sold | (4,018) | $ 49.04 | $ 197,053.97 | |
| | | | | | 4/1/2021 | Sold | (3,396) | $ 49.05 | $ 166,575.84 | |
| | | | | | 4/1/2021 | Sold | (276) | $ 48.76 | $ 13,457.90 | |
| | | | | | 4/1/2021 | Sold | (33) | $ 49.02 | $ 1,617.67 | |
| | | | | | 4/5/2021 | Sold | (1,505) | $ 47.62 | $ 71,663.89 | |
| | | | | | 4/5/2021 | Sold | (1,233) | $ 46.92 | $ 57,853.47 | |
| | | | | | 4/5/2021 | Sold | (772) | $ 47.32 | $ 36,533.82 | |
| | | | | | 4/5/2021 | Sold | (2,426) | $ 47.53 | $ 115,295.65 | |
| | | | | | 4/6/2021 | Sold | (3,427) | $ 48.00 | $ 164,496.00 | |
| | | | | | 4/6/2021 | Sold | (2,362) | $ 48.18 | $ 113,797.85 | |
| | | | | | 4/6/2021 | Sold | (300) | $ 48.53 | $ 14,558.04 | |
| | | | | | 4/6/2021 | Sold | (162) | $ 48.61 | $ 7,875.22 | |
| | | | | | 4/7/2021 | Sold | (18,748) | $ 48.60 | $ 911,175.30 | |
| | | | | | 4/7/2021 | Sold | (4,268) | $ 49.12 | $ 209,622.82 | |
| | | | | | 4/7/2021 | Sold | (292) | $ 49.28 | $ 14,389.21 | |
| | | | | | 4/7/2021 | Sold | (151) | $ 49.08 | $ 7,411.62 | $ (235,481.21) |
| 4/21/2021 | Purchased | 45 | $ 46.98 | $ (2,114.08) | | | | | | |
| 4/21/2021 | Purchased | 276 | $ 46.79 | $ (12,915.03) | | | | | | |
| 4/21/2021 | Purchased | 423 | $ 47.33 | $ (20,020.59) | | | | | | |
| 4/21/2021 | Purchased | 1,593 | $ 48.44 | $ (77,159.66) | | | | | | |
| 4/21/2021 | Purchased | 1,863 | $ 48.97 | $ (91,235.39) | | | | | | |
| 4/21/2021 | Purchased | 3,188 | $ 47.76 | $ (152,269.40) | | | | | | |
| 4/21/2021 | Purchased | 3,252 | $ 47.80 | $ (155,436.17) | | | | | | |
| 5/10/2021 | Purchased | 1,057 | $ 42.07 | $ (44,470.84) | | | | | | |
| 5/10/2021 | Purchased | 2,953 | $ 41.56 | $ (122,715.16) | | | | | | |
| 5/10/2021 | Purchased | 5,365 | $ 42.32 | $ (227,047.34) | | | | | | |
| 6/16/2021 | Purchased | 14,919 | $ 48.62 | $ (725,315.52) | | | | | | |
| 6/16/2021 | Purchased | 3,728 | $ 48.35 | $ (180,248.80) | | | | | | |
| 6/16/2021 | Purchased | 932 | $ 48.85 | $ (45,528.20) | | | | | | |
| 6/16/2021 | Purchased | 9,001 | $ 48.57 | $ (437,153.37) | | | | | | |
| 6/16/2021 | Purchased | 3,008 | $ 46.00 | $ (138,379.43) | | | | | | |

| Date | Type | Shares | | Price | | Amount | | Date | Type | Shares | | Price | | Amount | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/16/2021 | Purchased | 794 | $ | 48.64 | $ | (38,620.16) | | | | | | | | | | |
| 6/17/2021 | Purchased | 28,542 | $ | 50.25 | $ | (1,434,292.56) | | | | | | | | | | |
| 8/4/2021 | Purchased | 5,726 | $ | 55.95 | $ | (320,348.51) | | | | | | | | | | |
| 8/4/2021 | Purchased | 4,281 | $ | 56.74 | $ | (242,895.38) | | | | | | | | | | |
| 8/4/2021 | Purchased | 5,039 | $ | 60.04 | $ | (302,516.37) | | | | | | | | | | |
| 8/4/2021 | Purchased | 31,494 | $ | 59.17 | $ | (1,863,575.57) | | | | | | | | | | |
| 8/4/2021 | Purchased | 2,001 | $ | 56.75 | $ | (113,555.95) | | | | | | | | | | |
| | | | | | | | | 3/12/2024 | Sold | (27,198) | $ | 16.50 | $ | 448,777.88 | | |
| | | | | | | | | 3/25/2024 | Sold | (23,782) | $ | 15.50 | $ | 368,621.00 | | |
| | | | | | | | | 4/4/2024 | Sold | (8,401) | $ | 15.78 | $ | 132,569.45 | | |
| | | | | | | | | 4/4/2024 | Sold | (4,255) | $ | 15.20 | $ | 64,684.94 | | |
| | | | | | | | | 4/4/2024 | Sold | (27,546) | $ | 16.15 | $ | 444,900.96 | | |
| | | | | | | | | 4/4/2024 | Sold | (8,974) | $ | 15.46 | $ | 138,725.48 | | |
| | | | | | | | | 4/4/2024 | Sold | (10,637) | $ | 16.07 | $ | 170,936.59 | | |
| | | | | | | | | 4/4/2024 | Sold | (18,687) | $ | 16.07 | $ | 300,300.09 | $ | (4,678,297.06) |
| 8/4/2021 | Purchased | 4,408 | $ | 56.75 | $ | (250,152.24) | | | | | | | | | | |
| 8/4/2021 | Purchased | 6,556 | $ | 59.23 | $ | (388,330.24) | | | | | | | | | | |
| 8/4/2021 | Purchased | 5,513 | $ | 57.41 | $ | (316,509.60) | | | | | | | | | | |
| | | | | | | | | 5/9/2023 | Sold | (16,477) | $ | 20.45 | $ | 336,954.65 | $ | (618,037.42) |
| 8/4/2021 | Purchased | 1,204 | $ | 57.41 | $ | (69,123.45) | | | | | | | | | | |
| 8/4/2021 | Purchased | 16,482 | $ | 59.46 | $ | (980,023.02) | | | | | | | | | | |
| 8/4/2021 | Purchased | 7,558 | $ | 60.38 | $ | (456,345.99) | | | | | | | | | | |
| 8/5/2021 | Purchased | 703 | $ | 61.94 | $ | (43,543.82) | | | | | | | | | | |
| 8/5/2021 | Purchased | 2,519 | $ | 61.02 | $ | (153,714.67) | | | | | | | | | | |
| 8/5/2021 | Purchased | 4,336 | $ | 64.16 | $ | (278,194.29) | | | | | | | | | | |
| 8/5/2021 | Purchased | 731 | $ | 64.13 | $ | (46,879.03) | | | | | | | | | | |
| 11/23/2021 | Purchased | 2,238 | $ | 67.39 | $ | (150,822.62) | | | | | | | | | | |
| 11/23/2021 | Purchased | 17,406 | $ | 67.64 | $ | (1,177,287.86) | | | | | | | | | | |
| | | | | | | | | 11/29/2021 | Sold | (1,161) | $ | 70.20 | $ | 81,503.24 | | |
| | | | | | | | | 11/29/2021 | Sold | (978) | $ | 69.77 | $ | 68,232.32 | | |
| | | | | | | | | 11/29/2021 | Sold | (56) | $ | 70.30 | $ | 3,936.80 | | |
| | | | | | | | | 11/29/2021 | Sold | (837) | $ | 70.00 | $ | 58,590.00 | | |
| | | | | | | | | 11/29/2021 | Sold | (15,335) | $ | 70.18 | $ | 1,076,260.91 | | |
| | | | | | | | | 11/29/2021 | Sold | (2,635) | $ | 70.15 | $ | 184,837.61 | | |
| | | | | | | | | 11/30/2021 | Sold | (526) | $ | 65.48 | $ | 34,443.11 | | |
| | | | | | | | | 11/30/2021 | Sold | (5,663) | $ | 64.72 | $ | 366,488.97 | | |
| | | | | | | | | 11/30/2021 | Sold | (7,515) | $ | 65.71 | $ | 493,796.36 | | |
| | | | | | | | | 11/30/2021 | Sold | (65) | $ | 65.77 | $ | 4,275.19 | | |
| | | | | | | | | 11/30/2021 | Sold | (434) | $ | 68.87 | $ | 29,891.71 | | |
| | | | | | | | | 11/30/2021 | Sold | (134) | $ | 63.69 | $ | 8,534.57 | | |
| | | | | | | | | 11/30/2021 | Sold | (17,838) | $ | 61.70 | $ | 1,100,604.60 | $ | 155,460.65 |
| 1/10/2022 | Purchased | 4,762 | $ | 51.42 | $ | (244,867.28) | | | | | | | | | | |
| 1/18/2022 | Purchased | 7,010 | $ | 49.35 | $ | (345,928.78) | | | | | | | | | | |
| 1/24/2022 | Purchased | 3,148 | $ | 43.79 | $ | (137,843.05) | | | | | | | | | | |
| 1/24/2022 | Purchased | 5,928 | $ | 47.66 | $ | (282,556.34) | | | | | | | | | | |
| 1/24/2022 | Purchased | 7,770 | $ | 48.38 | $ | (375,913.38) | | | | | | | | | | |
| 1/24/2022 | Purchased | 5,560 | $ | 43.43 | $ | (241,444.67) | | | | | | | | | | |
| 1/25/2022 | Purchased | 18,964 | $ | 47.25 | $ | (896,030.04) | | | | | | | | | | |
| 1/25/2022 | Purchased | 15,681 | $ | 47.09 | $ | (738,479.45) | | | | | | | | | | |
| 1/25/2022 | Purchased | 7,930 | $ | 48.13 | $ | (381,680.42) | | | | | | | | | | |
| 1/26/2022 | Purchased | 13,696 | $ | 47.03 | $ | (644,070.84) | | | | | | | | | | |
| 1/26/2022 | Purchased | 7,632 | $ | 49.32 | $ | (376,422.44) | | | | | | | | | | |

| Date | Type | Shares | | Price | | Amount | | Total |
|---|---|---|---|---|---|---|---|---|
| 1/27/2022 | Purchased | 1,369 | $ | 48.79 | $ | (66,788.58) | | |
| 1/27/2022 | Purchased | 131 | $ | 46.44 | $ | (6,082.99) | | |
| 1/27/2022 | Purchased | 668 | $ | 48.56 | $ | (32,434.74) | | |
| 1/27/2022 | Purchased | 588 | $ | 46.38 | $ | (27,268.50) | | |
| 1/27/2022 | Purchased | 282 | $ | 46.39 | $ | (13,081.56) | | |
| 1/27/2022 | Purchased | 9 | $ | 46.22 | $ | (415.97) | | |
| 2/18/2022 | Purchased | 3,427 | $ | 52.54 | $ | (180,054.58) | | |
| 4/13/2022 | Purchased | 2,429 | $ | 56.45 | $ | (137,115.59) | | |
| 4/25/2022 | Purchased | 7,822 | $ | 50.61 | $ | (395,837.79) | | |
| 4/25/2022 | Purchased | 2,217 | $ | 50.94 | $ | (112,933.98) | | |
| 4/25/2022 | Purchased | 427 | $ | 50.76 | $ | (21,674.52) | | |
| 4/25/2022 | Purchased | 3,554 | $ | 50.33 | $ | (178,858.25) | | |
| 4/25/2022 | Purchased | 13,476 | $ | 50.49 | $ | (680,396.49) | | |
| 4/26/2022 | Purchased | 5,221 | $ | 49.87 | $ | (260,351.42) | | |
| 4/26/2022 | Purchased | 1,245 | $ | 48.81 | $ | (60,771.81) | | |
| 4/26/2022 | Purchased | 1,886 | $ | 50.08 | $ | (94,450.88) | | |
| 4/26/2022 | Purchased | 1,957 | $ | 48.45 | $ | (94,821.15) | | |
| 4/26/2022 | Purchased | 1,017 | $ | 49.69 | $ | (50,529.65) | | |
| 4/26/2022 | Purchased | 490 | $ | 48.18 | $ | (23,608.20) | | |
| 4/27/2022 | Purchased | 2,081 | $ | 49.11 | $ | (102,196.24) | | |
| 4/27/2022 | Purchased | 11 | $ | 48.95 | $ | (538.45) | | |
| 7/1/2022 | Purchased | 13,627 | $ | 33.89 | $ | (461,819.03) | | |
| 4/28/2023 | Sold | (13,544) | $ | 21.59 | $ | 292,370.26 | | |
| 4/28/2023 | Sold | (2,774) | $ | 20.99 | $ | 58,230.98 | | |
| 5/5/2023 | Sold | (6,724) | $ | 20.55 | $ | 138,178.20 | | |
| 5/8/2023 | Sold | (15,545) | $ | 20.56 | $ | 319,570.99 | | |
| 5/8/2023 | Sold | (1,829) | $ | 21.06 | $ | 38,509.60 | | |
| 5/8/2023 | Sold | (7,807) | $ | 20.82 | $ | 162,508.94 | | |
| 5/8/2023 | Sold | (6,724) | $ | 21.11 | $ | 141,943.64 | | |
| 5/8/2023 | Sold | (3,497) | $ | 20.99 | $ | 73,402.03 | | |
| 5/9/2023 | Sold | (6,455) | $ | 20.75 | $ | 133,941.25 | | |
| 5/9/2023 | Sold | (6,860) | $ | 20.44 | $ | 140,218.40 | | |
| 5/9/2023 | Sold | (2,812) | $ | 20.68 | $ | 58,138.10 | | |
| 5/9/2023 | Sold | (87,444) | $ | 20.45 | $ | 1,788,229.80 | $ | (4,322,024.83) |
| 2/7/2023 | Purchased | 2,671 | $ | 29.32 | $ | (78,313.72) | | |
| 2/7/2023 | Purchased | 24,149 | $ | 29.80 | $ | (719,575.00) | | |
| 2/8/2023 | Purchased | 17,397 | $ | 28.08 | $ | (488,492.09) | | |
| 2/15/2023 | Purchased | 28,477 | $ | 28.14 | $ | (801,271.59) | | |
| 2/15/2023 | Purchased | 2,792 | $ | 27.26 | $ | (76,109.92) | | |
| 4/26/2023 | Sold | (7,304) | $ | 21.49 | $ | 156,991.45 | | |
| 4/26/2023 | Sold | (3,082) | $ | 21.28 | $ | 65,584.96 | | |
| 4/26/2023 | Sold | (2,915) | $ | 21.43 | $ | 62,473.41 | | |
| 4/27/2023 | Sold | (2,231) | $ | 21.34 | $ | 47,603.96 | | |
| 4/27/2023 | Sold | (616) | $ | 21.24 | $ | 13,080.76 | | |
| 4/27/2023 | Sold | (1,874) | $ | 21.48 | $ | 40,261.95 | | |
| 4/27/2023 | Sold | (1,541) | $ | 21.45 | $ | 33,054.45 | | |
| 4/27/2023 | Sold | (924) | $ | 21.47 | $ | 19,836.71 | | |
| 4/27/2023 | Sold | (2,098) | $ | 21.49 | $ | 45,086.02 | | |
| 4/27/2023 | Sold | (14,946) | $ | 21.38 | $ | 319,581.34 | | |
| 4/28/2023 | Sold | (2,256) | $ | 21.64 | $ | 48,811.04 | | |
| 4/28/2023 | Sold | (770) | $ | 21.67 | $ | 16,682.05 | | |
| 4/28/2023 | Sold | (770) | $ | 21.12 | $ | 16,258.55 | | |

| Date | Type | Shares | | Price | | Amount | Date | Type | Shares | | Price | | Amount | | Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 4/28/2023 | Sold | (5,993) | $ | 21.15 | $ | 126,776.52 | | |
| | | | | | | | 4/28/2023 | Sold | (28,166) | $ | 21.59 | $ | 608,010.99 | $ | (543,668.17) |
| 5/19/2023 | Purchased | 2,528 | $ | 23.88 | $ | (60,366.87) | | | | | | | | | |
| 5/19/2023 | Purchased | 12,011 | $ | 23.99 | $ | (288,085.04) | | | | | | | | | |
| 5/19/2023 | Purchased | 7,259 | $ | 23.99 | $ | (174,143.41) | | | | | | | | | |
| 5/22/2023 | Purchased | 25,735 | $ | 25.07 | $ | (645,124.98) | | | | | | | | | |
| 5/22/2023 | Purchased | 3,630 | $ | 25.37 | $ | (92,074.95) | | | | | | | | | |
| 5/23/2023 | Purchased | 46,309 | $ | 24.88 | $ | (1,152,047.47) | | | | | | | | | |
| | | | | | | | 3/11/2024 | Sold | (27,191) | $ | 16.70 | $ | 454,097.86 | | |
| | | | | | | | 3/11/2024 | Sold | (783) | $ | 16.80 | $ | 13,150.49 | | |
| | | | | | | | 3/12/2024 | Sold | (69,498) | $ | 16.50 | $ | 1,146,744.80 | $ | (797,849.57) |
| 5/23/2023 | Purchased | 4,506 | $ | 24.88 | $ | (112,097.56) | | | | | | | | | |
| | | | | | | | 10/26/2023 | Sold | (3,497) | $ | 15.51 | $ | 54,238.47 | | |
| | | | | | | | 10/27/2023 | Sold | (1,009) | $ | 15.34 | $ | 15,478.06 | $ | (42,381.03) |
| 5/23/2023 | Purchased | 515 | $ | 24.88 | $ | (12,811.86) | | | | | | | | | |
| | | | | | | | 8/16/2023 | Sold | (515) | $ | 18.24 | $ | 9,391.03 | $ | (3,420.84) |
| 5/24/2023 | Purchased | 36,513 | $ | 24.37 | $ | (889,982.47) | | | | | | | | | |
| | | | | | | | 8/16/2023 | Sold | (36,513) | $ | 18.24 | $ | 665,814.56 | $ | (224,167.91) |
| 8/22/2023 | Purchased | 33,365 | $ | 17.85 | $ | (595,608.59) | | | | | | | | | |
| 8/22/2023 | Purchased | 11,597 | $ | 17.90 | $ | (207,566.59) | | | | | | | | | |
| 8/22/2023 | Purchased | 5,908 | $ | 17.88 | $ | (105,639.18) | | | | | | | | | |
| 8/23/2023 | Purchased | 1,397 | $ | 18.28 | $ | (25,541.91) | | | | | | | | | |
| | | | | | | | 10/26/2023 | Sold | (52,267) | $ | 15.51 | $ | 810,661.17 | $ | (123,695.09) |
| 8/23/2023 | Purchased | 42,341 | $ | 18.28 | $ | (774,137.44) | | | | | | | | | |
| 8/24/2023 | Purchased | 36,398 | $ | 18.01 | $ | (655,699.01) | | | | | | | | | |
| | | | | | | | 9/25/2023 | Sold | (78,739) | $ | 15.80 | $ | 1,244,076.20 | $ | (185,760.25) |
| 9/27/2023 | Purchased | 3,553 | $ | 16.22 | $ | (57,629.66) | | | | | | | | | |
| 9/27/2023 | Purchased | 12,920 | $ | 16.19 | $ | (209,143.78) | | | | | | | | | |
| | | | | | | | 10/26/2023 | Sold | (16,473) | $ | 15.51 | $ | 255,496.23 | $ | (11,277.21) |
| 10/31/2023 | Purchased | 15,300 | $ | 13.27 | $ | (203,063.13) | | | | | | | | | |
| 11/1/2023 | Purchased | 19,189 | $ | 12.49 | $ | (239,607.29) | | | | | | | | | |
| 11/6/2023 | Purchased | 17,306 | $ | 13.41 | $ | (232,075.17) | | | | | | | | | |
| 11/6/2023 | Purchased | 24,702 | $ | 13.22 | $ | (326,639.49) | | | | | | | | | |
| 11/8/2023 | Purchased | 21,543 | $ | 13.13 | $ | (282,840.18) | | | | | | | | | |
| | | | | | | | 11/27/2023 | Sold | (11,506) | $ | 14.18 | $ | 163,155.08 | | |
| | | | | | | | 3/11/2024 | Sold | (11,147) | $ | 16.77 | $ | 186,879.46 | | |
| | | | | | | | 3/11/2024 | Sold | (5,947) | $ | 16.88 | $ | 100,355.63 | | |
| | | | | | | | 3/11/2024 | Sold | (967) | $ | 16.84 | $ | 16,279.45 | | |
| | | | | | | | 3/11/2024 | Sold | (6,417) | $ | 16.72 | $ | 107,264.01 | | |
| | | | | | | | 3/11/2024 | Sold | (12,087) | $ | 16.88 | $ | 203,968.13 | | |
| | | | | | | | 3/11/2024 | Sold | (20,410) | $ | 16.81 | $ | 343,004.34 | | |
| | | | | | | | 3/11/2024 | Sold | (29,559) | $ | 16.70 | $ | 493,644.17 | $ | 330,324.99 |

**Losses on Account/Fund No. 2:  $ (17,452,682.72)**

| ACCOUNT/FUND No. 3 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Action | Shares | Price | TOTAL (COST): | Date | Action | Shares | Price | Total Proceeds: | | Total Gain or (Loss): |
| 6/24/2022 | Purchased | 1,845 | $ 37.71 | $ (69,574.95) | | **HELD** | (1,845) | $ 9.96 | $ | 18,372.39 | $ (51,202.56) |
| 6/24/2022 | Purchased | 170 | $ 37.71 | $ (6,410.70) | 9/26/2024 | **Post-CP Sale** | (170) | $ 10.29 | $ | 1,749.30 | $ (4,661.40) |
| 6/23/2023 | Purchased | 136 | $ 23.99 | $ (3,262.64) | 9/26/2024 | **Post-CP Sale** | (136) | $ 10.29 | $ | 1,399.44 | $ (1,863.20) |
| 6/23/2023 | Purchased | 200 | $ 23.99 | $ (4,798.00) | | | | | | | |
| | | | | | 3/25/2024 | Sold | (200) | $ 15.50 | $ | 3,100.00 | $ (1,698.00) |

Losses on Account/Fund No. 3: $ (59,425.16)

| ACCOUNT/FUND No. 4 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Action | Shares | Price | TOTAL (COST): | Date | Action | Shares | Price | Total Proceeds: | | Total Gain or (Loss): |
| 6/24/2022 | Purchased | 13,629 | $ 37.71 | $ (513,949.59) | | | | | | | |
| 7/13/2022 | Purchased | 141 | $ 36.34 | $ (5,124.14) | | | | | | | |
| 11/1/2022 | Purchased | 243 | $ 43.52 | $ (10,575.36) | | | | | | | |
| | | | | | 3/17/2023 | Sold | (563) | $ 23.76 | $ | 13,376.88 | |
| | | | | | 6/23/2023 | Sold | (3,305) | $ 23.99 | $ | 79,286.95 | |
| | | | | | 11/28/2023 | Sold | (500) | $ 13.99 | $ | 6,995.00 | |
| | | | | | 6/28/2024 | Sold | (9,645) | $ 12.77 | $ | 123,166.65 | $ (306,823.61) |
| 12/14/2022 | Purchased | 232 | $ 31.36 | $ (7,275.52) | | | | | | | |
| | | | | | 3/17/2023 | Sold | (232) | $ 23.76 | $ | 5,512.32 | $ (1,763.20) |

Losses on Account/Fund No. 4: $ (308,586.81)

| ACCOUNT/FUND No. 5 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Action | Shares | Price | TOTAL (COST): | Date | Action | Shares | Price | Total Proceeds: | | Total Gain or (Loss): |
| 6/24/2022 | Purchased | 6,174 | $ 37.71 | $ (232,821.54) | | | | | | | |
| | | | | | 5/3/2023 | Sold | (34) | $ 21.45 | $ | 729.30 | |
| | | | | | 6/23/2023 | Sold | (2,486) | $ 23.99 | $ | 59,639.14 | |
| | | | | | 8/21/2023 | Sold | (227) | $ 17.55 | $ | 3,983.85 | |
| | | | | | 9/26/2023 | Sold | (227) | $ 15.78 | $ | 3,582.06 | |
| | | | | | 11/28/2023 | Sold | (300) | $ 13.99 | $ | 4,197.00 | |
| | | | | | 3/25/2024 | Sold | (200) | $ 15.50 | $ | 3,100.00 | |
| | | | | | 6/28/2024 | Sold | (2,700) | $ 12.77 | $ | 34,479.00 | $ (123,111.19) |
| 6/24/2022 | Purchased | 395 | $ 37.71 | $ (14,895.45) | | | | | | | |
| | | | | | 9/16/2022 | Sold | (190) | $ 41.99 | $ | 7,978.10 | |
| | | | | | 10/5/2022 | Sold | (205) | $ 46.72 | $ | 9,577.60 | $ 2,660.25 |

Losses on Account/Fund No. 5: $ (120,450.94)

| ACCOUNT/FUND No. 6 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Action | Shares | Price | TOTAL (COST): | Date | Action | Shares | Price | Total Proceeds: | Total Gain or (Loss): | |
| 6/23/2023 | Purchased | 2,212 | $ 23.99 | $ (53,065.88) | | HELD | (2,212) | $ 9.96 | $ 22,026.96 | $ (31,038.92) | |
| 6/23/2023 | Purchased | 928 | $ 23.99 | $ (22,262.72) | | | | | | | |
| | | | | | 8/21/2023 | Sold | (138) | $ 17.55 | $ 2,421.90 | | |
| | | | | | 9/26/2023 | Sold | (350) | $ 15.78 | $ 5,523.00 | | |
| | | | | | 10/27/2023 | Sold | (240) | $ 15.34 | $ 3,681.60 | | |
| | | | | | 3/25/2024 | Sold | (200) | $ 15.50 | $ 3,100.00 | | |
| 6/28/2024 | Purchased | 1,590 | $ 12.77 | $ (20,304.30) | | HELD | (1,590) | $ 9.96 | $ 15,833.12 | $ (4,471.18) | |
| 6/28/2024 | Purchased | 613 | $ 12.77 | $ (7,828.01) | 9/26/2024 | Post-CP Sale | (613) | $ 10.29 | $ 6,307.77 | $ (1,520.24) | |

**Losses on Account/Fund No. 6: $ (37,030.35)**

**HELD** = For shares acquired during the Class Period, but held throughout the 90-day period immediately thereafter, losses have been determined using "the mean trading price of that security during the 90-day period beginning on the date on which the information correcting the misstatement or omission that is the basis for the action is disseminated to the market." 15 U.S.C. § 78u-4(e)(1).

**Post-CP Sale** = Indicates a sale of common stock purchased during the Class Period, but sold during the 90-day period immediately thereafter. For those shares, losses cannot exceed the difference between the purchase price paid and the mean trading price of the security during the period beginning immediately after dissemination of information correcting the misstatement or omission and ending on the date the security was sold. 15 U.S.C. § 78u-4(e)(2). Here, the actual sales price of $10.29 was used because it was greater than the mean trading price on 9/29/2024 of $9.71, resulting in a smaller calculated loss on these securities.