# EXHIBIT D

# BRESKIN | JOHNSON | TOWNSEND PLLC

Breskin Johnson & Townsend PLLC was founded in 2007 and represents employees, consumers, and business owners in a variety of legal matters on an individual and class-wide basis.  Breskin Johnson & Townsend PLLC has been appointed class counsel in dozens of cases in state and federal courts in Washington and around the country.  Representative class counsel engagements are as follows:

**Violations of Securities Laws and Duties to Shareholders**

- **Amazon.com, Inc.**  Class Action complaint alleging violations of Sections 10(b) and 20(a) of the Securities and Exchange Act of 1934, and Rule 10b-5 promulgated thereunder on behalf of all other persons and entities, who purchased or otherwise acquired the publicly traded common stock of Amazon.com, Inc. between February 1, 2019 and April 28, 2022.
- **Zillow Group, Inc.** Class action derivative lawsuit against the current members of the Company's Board of Directors for alleged breaches of fiduciary duties, violations of the federal securities laws, and other misconduct that resulted in material loss and damage to the Company and its stockholder.
- **Avalara, Inc.**  Shareholder derivative class action against Avalara and the former members of Avalara's board of directors for alleged violations of Sections 14(a) and 20(a) of the Securities Exchange Act of 193, 15 U.S.C. §§ 78n(a) and 78t(a) respectively, and SEC Rule 14a-9, 17 C.F.R. § 240.14a-9 ("Rule 14a-9"), in connection with the acquisition of Avalara by Vista Equity Partners Management, LLC ("Vista") for $93.50 per share in cash and $8.4 billion in cash in total.
- **Papa Murphy's Holdings Inc.** Shareholder derivative class action against Papa Murphy's Holdings Inc. for alleged violations of Sections 14(e) and 20(a) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. 78n(e) and 78t(a), respectively. Plaintiff's claims arise in connection with the tender offer ("Tender Offer") by MTY Food Group Inc., through its subsidiaries (collectively "MTY"), used to acquire all of the issued and outstanding shares of Papa Murphy's.
- **CTI BioPharma Corp Shareholder Litigation.**  Federal securities law class action against CTI BioPharma Corp under the Private Securities Litigation Reform Act of 1995 (the "PSLRA") resulting in payment of $20 million for the benefit of the Settlement Class.  Settlement approved in United States District

Court with the Court stating that the settlement "was an eminently fair and reasonable result."

- **Zulily Shareholder Litigation.**  Federal securities law class action against Zulily for violations of Rule 14(a) of the Securities Exchange Act of 1934.  Settlement approved in United States District Court.
- **IsoRay Shareholder Litigation**.  State shareholder litigation arising out of unapproved stock option and equity incentive plans.
- **Rightside Group Shareholder Litigation**.  Federal securities law class action against Rightside Group for violations of Rule 14(e) of the Securities Exchange Act of 1934.
- **Sonosite, Inc. Shareholder Litigation**. Federal securities law class action against Sonosite, Inc  Financial Group relating to their breach of fiduciary duties arising out of their attempt to sell the Company to FUJIFILM Holdings Corporation ("Fujifilm") (the "Proposed Transaction"); and Fujifilm and Salmon Acquisition Corporation for aiding and abetting these breaches of fiduciary duties.
- **In Re Superclick, Inc. Shareholder Litigation**. Federal securities law class action against Superclick Board of Directors relating to  their breach of fiduciary duties arising out of their attempt to sell the Company to AT&T Corp. ("AT&T") by means of an unfair process and for an unfair price.
- **Daks v. Seabright Holdings, Inc. et al.**. Federal securities law class action against Seabright Holdings, Inc. relating to its breach of fiduciary duties arising out of their attempt to sell the Company to Enstar by means of an unfair process and for an unfair price.
- **In Re Emeritus Corp. Shareholder Litigation**. Federal securities law class action against Emeritus Board of Directors relating to its for their breach of fiduciary duties arising out of their attempt to sell the Company to Brookdale by means of an unfair process and for an unfair price.
- ***In re: WSB Financial Group Securities Litigation***. Federal securities law class action against WSB Financial Group relating to its misrepresentations and disclosures in SEC filings about its initial public offering.

**UNFAIR AND DECEPTIVE CONSUMER PRACTICES**

**Auto Insurance Personal Injury Protection Coverage**
- BJT has brought class actions under the Washington Consumer Protection Act against **Allstate, USAA, Hartford, Progressive, Safeco, and Liberty Mutual** insurance companies for arbitrarily limiting the payments they make for medical care resulting from auto accidents.  In 2012, BJT won a jury trial against Progressive Insurance Companies, and BJT has continued to recover millions of dollars from these companies for health care providers who were underpaid by these insurance companies when treating accident victims.

  - Allstate Insurance, $2.1 million (135% repayment) (2017)
  - Hartford Insurance, $1.2 million (135% repayment) (2017)
  - Progressive Insurance, 165% repayment (2016)
  - USAA, 260% repayment (2015)
  - Progressive Insurance, $1.33 million (2013)
  - Hartford Insurance, $1.7 million (190% repayment) (2013)
  - Allstate Insurance, 190% repayment (2012)

**Health Insurance Coverage**
- BJT brought suit against **United Health Care** for declining coverage for mental health treatment in violation of the Mental Health Parity and Addiction Equity Act.  The case settled in 2016 and all affected participants were repaid.

**Debt Collection Practices**
- In **_Thomas v. American Family_**, BJT represented a consumer in a suit against American Family and its debt collector, Afni, for using abusive debt collection practices while attempting to collect on subrogation claims.  The lawsuit was settled in 2018.
- **Sanh v. Opportunity Financial LLC et al**, BJT represents a victim of predatory lending practices charging vulnerable adults with usurious loans in excess of 150% per year.
- BJT has litigated and continues to litigate several other debt collection cases against banks and other companies for unfair practices.

**Foreclosure Abuse**

- ***Rudin v. MTGLQ Investors, L.P., Shellpoint Mortgage Servicing, and Clear Recon Corp.***, which targets the practices of a bank, loan servicer, and foreclosure trustee and alleges that they committed unfair and deceptive practices by imposing unauthorized fees on Washington homeowners facing foreclosure.
- **Hunter v. Bank of America,** BJT represented a victim of foreclosure abuse for failure to follow laws protecting vulnerable homeowners.

**Violations of The Mobile Home Landlord Tenant Protection Act**

- BJT represents residents of mobile homes for failing to follow the Landlord Tenant Protection Act, including residents of the Fir Mobile Home Park.

**Exploitation Of Incarcerated Individuals**

- BJT represents a putative class of incarcerated individuals against JPay, the exclusive provider of digital content and information to incarcerated individuals in the State of Washington for alleged violations of the Consumer Protection Act.

**Breskin Johnson & Townsend Partner on Case:**

Roger Townsend has been licensed to practice law in Washington since 1995.  Mr. Townsend was admitted to practice in the Western District of Washington in 1996, and admitted to practice in the Ninth Circuit Court of Appeals in 1998.

Mr. Townsend has been appointed class counsel in multiple class actions including, *In re: WSB Financial Group Securities Litigation*; *Barker v. Skype*; *Volkswagen Motor Company TDI litigation; MySpine, PS v. Allstate Insurance; MySpine, PS v. Hartford Insurance; Peck/Bowden v. Cingular / Riensche v. Cingular*; *Hesse/Olson v. Sprint*; *MySpine v. USAA; Sonosite, Inc. Shareholder Litigation; In Re Superclick, Inc. Shareholder Litigation; Daks v. Seabright Holdings, Inc. Et Al.; In Re Emeritus Corp. Shareholder Litigation*.

Professional Honors and Affiliations

- Conference Chair, Ninth Circuit Judicial Conference, 2024-present
- Program Chair, Ninth Circuit Judicial Conference, 2023-2024
- Board of Advisors, Ninth Judicial Circuit Historical Society (NJCHS), 2023-present
- Appointed to Ninth Circuit's Workplace Environment Committee, 2024-2027
- Chair, Ninth Circuit Judicial Conference Lawyers Representatives Coordinating Committee and Conference Executive Committee
- Past Member, Bainbridge Island City Council
- Past President, Federal Bar Association, Western District of Washington
- Voluneer, Federal Bar Association Civil Rights Clinic
- Law Clerk to the Honorable William L. Dwyer, United States District Judge, Western District of Washington
- Law Clerk to the Honorable Robert R. Beezer, United States Circuit Judge, Ninth Circuit Court of Appeals

Education
- JD, Northwestern University School of Law
- BA, Wesleyan University