THE HONORABLE TIFFANY M. CARTWRIGHT

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

CITY OF PONTIAC POLICE AND FIRE
RETIREMENT SYSTEM, on Behalf of Itself
and All Others Similarly Situated,

      Plaintiff,

 vs.

ZOOMINFO TECHNOLOGIES, INC., et al.,

      Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

No. 3:24-cv-05739

CLASS ACTION

**NOTICE OF VOLUNTARY DISMISSAL**
**OF PLAINTIFF PURSUANT TO FED. R.**
**CIV. P. 41(a)(1)(A)(i)**

NOTICE OF VOLUNTARY DISMISSAL -
3:24-cv-05739

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3400, Seattle, WA  98101-3052
Telephone: 206/623-1900

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff City of Pontiac Police and Fire Retirement System hereby voluntarily dismisses its claims without prejudice to its ability to participate in this action as an absent class member.  The class's interests will continue to be represented by Court-appointed Lead Counsel.

DATED:  March 17, 2025

KELLER ROHRBACK L.L.P.
DEREK W. LOESER (WSBA #24274)
JULI E. FARRIS (WSBA #17593)

*s/ Juli E. Farris*
JULI E. FARRIS

1201 Third Avenue, Suite 3400
Seattle, WA  98101-3052
Telephone:  206/623-1900
dloeser@kellerrohrback.com
jfarris@kellerrohrback.com

ROBBINS GELLER RUDMAN & DOWD LLP
SAMUEL H. RUDMAN
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
srudman@rgrdlaw.com

ROBBINS GELLER RUDMAN & DOWD LLP
BRIAN E. COCHRAN (admitted *pro hac vice*)
FRANCISCO J. MEJIA (admitted *pro hac vice*)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
bcochran@rgrdlaw.com
fmejia@rgrdlaw.com

ASHERKELLY
MATTHEW I. HENZI
25800 Northwestern Highway, Suite 1100
Southfield, MI  48075
Telephone:  248/746-2710
mhenzi@asherkellylaw.com

***Attorneys for Plaintiff City of Pontiac Police and Fire Retirement System***