# Exhibit 3

www.viewpoint.pwc.com

National Office

# Revenue

Updated October 2024



# About the Revenue from contracts with customers guide

PwC is pleased to offer our accounting and financial reporting guide for *Revenue from contracts with customers.* This guide summarizes the applicable accounting literature, including relevant references to and excerpts from the FASB's Accounting Standards Codification (the Codification). It also provides our insights and perspectives, interpretative and application guidance, illustrative examples, and discussion on emerging practice issues. The PwC guides should be read in conjunction with the applicable authoritative accounting literature.

## References to US GAAP

Definitions, full paragraphs, and excerpts from the FASB's Accounting Standards Codification are clearly designated, either within quotes in the regular text or enclosed within a shaded box. In some instances, guidance was cited with minor editorial modification to flow in the context of the PwC Guide. The remaining text is PwC's original content.

## References to other PwC guidance

This guide provides general and specific references to chapters in other PwC guides to assist users in finding other relevant information. References to other guides are indicated by the applicable guide abbreviation followed by the specific section number. The other PwC guides referred to in this guide, including their abbreviations, are:

- □ *Business combinations and noncontrolling interests (BCG)*
- □ *Financial statement presentation (FSP)*
- □ *IFRS and US GAAP: similarities and differences (SD)*
- □ *Leases (LG)*
- □ *Not-for-profit entities (NP)*
- □ *Property, plant, equipment and other assets (PPE)*
- □ *Transfers and servicing of financial assets (TS)*

## Summary of significant changes

Following is a summary of the noteworthy revisions to the guide since it was last updated. Additional updates may be made to future versions to keep pace with significant developments.

### Revisions made in October 2024

#### Chapter 3, *Identifying performance obligations*
- □ **Figure 3-2** was added to **RR 3.6.4** to illustrate the accounting for shipping and handling activities.

#### Chapter 4, *Determining the transaction price*
- □ **RR 4.6.3** was updated to clarify the presentation of an advance payment to a customer.

### Chapter 6, *Recognizing revenue*

☐ **Figure 6-1** was added to **RR 6.3** to illustrate the framework for determining whether control of a good or service transfers to a customer over time or at a point in time.

### Chapter 7, *Options to acquire additional goods or services*

☐ **Question RR 7-3** was added to **RR 7.4** to clarify that a reporting entity cannot adopt a policy to recognize breakage only when it occurs.

### Chapter 10, *Principal versus agent considerations*

☐ **Questions RR 10-4 and RR 10-5** were added to **RR 10.6.1** to address issues related to application of the accounting policy election to present revenue net of certain taxes.

## Revisions made in March 2024

### Chapter 9, *Licenses*

☐ **Question RR 9-7** was added to **RR 9.8** to address the recognition of sales-based royalties when the royalty rate decreases over the contract term.

## Revisions made in November 2023

### Chapter 2, *Scope and identifying the contract*

☐ **RR 2.2** was updated to remove reference to ASC 840 since ASC 842 is now effective for all entities.

☐ **Question RR 2-4** was added to **RR 2.7** to address whether fiscal funding clauses affect the determination of the contract term.

☐ **Question RR 2-7** was added to **RR 2.9.5** to address the recognition of one-time payments received as consideration for reducing the scope of a contract.

### Chapter 7, *Options to acquire additional goods or services*

☐ **Question RR 7-1** was added to **RR 7.2.3** to address whether prospective volume discounts offered to all customers provide a material right.

About the Revenue from contracts with customers guide

## Copyrights

This publication has been prepared for general informational purposes, and does not constitute professional advice on facts and circumstances specific to any person or entity. You should not act upon the information contained in this publication without obtaining specific professional advice. No representation or warranty (express or implied) is given as to the accuracy or completeness of the information contained in this publication. The information contained in this publication was not intended or written to be used, and cannot be used, for purposes of avoiding penalties or sanctions imposed by any government or other regulatory body. PricewaterhouseCoopers LLP, its members, employees, and agents shall not be responsible for any loss sustained by any person or entity that relies on the information contained in this publication. Certain aspects of this publication may be superseded as new guidance or interpretations emerge. Financial statement preparers and other users of this publication are therefore cautioned to stay abreast of and carefully evaluate subsequent authoritative and interpretative guidance.

The *FASB Accounting Standards Codification*® material is copyrighted by the Financial Accounting Foundation, 401 Merritt 7, Norwalk, CT 06856, and is reproduced with permission.



# Table of contents

## Chapter 1: An introduction to revenue from contracts with customers—updated November 2023

1.1  Background on the revenue standard ........................................................................... 1-2

1.2  High-level overview of the revenue standard ................................................................ 1-7

1.3  Revenue recognition disclosures .................................................................................. 1-9

## Chapter 2: Scope and identifying the contract—updated November 2023

2.1  Overview–scope and identifying the contract ............................................................... 2-2

2.2  Scope of the revenue standard .................................................................................... 2-2

2.3  Sale or transfer of nonfinancial assets ......................................................................... 2-7

2.4  Identifying the customer .............................................................................................. 2-7

2.5  Arrangements with multiple parties .............................................................................. 2-9

2.6  Identifying the contract ............................................................................................... 2-10

2.7  Determining the contract term ..................................................................................... 2-19

2.8  Combining contracts ................................................................................................... 2-22

2.9  Contract modifications ................................................................................................ 2-23

## Chapter 3: Identifying performance obligations—updated March 2024

3.1  Overview–identifying performance obligations .............................................................. 3-2

3.2  Promises in a contract ................................................................................................ 3-2

3.3  Identifying performance obligations ............................................................................. 3-4

3.4  Assessing whether a good or service is "distinct" ......................................................... 3-7

3.5  Options to purchase additional goods or services ......................................................... 3-12

3.6  Other contract terms that may not be performance obligations ...................................... 3-14

## Chapter 4: Determining the transaction price—updated October 2024

4.1  Overview–determining the transaction price ................................................................. 4-2

4.2  Determining the transaction price ................................................................................ 4-2

4.3  Variable consideration ................................................................................................ 4-3

4.4  Existence of a significant financing component ............................................................. 4-23

4.5  Noncash consideration ............................................................................................... 4-30

4.6  Consideration payable to a customer ........................................................................... 4-33

## Chapter 5: Allocating transaction price–updated March 2024

5.1    Overview–allocating transaction price ................................................................. 5-2

5.2    Determining standalone selling price ................................................................. 5-2

5.3    Standalone selling price not directly observable ............................................... 5-4

5.4    Allocating discounts ........................................................................................... 5-9

5.5    Impact of variable consideration ....................................................................... 5-11

5.6    Other considerations for allocating transaction price ....................................... 5-17

## Chapter 6: Recognizing revenue—updated October 2024

6.1    Overview–recognizing revenue ......................................................................... 6-2

6.2    Control ............................................................................................................... 6-2

6.3    Performance obligations satisfied over time ..................................................... 6-2

6.4    Measures of progress ........................................................................................ 6-10

6.5    Performance obligations satisfied at a point in time ......................................... 6-21

## Chapter 7: Options to acquire additional goods or services—updated November 2023

7.1    Overview–customer options .............................................................................. 7-2

7.2    Customer options that provide a material right ................................................. 7-2

7.3    Renewal and cancellation options .................................................................... 7-13

7.4    Unexercised rights (breakage)–updated October 2024 .................................... 7-15

## Chapter 8: Practical application issues—updated May 2023

8.1    Overview–practical application issues .............................................................. 8-2

8.2    Rights of return ................................................................................................. 8-2

8.3    Warranties ......................................................................................................... 8-5

8.4    Nonrefundable upfront fees .............................................................................. 8-9

8.5    Bill-and-hold arrangements .............................................................................. 8-13

8.6    Consignment arrangements .............................................................................. 8-16

8.7    Repurchase rights ............................................................................................. 8-17

## Chapter 9: Licenses—updated March 2024

9.1    Overview–licenses ............................................................................................ 9-2

9.2    Overview of the licenses guidance .................................................................... 9-2

9.3    Determining whether a license is distinct ......................................................... 9-3

9.4    Accounting for a license bundled with other goods or services ........................ 9-6

9.5    Determining the nature of a license .................................................................. 9-7

9.6    Restrictions of time, geography or use .............................................................. 9-10

9.7     Other considerations–licenses ...........................................................................................9-11

9.8     Sales- or usage-based royalties ......................................................................................... 9-13

## Chapter 10: Principal versus agent considerations—updated May 2023

10.1    Overview–principal versus agent ....................................................................................... 10-2

10.2    Principal versus agent framework ...................................................................................... 10-3

10.3    Determining a vendor's customer in a three-party arrangement ....................................... 10-11

10.4    Shipping and handling fees............................................................................................... 10-13

10.5    Out-of-pocket expenses and other cost reimbursements .................................................. 10-14

10.6    Amounts from customers remitted to a third party ............................................................ 10-15

## Chapter 11: Contract costs—updated November 2023

11.1    Overview–contract costs ...................................................................................................11-2

11.2    Incremental costs of obtaining a contract .........................................................................11-2

11.3    Costs to fulfill a contract...................................................................................................11-7

11.4    Amortization and impairment ........................................................................................... 11-12

11.5    Onerous contracts............................................................................................................11-17

## Chapter 12: Service concession arrangements–updated May 2023

12.1    Overview–service concession arrangements ..................................................................... 12-2

12.2    Scope of ASC 853............................................................................................................. 12-2

12.3    Recognition of revenue ..................................................................................................... 12-4

12.4    Property, plant, and equipment .......................................................................................... 12-7

12.5    Service concession arrangement disclosures ................................................................... 12-8

### 2.6.1.3     *The reporting entity can identify the payment terms*

The payment terms for goods or services must be known before a contract can exist, because without that understanding, a reporting entity cannot determine the transaction price. This does not necessarily require that the transaction price be fixed or explicitly stated in the contract. Refer to RR 4 for discussion of determining the transaction price, including variable consideration.

### 2.6.1.4     *The contract has commercial substance*

A contract has commercial substance if the risk, timing, or amount of the reporting entity's future cash flows will change as a result of the contract. If there is no change, it is unlikely the contract has commercial substance. A change in future cash flows does not only apply to cash consideration. Future cash flows can also be affected when the reporting entity receives noncash consideration as the noncash consideration might result in reduced cash outflows in the future. There should also be a valid business reason for the transaction to occur. Determining whether a contract has commercial substance can require judgment, particularly in complex arrangements where vendors and customers have several arrangements in place between them.

### 2.6.1.5     *Collection of the consideration is probable*

The objective of the collectibility assessment is to determine whether there is a substantive transaction (that is, a valid contract) between the reporting entity and a customer. A reporting entity only applies the revenue guidance to contracts when it is "probable" that the reporting entity will collect the consideration it is entitled to in exchange for the goods or services it transfers to the customer. "Probable" is defined as "the future event or events are likely to occur," which is generally considered a 75% threshold.

The assessment of whether an amount is probable of being collected is made after considering any price concessions expected to be provided to the customer. Management should first determine whether it expects the reporting entity to accept a lower amount of consideration than that which the customer is contractually obligated to pay (refer to "Impact of price concessions" section below). A reporting entity that expects to provide a price concession should assess the probability of collection for the amount it expects to enforce (that is, the transaction price adjusted for estimated concessions).

The reporting entity's assessment of this probability must reflect both the customer's ability and intent to pay as amounts become due. An assessment of the customer's intent to pay requires management to consider all relevant facts and circumstances, including items such as the reporting entity's past practices with its customers as well as, for example, any collateral obtained from the customer.

Additional implementation guidance is included in the revenue standard to clarify how management should assess collectibility.

> **Excerpt from ASC 606-10-55-3C**
>
> When assessing whether a contract meets the [collectibility] criterion…an entity should determine whether the contractual terms and its customary business practices indicate that the entity's exposure to credit risk is less than the entire consideration promised in the contract because the entity has the ability to mitigate its credit risk. Examples of contractual terms or customary business practices that might mitigate

the entity's credit risk include the following:

a.  Payment terms — In some contracts, payment terms limit an entity's exposure to credit risk. For example, a customer may be required to pay a portion of the consideration promised in the contract before the entity transfers promised goods or services to the customer. In those cases, any consideration that will be received before the entity transfers promised goods or services to the customer would not be subject to credit risk.

b.  The ability to stop transferring promised goods or services — An entity may limit its exposure to credit risk if it has the right to stop transferring additional goods or services to a customer in the event that the customer fails to pay consideration when it is due. In those cases, an entity should assess only the collectibility of the consideration to which it will be entitled in exchange for the goods or services that will be transferred to the customer on the basis of the entity's rights and customary business practices. Therefore, if the customer fails to perform as promised and, consequently, the entity would respond to the customer's failure to perform by not transferring additional goods or services to the customer, the entity would not consider the likelihood of payment for the promised goods or services that will not be transferred under the contract.

An entity's ability to repossess an asset transferred to a customer should not be considered for the purpose of assessing the entity's ability to mitigate its exposure to credit risk.

This additional guidance explains that management should consider the reporting entity's ability to mitigate its exposure to credit risk as part of the collectibility assessment (for example, by requiring advance payments or ceasing to provide goods or services in the event of nonpayment). A reporting entity typically will not enter into a contract with a customer if there is significant credit risk without also having protection to ensure it can collect the consideration to which it is entitled. The guidance clarifies that the collectibility assessment is not based on collecting all of the consideration promised in the contract, but on collecting the amount to which the reporting entity will be entitled in exchange for the goods or services it will transfer to the customer. These concepts are illustrated in Example 1 of ASC 606 (ASC 606-10-55-95 through ASC 606-10-55-98L).

### Impact of price concessions

Distinguishing between an anticipated price concession and the reporting entity's exposure to the customer's credit risk may require judgment. The distinction is important because a price concession is variable consideration (which affects the transaction price) rather than a factor to consider in assessing collectibility (when assessing whether the contract is valid). Refer to RR 4.3 for further discussion on variable consideration.

Factors to consider in assessing whether a price concession exists include a reporting entity's customary business practices, published policies, and specific statements regarding the amount of consideration the reporting entity will accept. The assessment should not be limited to past business practices. For example, a reporting entity might enter into a contract with a new customer expecting to provide a price concession to develop the relationship. Refer to Revenue TRG Memo No. 13 and the related meeting minutes in Revenue TRG Memo No. 25 for further discussion of this topic. These concepts are illustrated in Examples 2 and 3 of the revenue standard (ASC 606-10-55-99 through ASC 606-10-55-105).

### QUESTION RR 2-1

A reporting entity provides payment terms that are extended beyond normal terms in a contract with a new customer. Should management conclude that the amounts subject to the extended payment terms are not probable of collection?

***PwC response***

It depends. Extended payment terms should be considered when assessing the customer's ability and intent to pay the consideration when it is due; however, the mere existence of extended payment terms is not determinative in the collectibility assessment. Management's conclusion about whether collection is probable will depend on the relevant facts and circumstances. Management should also consider in this fact pattern whether the reporting entity expects to provide a concession to the customer and whether the payment terms indicate that the arrangement includes a significant financing component (refer to RR 4.4).

### Assessing collectibility for a portfolio of contracts

It is not uncommon for a reporting entity's historical experience to indicate that it will not collect all of the consideration related to a portfolio of contracts. In this scenario, management could conclude that collection is probable for each contract within the portfolio (that is, all of the contracts are valid) even though it anticipates some (unidentified) customers will not pay all of the amounts due. The reporting entity should apply the revenue model to determine transaction price (including an assessment of any expected price concessions) and recognize revenue assuming collection of the entire transaction price. Management should separately evaluate the contract asset or receivable for impairment under ASC 310 (or for credit losses under ASC 326, *Financial instruments – credit losses*, once adopted). Refer to Revenue TRG Memo No. 13 and the related meeting minutes in Revenue TRG Memo No. 25 for further discussion of this topic. Example RR 2-8 illustrates this accounting.

### EXAMPLE RR 2-8

Identifying the contract — assessing collectibility for a portfolio of contracts

Wholesaler sells sunglasses to a large volume of customers under similar contracts. Before accepting a new customer, Wholesaler performs customer acceptance and credit check procedures designed to ensure that it is probable the customer will pay the amounts owed. Wholesaler will not accept a new customer that does not meet its customer acceptance criteria.

In January 20X1, Wholesaler delivers sunglasses to multiple customers in exchange for consideration totaling $100,000. Wholesaler concludes that control of the sunglasses has transferred to the customers and there are no remaining performance obligations.

Wholesaler concludes, based on its procedures, that collection is probable for each customer; however, historical experience indicates that, on average, Wholesaler will collect only 95% of the amounts billed. Wholesaler believes its historical experience reflects its expectations about the future. Wholesaler intends to pursue full payment from customers and does not expect to provide any price concessions.

How much revenue should Wholesaler recognize?

*Analysis*

Because collection is probable for each customer, Wholesaler should recognize revenue of $100,000 when it transfers control of the sunglasses. Wholesaler's historical collection experience does not impact the transaction price in this fact pattern because it concluded that the collectibility threshold was met (that is, the contracts were valid) and it did not expect to provide any price concessions. Wholesaler should evaluate the related receivable for impairment based on the relevant financial instruments standard.

### 2.6.2    *Arrangements in which criteria are not met*

An arrangement is not accounted for using the five-step model until all of the criteria in RR 2.6.1 are met. Management will need to reassess the arrangement at each reporting period to determine if the criteria are met.

Consideration received prior to concluding a contract exists (that is, prior to meeting the criteria in RR 2.6.1) is recorded as a liability and represents the reporting entity's obligation to either transfer goods or services in the future or refund the consideration received. The reporting entity should not recognize revenue from consideration received from the customer until one of the following criteria is met.

**Excerpt from ASC 606-10-25-7**

When a contract with a customer does not meet the criteria … and an entity receives consideration from the customer, the entity shall recognize the consideration received as revenue only when one or more of the following events have occurred:

a.  The entity has no remaining obligations to transfer goods or services to the customer, and all, or substantially all, of the consideration promised by the customer has been received by the entity and is nonrefundable.

b.  The contract has been terminated, and the consideration received from the customer is nonrefundable.

c.  The entity has transferred control of the goods or services to which the consideration that has been received relates, the entity has stopped transferring goods or services to the customer (if applicable) and has no obligation under the contract to transfer additional goods or services, and the consideration received from the customer is nonrefundable.

The third criterion is intended to clarify when revenue should be recognized in situations where it is unclear whether the contract has been terminated. Example RR 2-9 illustrates the accounting for a contract for which collection is not probable and therefore, a contract does not exist.

**EXAMPLE RR 2-9**

Identifying the contract — collection not probable

EquipCo sells equipment to its customer with three years of maintenance for total consideration of $1 million, due in monthly installments over the three-year term. At contract inception, EquipCo determines that the customer does not have the ability to pay as amounts become due and therefore collection of the consideration is not probable. EquipCo intends to pursue collection and does not intend to provide a price concession. EquipCo delivers the equipment at the inception of the contract. At the