# Exhibit 17

**S&P Global**
Market Intelligence

# ZoomInfo Technologies Inc. NasdaqGS:ZI

# Analyst/Investor Day

## Monday, June 14, 2021 8:00 PM GMT

COPYRIGHT © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Table of Contents

Call Participants .................................................................................... 3

Presentation .................................................................................... 4

Question and Answer .................................................................................... 18

COPYRIGHT © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**Alyssa Lahar**
*Chief Human Resources Officer*

**Christopher Joseph Hays**
*Chief Operating Officer*

**Derek Smith**
*Senior Vice President of Data*

**Henry L. Schuck**
*Founder, Chairman of the Board & CEO*

**Hila Nir**
*Chief Product Officer*

**Jeremiah Sisitsky**
*Vice President of Investor Relations*

**Nir Keren**
*Chief Technology Officer*

**Peter Cameron Hyzer**
*CFO & Acting Chief Accounting Officer*

**Shane Murphy-Reuter**
*Chief Marketing Officer*

**ANALYSTS**

**Aleksandr J. Zukin**
*Wolfe Research, LLC*

**Brent Alan Bracelin**
*Piper Sandler & Co., Research Division*

**David E. Hynes**
*Canaccord Genuity Corp., Research Division*

**Koji Ikeda**
*BofA Securities, Research Division*

**Mark Ronald Murphy**
*JPMorgan Chase & Co, Research Division*

**Matthew George Hedberg**
*RBC Capital Markets, Research Division*

**Michael James Turrin**
*Wells Fargo Securities, LLC, Research Division*

**Raimo Lenschow**
*Barclays Bank PLC, Research Division*

**Sitikantha Panigrahi**
*Mizuho Securities USA LLC, Research Division*

**Stan Zlotsky**
*Morgan Stanley, Research Division*

**Taylor Anne McGinnis**
*UBS Investment Bank, Research Division*

**Terrell Frederick Tillman**
*Truist Securities, Inc., Research Division*

**Unknown Analyst**

**ATTENDEES**

**Michelle Worley**

**Sean Kay**

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

# Presentation

**Jeremiah Sisitsky**
*Vice President of Investor Relations*

Hello, everyone, and thank you so much for joining us today for ZoomInfo's first-ever Analyst Day. My name is Jerry Sisitsky, and I lead Investor Relations for ZoomInfo.

This week is an exciting week for us. As in addition to our inaugural Analyst Day, we're also hosting our first-ever user conference beginning on Wednesday. For anyone who wants to register and participate in that event, please visit elevate.zoominfo.com.

We have a great agenda for you today, and I'm really excited that you get to spend some time hearing from so many members of the ZoomInfo team. First, we're going to hear from Henry Schuck, our Founder and CEO, who'll provide an overview of ZoomInfo and our platform evolution. Following that, you'll hear from Alyssa Lahar, our Chief Human Resources Officer, as she shares insights about our unique culture, leveraging our platform from an HR perspective and ESG, highlighting our investment in diversity and inclusion. She's followed by Nir Keren, our Chief Technology Officer; Hila Nir, our Chief Product Officer; and Derek Smith, our SVP of Innovation and Data R&D, who'll speak more about our platform, areas of innovation and our data advantage. Then we'll have Chris Hays, our Chief Operating Officer, share details of how we go to market.

You'll also have the opportunity to hear directly from customers as Shane Murphy-Reuter, our Chief Marketing Officer, interviews customers, asking them to share their experience with ZoomInfo. Lastly, you'll hear from Cameron Hyzer, our Chief Financial Officer, as he speaks to our expanding addressable market and provides perspective on our unique financial model. Following that, we'll have approximately a 5-minute break in the action as we prepare to transition to the Q&A portion of the event. And for those that don't need to stretch their legs, you can stay and join us for some videos that provide greater insight into the culture and the team at ZoomInfo. After which, we'll host a Q&A session with Henry, Cameron and Chris.

We expect the presentations to be approximately 1.5 hours today, followed by approximately an hour of Q&A. If there are any questions that we don't address today in our Q&A session, please e-mail ir@zoominfo.com, and we'll follow up.

I would also like to note additional resources that we've made available on the Analyst Day event website, including more information and resources on our commitment to privacy and data protection, customer case studies as well as demos of various aspects of our platform. We invite you to visit those resources following the event.

Lastly, please review the safe harbor statement. Statements made today that are not historical facts, including expressions of future goals, business outlook and expectations for future financial performance, are forward-looking statements and represent our outlook only as of today's date, June 14, 2021. These statements involve a number of risks and uncertainties, including those discussed in the Risk Factors section of our filings with the SEC. Actual results may differ materially.

Additionally, during this presentation, we will reference non-GAAP financial measures. You can find GAAP to non-GAAP reconciliations in the appendix to the slide deck, which will be available at the conclusion of today's presentation.

With that, let's jump right in.

**Henry L. Schuck**
*Founder, Chairman of the Board & CEO*

So when I founded ZoomInfo, one of the things that we knew at the time was that sellers and marketers were struggling with getting in touch with their potential customers, their potential prospects. And so we launched the company in 2007, and we gave marketers and sellers just that, a database or a repository of information on the right companies and the right buyers of those companies for them to be able to engage with.

**Derek Smith**
*Senior Vice President of Data*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.