# Exhibit 18

**S&P Global**
Market Intelligence

# ZoomInfo Technologies Inc. NasdaqGS:ZI FQ4 2021 Earnings Call Transcripts

## Tuesday, February 15, 2022 9:30 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ4 2021- | | | -FQ1 2022- | -FY 2021- | | | -FY 2022- |
|---|---|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS |
| **EPS Normalized** | 0.13 | 0.18 | ▲38.46 | 0.15 | 0.52 | 0.57 | ▲9.62 | 0.68 |
| **Revenue (mm)** | 207.70 | 224.30 | ▲7.99 | 215.64 | 734.82 | 751.80 | ▲2.31 | 981.21 |

Currency: USD
Consensus as of Feb-15-2022 5:21 AM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

- EPS NORMALIZED -

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ1 2021** | 0.10 | 0.13 | ▲1 18.18 % |
| **FQ2 2021** | 0.12 | 0.14 | ▲2 16.67 % |
| **FQ3 2021** | 0.12 | 0.13 | ▲3 8.33 % |
| **FQ4 2021** | 0.13 | 0.18 | ▲4 38.46 % |

COPYRIGHT © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

# Table of Contents

**Call Participants** .................................................................................. 3

**Presentation** .................................................................................. 4

**Question and Answer** .................................................................................. 9

COPYRIGHT © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**Henry L. Schuck**
*Founder, Chairman of the Board & CEO*

**Jeremiah Sisitsky**
*Vice President of Investor Relations*

**Peter Cameron Hyzer**
*Chief Financial Officer*

**ANALYSTS**

**Aleksandr J. Zukin**
*Wolfe Research, LLC*

**Brad Alan Zelnick**
*Deutsche Bank AG, Research Division*

**Brent Alan Bracelin**
*Piper Sandler & Co., Research Division*

**Brian Christopher Peterson**
*Raymond James & Associates, Inc., Research Division*

**Frank Joseph Surace**
*Barclays Bank PLC, Research Division*

**Jeffrey Parker Lane**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

**Joseph Daniel Meares**
*Truist Securities, Inc., Research Division*

**Kasthuri Gopalan Rangan**
*Goldman Sachs Group, Inc., Research Division*

**Koji Ikeda**
*BofA Securities, Research Division*

**Mark Ronald Murphy**
*JPMorgan Chase & Co, Research Division*

**Michael James Turrin**
*Wells Fargo Securities, LLC, Research Division*

**Philip Alan Winslow**
*Crédit Suisse AG, Research Division*

**Sitikantha Panigrahi**
*Mizuho Securities USA LLC, Research Division*

**Stan Zlotsky**
*Morgan Stanley, Research Division*

**Taylor Anne McGinnis**
*UBS Investment Bank, Research Division*

**Unknown Analyst**

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Good day, and thank you for standing by. Welcome to the ZoomInfo Fourth Quarter and Full Year 2021 Financial Results Conference Call. [Operator Instructions] Please be advised that today's conference may be recorded. [Operator Instructions] I would now like to hand the conference over to your host today, Jerry Sisitsky, Investor Relations. Please go ahead.

**Jeremiah Sisitsky**
*Vice President of Investor Relations*

Great. Thanks, Michelle, and welcome everyone to ZoomInfo's financial results conference call highlighting our results for the fourth quarter and full year 2021. With me on the call today are Henry Schuck, Founder and CEO of ZoomInfo; and Cameron Hyzer, our Chief Financial Officer. After their remarks, we'll open the call to Q&A.

During this call, any forward-looking statements are made pursuant to the safe harbor provisions of the Private Securities Litigation Reform Act of 1995. Expressions of future goals, including business outlook; expectations for future financial performance and similar items, including, without limitation, expressions using the terminology may, will, expect, anticipate and believe; and expressions which reflect something other than historical facts, are intended to identify forward-looking statements.

Forward-looking statements involve a number of risks and uncertainties, including those discussed in the Risk Factors sections of our filings with the SEC. Actual results may differ materially from any forward-looking statements. The company undertakes no obligation to revise or update any forward-looking statements in order to reflect events that may arise after this conference call, except as required by law. For more information, please refer to the cautionary statement included in the slides that we have posted to our Investor Relations website at ir.zoominfo.com.

All metrics discussed on this call are non-GAAP, unless otherwise noted. A reconciliation can be found in the financial results press release or in the slides that we have posted to our Investor Relations website. We'll be participating in a number of investor events this quarter, and we're excited that we are able to meet with more investors in person.

Lastly, we plan to host an investor event on Thursday, June 2, beginning at 3 p.m. Eastern Time. We ask that you please save the date. More details and registration information will be available through our Investor Relations website. We look forward to your participation. With that, I'll turn the call over to our CEO, Henry Schuck.

**Henry L. Schuck**
*Founder, Chairman of the Board & CEO*

Thank you, Jerry, and welcome, everyone. This was the strongest fourth quarter in the company's history. We continue to drive growth across all our major initiatives: enterprise, international and our emerging products, while continuing to broaden and deepen our data moat.

The innovation we deliver and the enhanced value that we provide our customers drives a unique combination of world-class revenue growth, profitability [Technical Difficulty] 2021 was a transformative year for ZoomInfo as we continued to execute on our vision of delivering a comprehensive revenue operating system that reimagines the way businesses go to market.

This year, we significantly expanded our offering by developing an application layer on top of our best-in-class data assets and acquiring and quickly integrating chat conversation intelligence and orchestration technology into the platform. These innovations enabled us to add more new customers than ever before and drove increasing levels of sales to existing customers and record net revenue retention of 116%, up from 108% in 2020.

In the fourth quarter, we delivered GAAP revenue of $222 million, a year-over-year growth of [Technical Difficulty] growth of 13% when adjusted for the number of days in the quarter. For the full year, we delivered GAAP revenue of $747 million, up 57% on the year, organic growth greater than 50%, operating income margin of 41% and unlevered free cash flow of $347 million, up 42% year-over-year and quickly approaching more than $1 per share in free cash flow.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.