UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

STATE TEACHERS RETIREMENT SYSTEM of OHIO, et al,

Plaintiffs,

v.

ZOOMINFO TECHNOLOGIES INC, et al,

Defendants.

CASE NO. CV24-5739 TMC

SCHEDULING ORDER

| Event | Deadline |
|---|---|
| Deadline for Defendants' Answer | December 5, 2025 |
| Deadline for providing mandatory initial disclosures. *See* Fed. R. Civ. P. 26(a)(1). | December 5, 2025 |
| Deadline for Parties' entry of an ESI Agreement | December 15, 2025 |
| Deadline for Parties' entry of a Confidentiality Agreement and/or Joint Motion for Protective Order | December 15, 2025 |
| Deadline for substantial completion of Lead Plaintiffs' Production of Documents Responsive to Class Certification | May 1, 2026 |
| Deadline for Lead Plaintiff's Motion for Class Certification and service of Lead Plaintiffs' class certification related expert report | June 26, 2026 |
| Deadline for deposition of Lead Plaintiff's class certification expert | September 11, 2026 |
| Deadline for substantial completion of document production | September 21, 2026 |

| | |
|---|---|
| Deadline for Defendant's opposition to Lead Plaintiffs' motion for class certification and Defendant to serve expert report in opposition to motion for class certification | September 25, 2026 |
| Deadline for joining additional parties | October 9, 2026 |
| Deadline for filing amended pleadings | October 9, 2026 |
| Deadline for deposition of Defendant's class certification expert. | November 12, 2026 |
| Deadline for Lead Plaintiff to file reply in support of motion for class certification and service of Lead Plaintiffs' class certification related reply expert report(s). | November 25, 2026 |
| Deadline for completing fact discovery | February 8, 2027 |
| Attorney Settlement Conference | February 16, 2027 |
| Disclosure of expert testimony under FRCP 26(a)(2) due | March 26, 2027 |
| Disclosure of Rebuttal Expert Testimony under FRCP(26)(a)(2) | May 7, 2027 |
| Discovery (expert) must be completed by | June 1, 2027 |
| All motions related to discovery must be filed by | June 8, 2027 |
| All dispositive motions and motions challenging expert witness testimony must be filed by this date (*see* LCR 7(d)). | June 28, 2027 |
| Deadline for filing opposition to Summary Judgment, other dispositive, and/or *Daubert* motions. | August 30, 2027 |
| Deadline for filing repl(ies) in support of Summary Judgment, other dispositive, and/or *Daubert* motions. | September 27, 2027 |
| All motions in limine must be filed by | October 29, 2027 |
| Proposed jury instructions and agreed LCR 16.1 Pretrial Order due, including exhibit list with completed authenticity, admissibility, and objections fields | November 12, 2027 |
| Trial briefs, proposed voir dire questions, and deposition designations due | November 15, 2027 |
| Pretrial conference scheduled at 3:00 pm. on | November 23, 2027 |
| JURY TRIAL SET FOR 9:00 AM on | December 6, 2027 |

Dated this 14th day of November, 2025.

TIFFANY M. CARTWRIGHT
United States District Judge