THE HONORABLE TIFFANY M. CARTWRIGHT

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| STATE TEACHERS RETIREMENT SYSTEM OF OHIO, et al,,<br><br>                              Plaintiffs,<br><br>        vs.<br><br>ZOOMINFO TECHNOLOGIES, INC., et al.,<br><br>                              Defendants. | CASE NO.: 3:24-cv-05739-TMC<br><br>CLASS ACTION<br><br>**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**<br><br>NOTE ON MOTION CALENDAR:<br>December 29, 2026 |

JOINT MOTION FOR ENTRY OF
STIPULATED PROTECTIVE ORDER
Case No. 3:24-cv-05739-TMC

Pursuant to Local Civil Rules 7(d) and 26(c), Lead Plaintiffs State Teachers Retirement System of Ohio and Ohio Public Employees' Retirement System ("Lead Plaintiffs"), together with Defendants ZoomInfo Technologies, Inc., Henry Schuck, Cameron Hyzer, and Joseph Christopher Hays ("Defendants" and, collectively with Lead Plaintiffs, the "Parties") jointly and respectfully move the Court for entry of the enclosed Stipulated Protective Order, which is based on the Western District of Washington's Model Protective Order ("Model Protective Order").

On December 17, 2025, the Court issued a Minute Order (ECF No. 117) denying the Parties' previous Joint Stipulated Motion for Protective Order (ECF No. 115). In light of the Court's findings, the Parties have stipulated to a version of the Model Protective Order, enclosed herewith. Specifically, the Model Protective Order, adapted for this case, is attached as **Exhibit 1**. Per Local Rule 26(c)(2), attached as **Exhibit 2** is a "redline" comparison reflecting all changes to the Court's Model Protective Order. As this redline details, case captions and case identifiers have been added. The Parties have also worked in good faith to provide a proposed definition of "'Confidential' Material'" in Paragraph 2, which identifies anticipated case-specific categories of "Confidential" information necessary to protect the Defendants' privacy interests.

For the forgoing reasons, the Parties jointly and respectfully request that the Court enter the Parties' Stipulated Protective Order.

Respectfully Submitted,

DATED: December 29, 2025

**BYRNES KELLER CROMWELL LLP**

s/ Bradley S. Keller
Bradley S. Keller, WSBA #10665
Joshua B. Selig, WSBA #39628
1000 Second Avenue, 38th Floor
Seattle, WA 98104
Tel: (206) 622-2000
Fax: (206) 622-2522
bkeller@byrneskeller.com
jselig@byrneskeller.com

*Liaison Counsel for the Proposed Class*

**ORRICK, HERRINGTON & SUTCLIFFE LLP**

s/ Paul Rugani
Paul F. Rugani (WSBA No. 38664)
prugani@orrick.com
401 Union Street, Suite 3300
Seattle, WA 98101
Telephone: +1 206-839-4300
Facsimile: +1 206-839-4301

-   and   -

JOINT MOTION FOR ENTRY OF
STIPULATED PROTECTIVE ORDER
Case No. 3:24-cv-05739-TMC

**LABATON KELLER SUCHAROW LLP**
Michael P. Canty (*pro hac vice*)
Michael H. Rogers (*pro hac vice*)
James T. Christie (*pro hac vice*)
Jacqueline R. Meyers (*pro hac vice*)
Kaicheng Yu (*pro hac vice*)
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
mcanty@labaton.com
mrogers@labaton.com
jchristie@labaton.com
jmeyers@labaton.com
nyu@labaton.com

*Counsel for Lead Plaintiffs and*
*Lead Counsel for the Proposed Class*

**OFFICE OF THE ATTORNEY**
**GENERAL OF THE STATE OF OHIO**
Shawn Busken (*pro hac vice* forthcoming)
30 East Broad Street
Columbus, OH 43215
Tel: (800) 282-0515
Shawn.Busken@OhioAttorneyGeneral.gov

*Additional Counsel for Lead Plaintiffs*

James N. Kramer (*pro hac vice*)
Alexander K. Talarides (*pro hac vice*)
405 Howard Street
San Francisco, CA 94105-2669
Tel: (415) 773-5700
Fax: (415) 773-5957

*Attorneys for Defendants ZoomInfo*
*Technologies, Inc., Henry Schuck, Cameron*
*Hyzer, and Joseph Christopher Hays*

JOINT MOTION FOR ENTRY OF                    2
STIPULATED PROTECTIVE ORDER
Case No. 3:24-cv-05739-TMC