# EXHIBIT A

THE HONORABLE TIFFANY M. CARTWRIGHT

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

STATE TEACHERS RETIREMENT SYSTEM OF OHIO, et al.,

Plaintiffs,

v.

ZOOMINFO TECHNOLOGIES INC., et al.,

Defendants.

Case No. 3:24-cv-05739-TMC

CLASS ACTION

**DEFENDANTS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND DATA TO PLAINTIFFS**

DEFENDANTS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS & DATA TO PLAINTIFFS
CASE NO. 3:24-CV-05739-TMC

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, WA 98101
+1 206-839-4300

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Defendants ZoomInfo Technologies Inc. ("ZoomInfo" or the "Company"), Henry Schuck, Cameron Hyzer, and Joseph Christopher Hays (collectively, "Defendants"), by and through their undersigned attorneys, hereby request that lead Plaintiffs State Teachers Retirement of Ohio and Ohio Public Employees Retirement System (collectively, the "Plaintiffs") identify and produce for inspection within 30 days of this request at the law offices of Orrick, Herrington & Sutcliffe LLP, 405 Howard Street, San Francisco, CA 94105, all documents described below in accordance with the definitions and instructions that follow.

### DEFINITIONS

1.      The term "Action" means the above-captioned case, *State Teachers Retirement System of Ohio v. ZoomInfo Technologies Inc., et al.*, 3:24-cv-05739-TMC.

2.      The term "Class Period" means the currently alleged class period of November 10, 2020 through August 5, 2024, inclusive.

3.      The term "Communication(s)" means the transmittal of any information in any manner, including any oral, written, or electronic correspondence and evidence thereof, no matter how that correspondence or evidence is stored, memorialized, or fixed.  It also includes any letters, emails, text messages or other instant messaging application, X (f.k.a. Twitter) posts or direct or messages, or any other social media platform posts or direct or group messages, comments on websites, voice recordings, transcripts, records of statements, summaries, memoranda, reviews, reports, notes, logs, records, journals, minutes, or outlines concerning the transmittal of information.

4.      The term "Complaint" means the Corrected Amended Complaint for Violations of the Federal Securities Laws, filed on April 1, 2025 (ECF No. 81).

5.      The term "Defendants" means ZoomInfo, Henry Schuck, Cameron Hyzer, and Joseph Christopher Hays.

6.      The term "Document(s)" means all documents and data responsive to a particular Request and is intended to have the broadest possible meaning under Federal Rule of Civil Procedure 34(a), including "any designated documents or electronically stored information—including writings, drawings, graphs, charts, photographs, sound recordings, images, and other data or data

DEFENDANTS' FIRST REQUEST FOR PRODUCTION
OF DOCUMENTS & DATA TO PLAINTIFFS
CASE NO. 3:24-CV-05739-TMC

- 1 -

compilations—stored in any medium from which information can be obtained either directly or, if necessary, after translation by the responding party into a reasonably usable form" or any designated tangible things, or entry onto land or other property. The term "Document(s)" refers to any Document now or at any time in Your possession, custody, or control. A Person is deemed in control of a Document if the Person has any ownership, possession, or custody of the Document, or the right to secure the Document or a copy thereof from any Person or public or private entity having physical possession thereof.

7. The term "Person(s)" means, without limitation, individuals, corporations, partnerships, limited partnerships, unincorporated associations, and all other governmental and non-governmental entities.

8. "Regarding" means relating to, referring to, describing, evidencing, concerning, or constituting.

9. The term "Securities" means any common stock, preferred stock, debenture, option, or other debt or equity interest and any direct or indirect, legal or beneficial interest in any limited partnership.

10. The terms "You," "Your," or "Yours" refer to Plaintiffs, their affiliates, employees, agents, attorneys, accountants or other Persons or entities acting on their behalf, any account owned or opened by them, or which is in their name or for their benefit, any trust owned or created by them, or which is in their name or for their benefit, or any business entity owned or controlled in part by them.

11. The term "ZoomInfo" means Defendant ZoomInfo Technologies Inc.

**INSTRUCTIONS**

1. If any Document requested herein is claimed to be privileged or otherwise withheld, in whole or in part, You must identify each Document and provide the following information:

    a. identity of the Person who created, wrote, or prepared the Document and, if applicable, the Person(s) to whom the Document (or copies of it) was sent;

    b. date on which the Document was created, written, prepared, or transmitted;

    c. description of the nature of the Document sufficient to evaluate the claim that

DEFENDANTS' FIRST REQUEST FOR PRODUCTION
OF DOCUMENTS & DATA TO PLAINTIFFS          - 2 -
CASE NO. 3:24-CV-05739-TMC

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, WA 98101
+1 206-839-4300

the Document may be withheld from production;

    d.    present location and custodian of the Document; and

    e.    whether the Document is privileged or otherwise withheld, and why the Document is privileged or withheld.

2.    To the extent You object to any of the requests below and refuse to produce the requested Documents, You should produce all Documents responsive to the requests to which You object to the extent such partial production is not objectionable, and explain in detail the basis on which such partial production was made.

3.    Production of materials in response to the Requests shall be governed by and made in accordance with the Stipulated Protective Order (ECF No. 119) ("Protective Order") and Agreement Regarding Discovery of Electronically Stored Information (ECF No. 116) ("ESI Protocol") ordered by the court in this Action.

4.    Each request for Documents seeks production of all Documents described, along with any attachments, drafts, and non-identical copies in any language whatsoever, in the possession, custody, or control of You or Your respective agents or attorneys.

5.    Whenever appropriate, the singular form of a word shall be interpreted in the plural form or vice versa, and verb tenses shall be interpreted to include past, present, and future tenses. Additionally, the terms "and" and "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of these requests any Documents which might otherwise be construed to be outside their scope. Unless specifically defined herein, all words and terms used herein shall be construed and interpreted according to ordinary custom, usage, and meaning.

6.    Illustrative examples of responsive items set out in any request should not be construed to limit the scope of the request.

7.    These Requests are continuing in nature and require supplemental responses in accordance with Rule 26(e) of the Federal Rules of Civil Procedure.

DEFENDANTS' FIRST REQUEST FOR PRODUCTION
OF DOCUMENTS & DATA TO PLAINTIFFS
CASE NO. 3:24-CV-05739-TMC

- 3 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, WA 98101
+1 206-839-4300

## REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 1:**

All Documents You considered or relied upon in support of Your motion (ECF No. 35, Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel) to be appointed Lead Plaintiffs in this Action.

**REQUEST FOR PRODUCTION NO. 2:**

All Documents Regarding Your transactions in ZoomInfo Securities from June 1, 2020 through the present, including but not limited to trade confirmation slips; account statements; prospectuses; proof of ownership or purchase; information provided by financial advisors, investment advisors, brokers, or consultants; marketing literature; agreements; contracts; and any Documents showing the date, time, price, and/or quantity of any of Your acquisitions, purchases, sales, exchanges, and transfers of ZoomInfo Securities.

**REQUEST FOR PRODUCTION NO. 3:**

All Communications involving You and any investment banks, brokerage house, or other financial institution or advisor Regarding Your investment in ZoomInfo or any transaction in ZoomInfo Securities from June 1, 2020 through the present.

**REQUEST FOR PRODUCTION NO. 4:**

All Documents and Communications that relate to the trading strategies You or someone acting on Your behalf employed concerning the purchase or sale of ZoomInfo Securities from June 1, 2020 through the present.

**REQUEST FOR PRODUCTION NO. 5:**

All Documents that You or someone acting on Your behalf reviewed, considered, or relied on, in whole or in part, in connection with Your decision(s) to acquire, purchase, sell, exchange, or transfer ZoomInfo Securities from June 1, 2020 through the present, including but not limited to analysts' reports, newspaper articles, prospectuses, registration statements, annual, quarterly, or other SEC filings, or press releases filed or issued by ZoomInfo, or Documents received from any agent, broker-dealer, financial advisor, or other Person.

DEFENDANTS' FIRST REQUEST FOR PRODUCTION
OF DOCUMENTS & DATA TO PLAINTIFFS                    - 4 -
CASE NO. 3:24-CV-05739-TMC

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, WA 98101
+1 206-839-4300

**REQUEST FOR PRODUCTION NO. 6:**

Documents sufficient to show each Person, entity, or committee responsible for establishing and/or executing Your investment or trading strategy with respect to ZoomInfo Securities, including any investment advisory agreements, sub-advisory agreements, charters, or minutes.

**REQUEST FOR PRODUCTION NO. 7:**

Documents sufficient to show whether purchases, sales, exchanges, or transfers of ZoomInfo Securities were made pursuant to passive indexing, quantitative, or algorithmic strategies, including any model descriptions, factor loadings, index-tracking mandates, or rebalancing schedules.

**REQUEST FOR PRODUCTION NO. 8:**

Documents sufficient to show Your daily trading positions in ZoomInfo Securities from June 1, 2020 through the present.

**REQUEST FOR PRODUCTION NO. 9:**

All Documents Regarding any short position taken by You in ZoomInfo Securities from June 1, 2020 through August 5, 2024.

**REQUEST FOR PRODUCTION NO. 10:**

All Documents regarding Your Securities transactions in other sales and marketing technology companies from June 1, 2020 through August 5, 2024, including but not limited to trade confirmation slips; account statements; prospectuses; proof of ownership or purchase; information provided by financial advisors, investment advisors, brokers, or consultants; marketing literature; agreements; contracts; and any Documents showing the date, time, price, and/or quantity of any of Your acquisitions, purchases, sales, exchanges, and transfers of those Securities.

**REQUEST FOR PRODUCTION NO. 11:**

All Documents Regarding any research or investigation You conducted about ZoomInfo, other banking and/or online services technology companies, or the banking and/or online services technology industries generally, however formal or informal, and whether or not conducted by You or someone acting on Your behalf, prior to or after any of Your decisions regarding Your transactions in ZoomInfo Securities.

DEFENDANTS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS & DATA TO PLAINTIFFS
CASE NO. 3:24-CV-05739-TMC

- 5 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, WA 98101
+1 206-839-4300

**REQUEST FOR PRODUCTION NO. 12:**

All Documents reflecting Your contemporaneous review, analysis, or discussion of each alleged corrective disclosure in the Complaint and any subsequent price movements in ZoomInfo Securities, including attribution, event studies, or internal assessments of causation.

**REQUEST FOR PRODUCTION NO. 13:**

All Documents You received or acquired from any source at any time regarding ZoomInfo, its current or former directors, officers, employees, shareholders, agents, independent contractors, attorneys, or representatives, or regarding ZoomInfo's business or the value of ZoomInfo's Securities, including but not limited to newspaper or periodical articles, annual reports, public filings, analyst reports, or Documents received from any agent, broker-dealer, financial advisor, or other Person.

**REQUEST FOR PRODUCTION NO. 14:**

All Documents Regarding compensation or benefits of any sort that You have received, will receive, or may receive in exchange for participating in any open or closed litigation matter in the last five years, including but not limited to this Action.

**REQUEST FOR PRODUCTION NO. 15:**

Documents sufficient to show any lawsuit, arbitration, or administrative proceeding in which You have been, are, or sought to be a party or class member, under any federal or state securities laws.

**REQUEST FOR PRODUCTION NO. 16:**

Documents sufficient to show the date on which You retained legal counsel in connection with this Action.

**REQUEST FOR PRODUCTION NO. 17:**

All Documents Regarding any Communications between You and any putative class member or potential putative class member in this Action from June 1, 2020 through November 30, 2024, including any Communications between You and any other Lead Plaintiff.

**REQUEST FOR PRODUCTION NO. 18:**

All Documents reflecting or Regarding any Communication between You and any Defendant, or any of ZoomInfo's current or former officers, directors, employees, independent contractors, or

DEFENDANTS' FIRST REQUEST FOR PRODUCTION
OF DOCUMENTS & DATA TO PLAINTIFFS        - 6 -
CASE NO. 3:24-CV-05739-TMC

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, WA 98101
+1 206-839-4300

agents, from June 1, 2020 through November 30, 2024.

**REQUEST FOR PRODUCTION NO. 19:**

All Documents Regarding Your decision as to which law firm to retain to pursue Your claims against the Defendants, including but not limited to any Documents concerning fees, expenses, the nature of the legal services, and any potential recovery on Your behalf or on behalf of the class.

**REQUEST FOR PRODUCTION NO. 20:**

All Documents Regarding any business or social relationship between You and any of Your counsel in the Action.

**REQUEST FOR PRODUCTION NO. 21:**

All Documents Regarding any previous representation of You by any of Your counsel in the Action.

**REQUEST FOR PRODUCTION NO. 22:**

All Documents Regarding Your decision to serve as class representative, including as Lead Plaintiff.

**REQUEST FOR PRODUCTION NO. 23:**

All Documents Regarding fee arrangements or agreements between You and any Person regarding the payment of attorneys' fees or costs in the Action.

**REQUEST FOR PRODUCTION NO. 24:**

All Documents Regarding any investigation undertaken by You, or any other potential class member, concerning the allegations in the Complaint prior to Your hiring counsel in this Action.

**REQUEST FOR PRODUCTION NO. 25:**

All Communications with any witnesses Regarding the allegations in the Complaint, including interviews conducted by You or anyone working on Your behalf, the class members, or Plaintiffs' Counsel, including but not limited to all notes, memoranda, or other documentation of information that such witnesses provided.

**REQUEST FOR PRODUCTION NO. 26:**

All Documents Regarding any efforts made by You or any Person on Your behalf to identify any Person to serve as a confidential witness prior to filing the Complaint, including any

DEFENDANTS' FIRST REQUEST FOR PRODUCTION
OF DOCUMENTS & DATA TO PLAINTIFFS
CASE NO. 3:24-CV-05739-TMC

- 7 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, WA 98101
+1 206-839-4300

Communications with such Persons in connection with these efforts.

**REQUEST FOR PRODUCTION NO. 27:**

All Documents Regarding the alleged amount of loss or damage suffered by You or any other potential class member by reason of any matter alleged in the Complaint.

**REQUEST FOR PRODUCTION NO. 28:**

All posts, direct messages, or group messages posted, sent or received on social media (including but not limited to X (f.k.a. Twitter)), Facebook, Instagram, YouTube, TikTok, StockTwits, Reddit, LinkedIn) by You regarding ZoomInfo, its executives, or this Action from June 1, 2020 through November 30, 2024.

**REQUEST FOR PRODUCTION NO. 29:**

All Documents Regarding the allegation in paragraph 475 of the Complaint that class members "are so numerous that joinder of all members is impracticable."

**REQUEST FOR PRODUCTION NO. 30:**

All Documents Regarding the allegation in paragraph 477 of the Complaint that "Lead Plaintiffs' claims are typical of the claims of the Class members."

**REQUEST FOR PRODUCTION NO. 31:**

All Documents Regarding the allegation in paragraph 478 of the Complaint that "Lead Plaintiffs will fairly and adequately protect the interests of the Class members."

**REQUEST FOR PRODUCTION NO. 32:**

All Documents Regarding the allegation in paragraph 479 of the Complaint that "[c]ommon questions of law and fact exist as to all Class members, and predominate over any questions solely affecting individual Class members."

**REQUEST FOR PRODUCTION NO. 33:**

All Documents Regarding the allegation in paragraph 480 of the Complaint that "[a] class action is superior to all other available methods for the fair and efficient adjudication of this controversy."

DEFENDANTS' FIRST REQUEST FOR PRODUCTION
OF DOCUMENTS & DATA TO PLAINTIFFS
CASE NO. 3:24-CV-05739-TMC

- 8 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, WA 98101
+1 206-839-4300

**REQUEST FOR PRODUCTION NO. 34:**

All Documents received from any third-party subpoenaed by You in this Action or produced in response to any subpoena issued in this Action.

**REQUEST FOR PRODUCTION NO. 35:**

All Documents that You reviewed or relied upon in answering Defendants' First Set of Interrogatories.

**REQUEST FOR PRODUCTION NO. 36:**

All Documents and Communications that support or otherwise concern the allegation in the Complaint that ZoomInfo "was conducting no due diligence whatsoever into the customers with which it was contracting."  Compl. ¶ 2.

**REQUEST FOR PRODUCTION NO. 37:**

All Documents and Communications that support or otherwise concern the allegation in the Complaint that "[p]rior to ZoomInfo's June 4, 2020 IPO, and leading up to the Class Period, Defendants set and followed a singular goal: to drive ZoomInfo's customer volume as high as possible, as quickly as possible, at any cost."  Compl. ¶ 8.

**REQUEST FOR PRODUCTION NO. 38:**

All Documents and Communications that support or otherwise concern the allegation in the Complaint that "leading up to the IPO, Defendant Schuck personally directed employees to sell to as many customers as possible for the express purpose of increasing the Company's pre-IPO stock price."  Compl. ¶¶ 15, 113.

**REQUEST FOR PRODUCTION NO. 39:**

All Documents and Communications that support or otherwise concern the allegation in the Complaint that "[p]rior to and during the Class Period, Defendants misleadingly and materially overstated RPO by not accounting for the likelihood of nonpayment when reporting the number to investors."  Compl. ¶ 20.

**REQUEST FOR PRODUCTION NO. 40:**

All Documents and Communications that support or otherwise concern the allegation in the Complaint that "Defendants further inflated RPO by not writing down bad debt for accounts that

DEFENDANTS' FIRST REQUEST FOR PRODUCTION
OF DOCUMENTS & DATA TO PLAINTIFFS
CASE NO. 3:24-CV-05739-TMC

- 9 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, WA 98101
+1 206-839-4300

Defendants knew to be uncollectable or delinquent." Compl. ¶¶ 23, 141, 260.

**REQUEST FOR PRODUCTION NO. 41:**

All Documents and Communications that support or otherwise concern the allegation in the Complaint that "Defendants knew that [the] customer subscriptions [gained during the COVID-19 pandemic] were not durable at all and, in fact, the underlying customers were unlikely to pay ZoomInfo for their contracts, much less renew." Compl. ¶ 32.

**REQUEST FOR PRODUCTION NO. 42:**

All Documents and Communications that support or otherwise concern the allegation in the Complaint that "Defendants implemented their [Rule 10b5-1] plans when they were already in possession of material, nonpublic information about the unsustainability of ZoomInfo's growth and customer demand." Compl. ¶ 154.

**REQUEST FOR PRODUCTION NO. 43:**

All Documents and Communications that support or otherwise concern the allegation in the Complaint that "the results of a marketing survey revealed market share erosion that ZoomInfo's senior leadership concealed," Including, but not limited to, the purported 'marketing survey' itself. Compl. ¶ 158.

**REQUEST FOR PRODUCTION NO. 44:**

All Documents and Communications that support or otherwise concern the allegation in the Complaint that "Defendants planned and executed a scheme to inflate the Company's sales growth by executing subscription contracts with customers without performing any due diligence into those customers' ability to pay and convincing investors that this sales growth was profitable and sustainable." Compl. ¶ 459.

DEFENDANTS' FIRST REQUEST FOR PRODUCTION
OF DOCUMENTS & DATA TO PLAINTIFFS
CASE NO. 3:24-CV-05739-TMC

- 10 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, WA 98101
+1 206-839-4300

Dated: January 16, 2026

ORRICK, HERRINGTON & SUTCLIFFE LLP

By:   */s/ Molly McCafferty*
    Paul F. Rugani (WSBA No. 38664)
    prugani@orrick.com
    401 Union Street, Suite 3300
    Seattle, WA 98101
    Telephone: +1 206-839-4300
    Facsimile: +1 206-839-4301

    James N. Kramer (*Pro Hac Vice*)
    Alexander K. Talarides (*Pro Hac Vice*)
    405 Howard Street
    San Francisco, CA 94105
    Telephone: +1 415-773-5700
    Facsimile: +1 415-773-5957

    Molly McCafferty (*Pro Hac Vice*)
    1000 Marsh Road
    Menlo Park, CA 94025
    Telephone: +1 650-614-7400
    Facsimile: +1 650-614-7401

*Attorneys for Defendants ZoomInfo Technologies Inc., Henry Schuck, Cameron Hyzer, and Joseph Christopher Hays*

DEFENDANTS' FIRST REQUEST FOR PRODUCTION
OF DOCUMENTS & DATA TO PLAINTIFFS
CASE NO. 3:24-CV-05739-TMC

- 11 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, WA 98101
+1 206-839-4300

**<u>PROOF OF SERVICE BY ELECTRONIC MAIL</u>**

I am a citizen of the United States, more than eighteen years old and not a party to this action. My place of employment and business address is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, California, 94105-2669, and my e-mail address is lpatts@orrick.com.

On January 16, 2026, I served the following document (s):

- **DEFENDANTS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND DATA TO PLAINTIFFS**

on the interested parties listed below by transmitting true and correct copies of the documents in Portable Document Format ("pdf") via electronic mail ("e-mail") from the e-mail address lpatts@orrick.com to the following e-mail addresses:

- **SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on January 16, 2026, at San Francisco, California.

_____*/s/ Lenny T. Patts*_____
LENNY T. PATTS

DEFENDANTS' FIRST REQUEST FOR PRODUCTION
OF DOCUMENTS & DATA TO PLAINTIFFS
CASE NO. 3:24-CV-05739-TMC

- 12 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, WA 98101
+1 206-839-4300

**SERVICE LIST**

Michael P. Canty
Michael H. Rogers
James T. Christie
Jacqueline Meyers
Kaicheng Yu
**LABATON KELLER SUCHAROW LLP**
140 Broadway
New York, NY 10005
Tel.: 212-907-0878
Fax: 212-818-0477
Email: mcanty@labaton.com
        mrogers@labaton.com
        jmeyers@labaton.com
        jchristie@labaton.com
        nyu@labaton.com

Bradley S. Keller
Joshua Bacon Selig
**BYRNES KELLER CROMWELL LLP**
1000 Second Avenue, 38th Floor
Seattle, WA 98104
Tel: 206-622-2000
Fax: 206-622-2522
Email: bkeller@byrneskeller.com
        jselig@byrneskeller.com

*Counsel for Lead Plaintiffs State Teachers Retirement System of Ohio and Ohio Public Employees Retirement System*

Shawn Busken
**OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF OHIO**
30 East Broad Street
Columbus, OH 43215
Tel: (800) 282-0515
Email: Shawn.Busken@OhioAttorneyGeneral.gov

*Additional Counsel for Lead Plaintiffs*

DEFENDANTS' FIRST REQUEST FOR PRODUCTION
OF DOCUMENTS & DATA TO PLAINTIFFS                    - 13 -
CASE NO. 3:24-CV-05739-TMC

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, WA 98101
+1 206-839-4300