# EXHIBIT C

| | |
|---|---|
| **From:** | Madison Tucker |
| **To:** | publicrecords |
| **Cc:** | Henry Schuck; Kristin Malone |
| **Subject:** | ZoomInfo/OPERS Public Records Request |
| **Date:** | Thursday, March 6, 2025 3:19:42 PM |

**This message needs your attention**
- This is the first email from this company to OPERS.

OPERS Mimecast

To Whom It May Concern:

Pursuant to the Ohio Public Records Act, I respectfully request copies of the following records maintained by the Ohio Public Employees Retirement System (OPERS):

1.
   From January 1, 2023 to present, all publicly available information regarding OPERS's investments in private equity and venture capital firms/funds (and any affiliated or successor funds) including those referenced in the:

   - Annual Comprehensive Financial Report for the year ended December 31, 2023.

2.
   For each private equity or venture capital investment with the above firms, all disclosable information including but not limited to any quarterly, annual, or other periodic reports provided to OPERS by the above-listed private equity and venture capital firms that contain information about:

   - Fund-level performance metrics;

   - Aggregate portfolio company performance;

   - Portfolio company revenues, profitability, investment multiples, or valuations;

   - Distributions and capital calls; and/or

   - Fund expenses and fees.

3.
    Any materials presented to OPERS's Board of Trustees, Investment Committee, or similar oversight body regarding these private equity and venture capital investments in public meetings or that are otherwise not exempt from disclosure.

I understand that certain private equity and venture capital investment information may be exempt from disclosure. However, I am specifically requesting all information that does not fall under these specific exemptions and is therefore subject to public disclosure under the Ohio Public Records Act.

If any portion of this request is exempt from disclosure, please provide the non-exempt portions as required by state law. Additionally, for any documents you claim are exempt from disclosure, please identify the specific exemption being claimed and explain how the exemption applies to the withheld information.

If there are any fees for copying the records requested, please advise me of the estimated amount of fees prior to proceeding. I request that all records be provided in electronic format where available.

Please contact me with information about when I might expect copies or the ability to inspect the requested records.

Thank you for your assistance with this request.

Sincerely,

**Madison Tucker**
Litigation Counsel

**Email:** madison.tucker@zoominfo.com

**ZoomInfo**



**ZoomInfo Copilot**



*This electronic mail (including any attachments) may contain information that is privileged, confidential, and/or otherwise protected from disclosure to anyone other than its intended recipient(s). If you have received this message in error, please notify the sender immediately by reply email of the inadvertent transmission and then immediately delete the original message (including any attachments) in its entirety.*