THE HONORABLE TIFFANY M. CARTWRIGHT

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| STATE TEACHERS RETIREMENT SYSTEM OF OHIO, et al,, <br><br> Plaintiffs, <br><br> vs. <br><br> ZOOMINFO TECHNOLOGIES INC., et al., <br><br> Defendants. | CASE NO.: 3:24-cv-05739-TMC <br><br> CLASS ACTION <br><br> **STIPULATED MOTION TO SUSPEND CASE DEADLINES PENDING SETTLEMENT** |



ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, WA 98101
+1 206-839-4300

Lead Plaintiffs State Teachers Retirement System of Ohio and Ohio Public Employees' Retirement System (together, "Lead Plaintiffs") and Defendants ZoomInfo Technologies Inc., Henry Schuck, Cameron Hyzer, and Joseph Christopher Hays ("Defendants" and, collectively with Lead Plaintiffs, the "Parties"), through their undersigned counsel, hereby stipulate and jointly move as follows;

WHEREAS, this Court issued a Scheduling Order on November 14, 2025, which, among other things, set a trial date and pretrial deadlines, including those related to fact discovery, expert discovery and class certification ("Scheduling Order") (ECF No. 111);

WHEREAS, on July 15, 2026, the Court granted the Parties' Stipulated Motion to Continue Certain Case Deadlines, continuing certain deadlines related to the Lead Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel (the "Class Certification Motion") (ECF No. 147), substantial completion of document production, and fact discovery so that the Parties could engage in mediation (ECF No. 150);

WHEREAS, the Parties thereafter engaged in mediation before a private mediator and have reached an agreement in principle to settle this putative class action as to all claims and parties;

WHEREAS, the proposed settlement is subject to the Court's approval under Federal Rule of Civil Procedure 23(e) and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4, *et seq*.;

WHEREAS, the Parties are now negotiating and/or preparing a formal stipulation of settlement and related papers, including a motion for preliminary approval of the settlement;

WHEREAS, the Parties agree that, to save the resources of the Court and the Parties while the settlement is documented and presented for approval, it would serve the interests of efficiency and judicial economy to suspend all current case deadlines, including those set in the Scheduling Order as modified by the Court's July 15, 2026 Order, and to hold the Class Certification Motion in abeyance;

WHEREAS, the Parties, through their undersigned counsel, have met and conferred regarding the relief requested herein and jointly agree to it;



ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, WA 98101
+1 206-839-4300

WHEREAS, the Parties have requested one continuance in this matter (ECF No. 149), and this request for a suspension of case-related deadlines is made in good faith and not for purposes of delay;

WHEREAS, nothing in this Stipulated Motion, and no part of the agreement in principle, is an admission of liability or wrongdoing by any Party or a concession that any class may properly be certified for any purpose other than settlement, and each Party retains all of its claims, defenses, objections, and arguments, including Defendants' opposition to class certification, if the settlement is not approved or does not become effective;

NOW THEREFORE, the Parties jointly move the Court for an order:

1. Suspending all current case deadlines, including all deadlines set in the Scheduling Order (ECF No. 111) as modified by the Court's July 15, 2026 Order (ECF No. 150);

2. Holding the Class Certification Motion (ECF No. 147), including Defendants' deadline to respond to it, in abeyance pending further order of the Court; and

3. Directing that, if Lead Plaintiffs have not moved for preliminary approval of the settlement by November 20, 2026, the Parties shall, within seven (7) days thereafter, file a joint status report either explaining the status of the settlement or, if the settlement has been terminated, proposing a revised case schedule that affords each Party a reasonable period to complete any remaining pretrial obligations.

IT IS SO STIPULATED.

Dated this 27th day of October 2026.

**LABATON KELLER SUCHAROW LLP**

*s/ Michael H. Rogers*
Michael H. Rogers (*pro hac vice*)
Michael P. Canty (*pro hac vice*)
Jacqueline R. Meyers (*pro hac vice*)
Stephen C. Boscolo (*pro hac vice*)
Grace T. Harmon (*pro hac vice*)
Kaicheng Yu (*pro hac vice*)
Tayler K. Eynon (*pro hac vice*)
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
mcanty@labaton.com
mrogers@labaton.com
jmeyers@labaton.com
sboscolo@labaton.com
gharmon@labaton.com
nyu@labaton.com
teynon@labaton.com

*Counsel for Lead Plaintiffs and Proposed Class Counsel*

**BYRNES KELLER CROMWELL LLP**
Bradley S. Keller, WSBA #10665
Joshua B. Selig, WSBA #39628
1000 Second Avenue, 38th Floor
Seattle, WA 98104
Tel: (206) 622-2000
Fax: (206) 622-2522
bkeller@byrneskeller.com
jselig@byrneskeller.com

*Liaison Counsel for the Proposed Class*

**OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF OHIO**
Shawn Busken (*pro hac vice* forthcoming)
30 East Broad Street
Columbus, OH 43215
Tel: (800) 282-0515
Shawn.Busken@OhioAttorneyGeneral.gov
*Additional Counsel for Lead Plaintiffs*

**ORRICK, HERRINGTON & SUTCLIFFE LLP**

*s/ Aaron P. Brecher*
Aaron P. Brecher, WSBA #47212
abrecher@orrick.com
401 Union Street, Suite 3300
Seattle, WA 98101
Telephone: +1 206-839-4300
Facsimile: +1 206-839-4301

\- and -

James N. Kramer (*pro hac vice*)
405 Howard Street
San Francisco, CA 94105-2669
Tel: (415) 773-5700
Fax: (415) 773-5957

\- and -

William J. Foley (*pro hac vice*)
wfoley@orrick.com
51 West 52nd Street
New York, NY 10019
Tel: (212) 506-5000
Fax: (212) 818-0477

\- and -

Molly McCafferty (*pro hac vice*)
mmccafferty@orrick.com
1000 Marsh Road
Menlo Park, CA 94025
Tel: (650) 614-7400
Fax: (650) 614-7401

*Attorneys for Defendants ZoomInfo Technologies Inc., Henry Schuck, Cameron Hyzer, and Joseph Christopher Hays*