THE HONORABLE TIFFANY M. CARTWRIGHT

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT TACOMA

STATE TEACHERS RETIREMENT SYSTEM OF OHIO et al.,

Plaintiffs,

v.

ZOOMINFO TECHNOLOGIES INC. et al.,

Defendants.

Case No. 3:24-cv-05739-TMC

CLASS ACTION

**ORDER GRANTING STIPULATED MOTION TO SUSPEND CASE DEADLINES PENDING SETTLEMENT**

# ORDER

Pursuant to the Parties' Stipulated Motion to Suspend Case Deadlines Pending Settlement, the Court ORDERS as follows:

1. The Parties' Stipulated Motion is GRANTED.

2. All current case deadlines, including all deadlines set in the Scheduling Order (ECF No. 111) as modified by the Court's July 15, 2026 Order (ECF No. 150) are suspended;

3. Lead Plaintiffs' Class Certification Motion (ECF No. 147), including Defendants' deadline to respond to it, is held in abeyance pending further order of the Court; and

4. If Lead Plaintiffs have not moved for preliminary approval of the settlement by November 20, 2026, the Parties shall, within seven (7) days thereafter, file a joint status report either explaining the status of the settlement or, if the settlement has been terminated, proposing a revised case schedule that affords each Party a reasonable period to complete any remaining pretrial obligations.

**IT IS SO ORDERED.**

Dated: October 28, 2026

HONORABLE TIFFANY M. CARTWRIGHT
UNITED STATES DISTRICT JUDGE